**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Seakeeper, Inc.                                    *

**Plaintiff,**

                                                   *

**v.**                                                    **Case No.**  1:26-cv-01332-MJM

                                                   *

Starboard Yacht Group, LLC

**Defendant.**                                   *

**MOTION FOR ADMISSION PRO HAC VICE**

I, Anthony F. Jankoski                 , am a member in good standing of the bar of this

Court.   I am moving the admission of  Traci T. McKee

to appear pro hac vice in this case as counsel for  Seakeeper, Inc.                                   .


We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain
   any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following
   State Courts and/or United States Courts:

   State Court & Date of Admission          U.S. Court & Date of Admission

   See attached Exhibit A

3. During the twelve months immediately preceding this motion, the proposed admittee
   has been admitted pro hac vice in this Court  zero         time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to
   practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been
   disbarred, suspended, or denied admission to practice law in any jurisdiction, then
   he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
   Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the
   Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
   understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or <u>Anthony F. Jankoski</u>, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/ Anthony F. Jankoski*
_____
Signature

Anthony F. Jankoski (No. 30570)
_____
Printed name and bar number

Faegre Drinker Biddle & Reath LLP
_____
Office name

1500 K Street N.W., Suite 1100, Washington D.C. 20005
_____
Address

(202) 230-5000
_____
Telephone number

(202) 842-8465
_____
Fax Number

anthony.jankoski@faegredrinker.com
_____
Email Address

PROPOSED ADMITTEE

*/s/ Traci T. McKee* (signed by Anthony F. Jankoski with permission of proposed admittee)
_____
Signature

Traci T. McKee
_____
Printed name

Faegre Drinker Biddle & Reath LLP
_____
Office name

1500 Jackson St. Ste. 201, Fort Myers, FL 33901
_____
Address

(239) 286-6910
_____
Telephone number

(239) 244-9053
_____
Fax Number

traci.mckee@faegredrinker.com
_____
Email Address

**Exhibit A**

| Jurisdiction | Date of Admission |
|---|---|
| U.S. Court of Appeals for the Eleventh Circuit | 2/24/2010 |
| U.S. District Court for the Southern District of Florida | 5/20/2019 |
| U.S. District Court for the Middle District of Florida | 7/15/2008 |
| U.S. District Court for the Northern District of Florida | 4/15/2019 |
| Florida State Bar | 5/16/2008 |