AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

SERVED 4/10/26, 12:39PM
CO 1776

| | |
|---|---|
| Seakeeper, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Starboard Yacht Group, LLC | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:26-cv-1332

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony Jankoski
Faegre Drinker Biddle & Reath LLP
1500 K. Street NW, Suite 1100
Washington, DC 20005


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:   04/03/2026
_____              _____
                                     *Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: 1:26-CV-01332-MJM

Plaintiff:
**SEAKEEPER, INC.**

vs.

Defendant:
**STARBOARD YACHT GROUP, LLC**



ODY2026004986

For:
Faegre Drinker Biddle & Reath, LLP - Fort Myers
1500 Jackson Street
Suite 201
Fort Myers, FL 33901

Received by Ody's Professional Process on the 7th day of April, 2026 at 7:40 pm to be served on **STARBOARD YACHT GROUP, LLC C/O CHARLES JACOB STRATMANN, AS REGISTERED AGENT, 545 NE 17TH AVE., FORT LAUDERDALE, FL 33301**.

I, Cristobal Ortiz, SPS #1776, do hereby affirm that on the **10th day of April, 2026** at **12:39 pm, I:**

served **STARBOARD YACHT GROUP, LLC C/O CHARLES JACOB STRATMANN, AS REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **ERICA JACOBS** as **WIFE/CO-RESIDENT OF REGISTERED AGENT** at the within named Officer's usual place of abode: **545 NE 17TH AVE., FORT LAUDERDALE, FL 33301**, to a person residing therein who is 15 years of age or older and informing said person of the contents therein, in compliance with Florida State Statutes.

**Description** of Person Served: Age: 49, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 160, Hair: Dark Blonde, Glasses: N

PURSUANT TO FLORIDA STATUTE 92.525, I ACKNOWLEDGE THAT I AM CERTIFIED IN GOOD STANDING IN THE JUDICIAL CIRCUIT WHERE THIS PROCESS WAS SERVED, HAVE NO INTEREST IN THE ABOVE ACTION, AND AM OF LEGAL AGE. UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING VERIFIED RETURN OF SERVICE AND THAT THE FACTS STATED IN IT ARE TRUE.

Subscribed and Sworn to before me on the __10th__ day of
__April__ 2026 , by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

BRANDY NEGRON
NOTARY PUBLIC
MY COMMISSION
EXPIRES 5-10-2029
STATE OF FLORIDA
COMMISSION NUMBER HH626063

_____
**Cristobal Ortiz, SPS #1776**
Process Server

**Ody's Professional Process**
**Post Office Box 1623**
**Fort Myers, FL 33902**
**(239) 369-5214**

Our Job Serial Number: ODY-2026004986

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e