**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| |
|---|
| **SEAKEEPER, INC.,** |
| Plaintiff, |
| v. |
| **STARBOARD YACHT GROUP**, **LLC,** |
| Defendant. |

Case No.: 1:26-cv-01332-MJM

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on April 15, 2026, a true and correct copy of

the Return of Service filed in this action at ECF No. 9 was served upon Defendant Starboard Yacht

Group, LLC's registered agent via mail at the following address:

Starboard Yacht Group, LLC c/o Charles Jacob Stratmann
545 NE 17th Avenue
Fort Lauderdale, FL 33301

/s/ Anthony F. Jankoski
Anthony F. Jankoski (No. 30570)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*