**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **SEAKEEPER, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP**, LLC,<br><br>Defendant. | Case No.: 1:26-cv-01332-MJM |

**PLAINTIFF SEAKEEPER, INC.'S MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Seakeeper, Inc.

("Seakeeper") moves this Court for entry of a temporary restraining order and a preliminary

injunction enjoining Defendant Starboard Yacht Group, LLC and all its agents, employees,

affiliated companies, and attorneys, and all those who are in active concert or participation with

any of them, from:

(a)     continuing to use or display the SEAKEEPER Marks, or any marks confusingly similar to it, in any manner, specifically including without limitation on Defendant's website, social media, or other websites used in Defendant's business and on Defendant's store premises;

(b)     continuing to hold itself out as "Seakeeper-certified" or a "Seakeeper Dealer" and making any similar statement that suggests a present affiliation with Seakeeper, specifically including without limitation on Defendant's website, social media, or other websites used in Defendant's business;

(c)     promoting, selling, or servicing Seakeeper products; and

(d)     failing to comply with any other post-termination obligation contained in the Agreements.

In addition, Seakeeper requests that any temporary restraining order or preliminary

injunction issued pursuant to this Motion should order any internet service provider hosting or

otherwise servicing Defendant's website and social media accounts, and having notice of the Court's Order, to:

(a)    take any and all action necessary to remove the infringing content from websites having content controlled by Defendant, or alternatively to disable access to the website; and

(b)    provide notice of compliance to Seakeeper's counsel within five (5) business days of receipt of notice of this Order.

In addition, Seakeeper requests that any temporary restraining order or preliminary injunction issued pursuant to this Motion should order any entity owning premises at which Defendant operates a store or other facility in connection with Defendant's business, and having notice of the Court's Order, to:

(a)    take any and all action necessary to remove the infringing content from the exterior of those premises; and

(b)    provide notice of compliance to Seakeeper's counsel within five (5) business days of receipt of notice of this Order.

This Motion is supported by the declaration of Michael Hand, the exhibits referenced therein, and the accompanying Memorandum.

Seakeeper is providing notice of this Motion to Defendant via FedEx. A Proposed Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction is being filed herewith.

Dated: April 24, 2026

/s/ Anthony F. Jankoski

Anthony F. Jankoski (No. 30570)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (Admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on April 24, 2026, a true and correct copy of the foregoing Motion for Temporary Restraining Order and Preliminary Injunction and accompanying Memorandum in Support, exhibits thereto, and proposed order were filed using the Court's electronic filing system and served by U.S. Mail to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski