

December 2, 2024


**Starboard Yacht Group**
850 NE 3rd Street, Suite 106
Dania Beach, FL 33004

Re: Termination of the Seakeeper Certified Dealer Non-Exclusive Agreement


Dear Starboard Yacht Group:

Seakeeper, Inc. ("Seakeeper") provides this formal notice in accordance with Article XI, Term and Termination of the Certified Dealer Non-Exclusive Agreement ("Agreement") between Seakeeper and Starboard Yacht Group ("Dealer") with the intention of terminating the Agreement, effective immediately.

Per Section 72, During the term of this Agreement or any renewal thereof, this Agreement may be terminated by SEAKEEPER by written notice for any one or more of the following clauses, "***72.4. If DEALER conducts itself or its business so as to adversely affect the good name, reputation or goodwill of SEAKEEPER or the Product, or uses any Trademark in a manner not approved by SEAKEEPER***".

The decision to terminate this relationship is based on the following reasons:

- **Process Proficiency**: There has been insufficient understanding of Seakeeper's service processes, which has affected operational efficiency;
- **Mission Alignment**: A misalignment with Seakeeper's mission and core values has made it increasingly difficult to sustain a cohesive partnership;
- **Communication Gaps**: A persistent lack of transparent communication with the sales team has impeded collaboration and effective business operations;
- **Timeliness**: Failure to provide required information within agreed-upon timelines has disrupted workflows and delayed critical initiatives;
- **Sales Performance**: A consistent year-over-year decline in sales has raised concerns about growth and long-term viability; and
- **Outstanding Balances**: Financial obligations have consistently exceeded the credit limits provided, which has created an unsustainable situation.

Please review Article XII – Duties of Dealer Upon Termination and ensure compliance with all points. Please provide a list of any materials that are required to be returned to Seakeeper per Clause 75.6 of the Agreement and an RMA will be provided, along with pre-paid shipping labels.


Respectfully,


Seakeeper Management