

July 9, 2025

<span style="color:red">**Via Email and Certified Mail**</span>

    *Starboard Yacht Group Legal <legal@starboardayacht.com>*
    Jake Stratmann <jake@starboardyacht.com>
    Brian Kenny <Brian@starboardyacht.com>
    Travis Moore <travis@starboardyacht.com>

Starboard Yacht Group
850 NE 3rd Street, Suite 106
Dania Beach, FL 33004

**Attention:** Jake Stratmann, Chief Executive Officer of Starboard Yacht Group

**RE: IMMEDIATE CEASE AND DESIST – UNAUTHORIZED USE OF SEAKEEPER NAME, IMAGES, TRADEMARKS, AND COMMERCIAL MISREPRESENTATION**

To Whom It May Concern:

This letter serves as **formal and final demand** that Starboard Yacht Group ("SYG") immediately cease and desist from all unauthorized use, reference, and representation involving **Seakeeper, Inc.** ("Seakeeper"), its products, branding, trademarks, intellectual property, and dealer associations, effective immediately.

As per the **official termination notice issued by Seakeeper dated December 2, 2024** (attached), and consistent with Article XI and Clause 72.4 of the Certified Dealer Non-Exclusive Agreement, your dealership status was **terminated for cause**, effective immediately. You are no longer authorized to represent, promote, or sell Seakeeper products or services in any capacity whatsoever.

Moreover, Seakeeper made a second notice via email dated **February 28, 2025** (attached) advising that **Starboard Yacht Group has not been an authorized Seakeeper dealer since January 2025**, and "*Any further orders for spare parts, extended warranty, or Seakeeper units will not be accepted, and we will inform customers that SYG is not an authorized Seakeeper dealer.  Lastly, with SYG no longer a Seakeeper dealer, we require all Seakeeper material on your website to be removed by the end of next week (3/7)*".

Seakeeper Inc. – 45310 Abell House Lane – Suite 350 – California, MD – 20619 – USA
+1.410.326.1590  •  www.seakeeper.com

Therefore, be advised, **any attempt to present yourself as a Seakeeper-affiliated entity, including but not limited to**:

- Use of the Seakeeper name, logos, or likeness on your website or marketing materials

- Attempting to procure Seakeeper products, parts, or services

- Representing yourself as a Seakeeper dealer or service provider to clients, vendors, or partners

- Advertising or conducting business under the pretense of continued affiliation

**is a willful and material misrepresentation** and constitutes trademark infringement, false advertising, unfair competition, and breach of the termination provisions set forth in your former agreement.


**YOU ARE HEREBY DIRECTED TO COMPLY WITH THE FOLLOWING IMMEDIATELY:**

1. **REMOVE** all instances of the Seakeeper name, logo, likeness, product descriptions, dealer listings, or service affiliations from your website, digital channels, printed materials, signage, or customer-facing platforms **within seventy-two (72) hours** of the date of this letter.

2. **CEASE ALL ATTEMPTS** to procure Seakeeper parts, products, or systems on behalf of customers or third parties. You are not authorized to purchase or install Seakeeper systems under any capacity.

3. **REFRAIN FROM REPRESENTING** yourself to any party as being affiliated with or endorsed by Seakeeper. This includes verbal, digital, printed, or social media communications.

4. **PROVIDE WRITTEN CONFIRMATION** to Seakeeper's Sales Department that all Seakeeper branding, images, links, and references have been removed and that no further misrepresentation will occur. This must be submitted no later than **5:00 PM (EST) on July 18, 2025**.

Failure to comply with the above directives will result in **immediate and sweeping legal action**, including but not limited to:

- Injunctive relief in state and federal court

- Damages for trademark infringement and reputational harm

- Recovery of legal costs, attorney's fees, and punitive damages

- Reporting to appropriate industry partners and consumer platforms

This letter is not a complete or exhaustive statement of Seakeeper's rights, remedies, or claims. Nothing herein shall be construed as a waiver of any legal or equitable relief to which Seakeeper is entitled.

