# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **SEAKEEPER, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civ. No.: MJM-26-1332** |
| | * | |
| **STARBOARD YACHT GROUP, LLC,** | * | |
| | * | |
| **Defendants.** | * | |
| | * * * * * * * * * * * | |

## ORDER

This matter is scheduled for a hearing on plaintiff Seakeeper, Inc.'s ("Plaintiff") Motion for Temporary Restraining Order and Preliminary Injunction on **May 11, 2026**, at **10:00 a.m.**, at 101 W. Lombard St., Courtroom 5C, Baltimore, Maryland 21201. Plaintiff shall promptly serve a copy of this Order on defendant Starboard Yacht Group, LLC, and file a certificate of service.

It is so ORDERED this 29th day of April, 2026.

Matthew J. Maddox
United States District Judge