## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Seakeeper, Inc.
    **Plaintiff,**

    **v.**

Starboard Yacht Group, LLC
    **Defendant.**

\*
\*
\*
\*
\*

**Case No.** 1:26-cv-01332-MJM

### MOTION FOR ADMISSION PRO HAC VICE

I, Anthony F. Jankoski , am a member in good standing of the bar of this

Court.  I am moving the admission of Elizabeth A. Wurm

to appear pro hac vice in this case as counsel for Plaintiff Seakeeper, Inc. .

We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Illinois (11/7/2019) | USDC for N.D. of Illinois (11/18/2019) |
| Minnesota (3/25/2026) | USDC for E.D. of Michigan (7/21/2020) |
| | USDC for W.D. of Michigan (12/1/2020) |
| | USDC for E.D. of Wisconsin (12/7/2020) |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court zero time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or <u>Anthony F. Jankoski</u>, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

10. The Movant has obtained approval from the Proposed Admittee to sign on their behalf.

MOVANT

*/s/ Anthony F. Jankoski*
_____
Signature

Anthony F. Jankoski (No. 30570)
_____
Printed name and bar number

Faegre Drinker Biddle & Reath LLP
_____
Office name

1500 K Street N.W., Suite 1100, Washington D.C. 20005
_____
Address

(202) 230-5000
_____
Telephone number

(202) 842-8465
_____
Fax Number

anthony.jankoski@faegredrinker.com
_____
Email Address

PROPOSED ADMITTEE

*/s/ Elizabeth A. Wurm* (signed by Anthony F. Jankoski with permission of proposed admittee)
_____
Signature

Elizabeth A. Wurm
_____
Printed name

Faegre Drinker Biddle & Reath LLP
_____
Office name

2200 Wells Fargo Center 90 S. 7th Street, Minneapolis, MN 55402
_____
Address

(612) 766-7000
_____
Telephone number

(612) 766-1600
_____
Fax Number

elizabeth.wurm@faegredrinker.com
_____
Email Address