**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| |
|---|
| **SEAKEEPER, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **STARBOARD YACHT GROUP**, **LLC**, <br><br> Defendant. |

Case No.: 1:26-cv-01332-MJM

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel hereby certifies that on April 30, 2026, a true and correct copy of the Court's Order entered on April 29, 2026 at ECF 12 was served on Defendant Starboard Yacht Group, LLC via FedEx Priority Overnight shipping at the following address:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

Proof of delivery and service of the Order is attached hereto as **Exhibit A**.

In addition, Plaintiff Seakeeper, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction and accompanying Memorandum in Support, exhibits thereto, and proposed order were served on Defendant at the foregoing address on April 28, 2026. Proof of delivery and service of the foregoing Motion and accompanying papers is attached hereto as **Exhibit B**.

In addition, the Motion to Appear Pro Hac Vice for Traci T. McKee filed on April 7, 2026 at ECF 7; Order granting that Motion entered on April 7, 2026 at ECF 8; Motion to Appear Pro Hac Vice for Elizabeth A. Wurm filed on April 29, 2026 at ECF 13; and Order granting that Motion entered on April 30, 2026 at ECF 14 were all served on Defendant at the foregoing address

on May 1, 2026. Proof of delivery and service of these Motions and Orders is attached hereto as

**Exhibit C**.


Dated: May 1, 2026

*/s/ Anthony F. Jankoski*

Anthony F. Jankoski (No. 30570)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice* admission forthcoming)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*