# Exhibit A

May 01, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 871225622141

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; No Signature Required | | FORT LAUDERDALE, FL, |
| | | **Delivery date:** | Apr 30, 2026 16:10 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 871225622141 | **Ship Date:** | Apr 29, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
FORT LAUDERDALE, FL, US,

**Shipper:**
Washington, DC, US,

**Reference**          985522.000156-04416

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx