# Exhibit B

April 28, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 871107850156

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | FORT LAUDERDALE, FL, |
| | | Delivery date: | Apr 28, 2026 15:44 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 871107850156 | Ship Date: | Apr 27, 2026 |
| | | Weight: | 2.0 LB/0.91 KG |

Recipient:                                                                 Shipper:

FORT LAUDERDALE, FL, US,                            Washington, DC, US,

Reference                         985522.000156-04416

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx