# Exhibit C

Dear Customer,

The following is the proof-of-delivery for tracking number: 871272701715

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | FORT LAUDERDALE, FL, |
| | | Delivery date: | May 1, 2026 11:25 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 871272701715 | Ship Date: | Apr 30, 2026 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:                                               Shipper:

FORT LAUDERDALE, FL, US,                  Washington, DC, US,

Reference                    399999.009999-48253

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx