**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

(Northern Division)

SEAKEEPER, INC.,
 Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,
 Defendant,

and

CHARLES JACOB STRATMANN,
 Proposed Intervenor / Counterclaimant.

Case No. 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

---

## VERIFIED DECLARATION OF CHARLES JACOB STRATMANN IN SUPPORT OF MOTION TO INTERVENE AND MOTION TO TRANSFER

I, Charles Jacob Stratmann, declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, as follows:

### I. PERSONAL BACKGROUND

I am over the age of 18, of sound mind, and competent to testify as to the matters set forth herein. The statements in this Declaration are based upon my personal knowledge, my review of records I personally maintain or supervised the maintenance of, and where so indicated, on information and belief.

I am a citizen of the State of Florida, residing at 545 NE 17th Avenue, Fort Lauderdale, Florida 33301. The 545 NE 17th Avenue address is my principal residence and homestead under Florida law.

I am the managing member of Starboard Yacht Group, LLC ("SYG"), a Florida limited-liability company. SYG's principal place of business has been in Broward County, Florida throughout my managing-member tenure.

## II. THE SBA EIDL AND PERSONAL HOME-EQUITY PLEDGE

During the COVID-19 economic disruption, SYG applied for and received a Small Business Administration ("SBA") Economic Injury Disaster Loan ("EIDL") to fund continuing operations and to support inventory purchases from Seakeeper, Inc. ("Seakeeper").

As a condition of obtaining the EIDL in the amounts received, I personally guaranteed the loan and pledged my principal residence at 545 NE 17th Avenue, Fort Lauderdale, Florida as collateral. The personal guaranty and the pledge are documented in records maintained by the SBA and by me.

The EIDL repayment obligation remains outstanding. Any restraint, encumbrance, or impairment of SYG's Seakeeper inventory or of SYG's ability to monetize the dealer-relationship cash flows that service the EIDL has a direct and foreseeable effect on my personal financial position and on the equity in my home.

## III. PERSONAL PAYMENTS TO SEAKEEPER

From my individual accounts and personal credit lines, I personally paid Seakeeper the sum of not less than $793,002 for inventory and inventory-related charges in connection with the SYG-Seakeeper dealer relationship.

None of the inventory and inventory-related charges referred to in paragraph 7 was ever released to me, was ever repurchased by Seakeeper, or was ever made available for free sale or transfer.

## IV. THE INVENTORY LOCK AND DEMAND-LETTER CHANNEL

After Seakeeper's purported termination of the SYG dealer relationship in or about late 2024 - done without observation of the cure period to which SYG was contractually entitled - Seakeeper through a series of written demand letters and electronic communications asserted that SYG could not lawfully sell, transfer, or otherwise dispose of approximately $2,000,000 of Seakeeper inventory then held in SYG's Florida warehouses.

The demand-letter conduct had the foreseeable and intended effect of locking the inventory in place. Seakeeper did not repurchase the inventory and did not release it for sale.

## V. THE THEFT FROM THE LOCKED FLORIDA WAREHOUSE

While the inventory remained locked in the SYG Florida warehouses by force of Seakeeper's demand-letter restraint, SYG's Florida warehouses were the subject of a series of theft incidents in Broward County, Florida.

Open law-enforcement investigations exist with the Fort Lauderdale Police Department (Det. Somma) and the Broward Sheriff's Office (Det. Vecchio) concerning the theft incidents. Investigator contact details and case-file references are maintained in the chain-of-custody records I supervise.

## VI. WITNESSES AND EVIDENCE LOCATION

Based on my personal knowledge of the SYG-Seakeeper dealer relationship and of the underlying events, the following witnesses likely to provide testimony material to the claims and defenses in this action are Florida residents or are based in Florida and would not be subject to compulsory process in the District of Maryland:

(a) Detective Somma, Fort Lauderdale Police Department;

(b) Detective Vecchio, Broward Sheriff's Office;

(c) Olafur Hand, Seakeeper installation/field representative deployed to Florida;

(d) Tom Ackel, BlueWater Yacht Services, Florida;

(e) Rick Panero, Ares Marine, Florida;

(f) Jesnel Quinones, Florida-licensed yacht captain;

(g) Steven Ivankovich, whose 2026-02-23 sworn admissions in Florida proceedings are incorporated by reference into the related action *Stratmann/SYG v. Seakeeper, Inc., et al.*, No. 0:26-cv-61001-JMS (S.D. Fla.).

The physical Seakeeper inventory and the law-enforcement case files are located in Broward County, Florida.

## VII. SYG'S LACK OF COUNSEL OF RECORD IN THIS COURT

As of the date of this Declaration, SYG does not have retained counsel of record in this Court. I am not aware of any retainer, fee arrangement, or limited-appearance counsel under which any attorney is presently authorized to appear for SYG in this action.

I am informed and believe that an LLC cannot appear pro se in a United States District Court. *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993). I therefore cannot lawfully appear in this action on behalf of SYG. I file the concurrent Motion to Intervene and Counterclaim in my **individual** capacity to protect interests that are personal to me and that are not, and cannot be, derivatively represented by SYG in its present unrepresented posture.

## VIII. INTEGRITY AND TRUTHFULNESS

1. I have made the foregoing statements truthfully and to the best of my knowledge, information, and belief. I understand that any false statement made knowingly and willfully is subject to the penalties of perjury under 18 U.S.C. Section 1621 and 28 U.S.C. Section 1746.

Executed on 2026-05-08 at Fort Lauderdale, Florida.

---

/s/ Charles Jacob Stratmann
Charles Jacob Stratmann
Pro se
545 NE 17th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 495-4710
Email: jake@starboardyacht.com

## CERTIFICATE OF SERVICE

I, Charles Jacob Stratmann, pro se, hereby certify that on May 8, 2026, I caused a true and correct copy of the foregoing Verified Declaration to be served by United States Mail, postage prepaid, upon counsel of record for Plaintiff Seakeeper, Inc. (Faegre Drinker Biddle & Reath LLP) at the address of record, and upon Defendant Starboard Yacht Group, LLC c/o registered agent.

Dated: 2026-05-08

---

Charles Jacob Stratmann