**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **SEAKEEPER, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **STARBOARD YACHT GROUP**, **LLC**, <br><br> Defendant. | Case No.: 1:26-cv-01332-MJM |

## PLAINTIFF SEAKEEPER, INC.'S MOTION FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 108.2(a), Plaintiff

Seakeeper, Inc. ("Seakeeper") respectfully requests that the Clerk of Court enter default against

Defendant Starboard Yacht Group, LLC ("Defendant") for failure to plead or otherwise defend.

This Motion is based upon the Declaration of Anthony F. Jankoski, submitted herewith, and the

filings referenced thereby.

In accordance with Local Rule 108.2(a), Seakeeper states that the last known address of

Defendant's registered agent is as follows:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

Dated: May 7, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski (No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*