We urge you to take this matter seriously. Continued disregard will leave us no choice but to pursue the fullest extent of legal remedies available.

Sincerely,

Chad Hoey,
Director of Americas Sales & Service
Seakeeper, Inc.

**Enclosures:**
- ❖ Termination Notice issued by Seakeeper dated December 2, 2024
- ❖ Second Notice via email dated February 28, 2025
- ❖ Copies of Starboard Yacht  Group Website containing Seakeeper's name, likeness, and images as of July 8, 2025



December 2, 2024

**Starboard Yacht Group**
850 NE 3ʳᵈ Street, Suite 106
Dania Beach, FL 33004

Re: Termination of the Seakeeper Certified Dealer Non-Exclusive Agreement

Dear Starboard Yacht Group:

Seakeeper, Inc. ("Seakeeper") provides this formal notice in accordance with Article XI, Term and Termination of the Certified Dealer Non-Exclusive Agreement ("Agreement") between Seakeeper and Starboard Yacht Group ("Dealer") with the intention of terminating the Agreement, effective immediately.

Per Section 72, During the term of this Agreement or any renewal thereof, this Agreement may be terminated by SEAKEEPER by written notice for any one or more of the following clauses, "*72.4. If DEALER conducts itself or its business so as to adversely affect the good name, reputation or goodwill of SEAKEEPER or the Product, or uses any Trademark in a manner not approved by SEAKEEPER*".

The decision to terminate this relationship is based on the following reasons:

- **Process Proficiency**: There has been insufficient understanding of Seakeeper's service processes, which has affected operational efficiency;
- **Mission Alignment**: A misalignment with Seakeeper's mission and core values has made it increasingly difficult to sustain a cohesive partnership;
- **Communication Gaps**: A persistent lack of transparent communication with the sales team has impeded collaboration and effective business operations;
- **Timeliness**: Failure to provide required information within agreed-upon timelines has disrupted workflows and delayed critical initiatives;
- **Sales Performance**: A consistent year-over-year decline in sales has raised concerns about growth and long-term viability; and
- **Outstanding Balances**: Financial obligations have consistently exceeded the credit limits provided, which has created an unsustainable situation.

Please review Article XII – Duties of Dealer Upon Termination and ensure compliance with all points. Please provide a list of any materials that are required to be returned to Seakeeper per Clause 75.6 of the Agreement and an RMA will be provided, along with pre-paid shipping labels.

Respectfully,

Seakeeper Management

From: Chad Hoey <choey@seakeeper.com>

Sent: Friday, February 28, 2025 5:02 PM

To: Jake Stratmann <jake@starboardyacht.com>; Brian Kenny <Brian@starboardyacht.com>; Travis Moore <travis@starboardyacht.com>

Cc: Tom Cole <tcole@seakeeper.com>; Brad Mead <bmead@seakeeper.com>

Subject: RE: Seakeeper - Starboard Yacht Group

Importance: High


Good evening Jake and Travis,

I was just alerted you collected money on an extended warranty for Dan Libera (Sales Order 84868) after your dealer termination.  We will process this order, and it needs to be paid by SYG by Tuesday 3/4.  If we don't receive payment by this date, we will cancel the order and inform the customer.

Any further orders for spare parts, extended warranty, or Seakeeper units will not be accepted, and we will inform customers that SYG is not an authorized Seakeeper dealer. Lastly, with SYG no longer a Seakeeper dealer, we require all Seakeeper material on your website to be removed by the end of next week (3/7).  Please confirm receipt of this email.


Thanks!

_____


Chad Hoey

Director of Americas Sales & Service


SEAKEEPER

Direct: 240.794.9436

Mobile: 609.457.5469

www.seakeeper.com

https://starboardyacht.com/



https://starboardyacht.com/brands/seakeeper/



[Seakeeper Gyro Stabilizer for boats | Starboard Yacht Group](#)



[saltymarine.com/products-list/collections/seakeeper](#)

