**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| **SEAKEEPER, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP**, **LLC**,<br><br>Defendant. | Case No.: 1:26-cv-01332-MJM |

<u>**DECLARATION OF ANTHONY F. JANKOSKI**</u>

1.      I, Anthony F. Jankoski, am the attorney of record for Plaintiff Seakeeper, Inc. ("Seakeeper") in the above-captioned civil action, and I submit this declaration in support of Seakeeper's Motion for Entry of Default against Defendant Starboard Yacht Group, LLC ("Defendant").

2.      I am over eighteen (18) years of age, suffer no disability, and am competent to testify based on personal knowledge of the matters set forth herein.

3.      On April 3, 2026, Seakeeper initiated this civil action against Defendant by filing a complaint (the "Complaint") (Dkt. No. 1).

4.      The summons, Complaint, and its supporting exhibits were served upon Defendant on April 10, 2026. (Dkt. No. 9)

5.      Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant was required to file an answer or otherwise respond to the Complaint within twenty-one (21) days of service (i.e., by May 1, 2026).

6.      As of the date of this Declaration, Defendant has not made an appearance, filed a responsive pleading, or otherwise defended against the Complaint. Thus, entry of default is

appropriate. *See* Fed. R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 7, 2026

*Anthony F. Jankoski*
Anthony F. Jankoski

---

[1] On May 6, 2026, the Clerk entered a motion to intervene, memorandum in support, and proposed counterclaim filed via the Electronic Document Submission System by Charles Jacob Stratmann, who purports to be Defendant's "managing member." Dkt. No. 16. Mr. Stratmann is "appearing pro se in his individual capacity" and does not purport to answer the Complaint for Defendant. Nor could he respond to the Complaint on Defendant's behalf, as Local Rule 101.1(a) requires corporations and LLCs to be "represented by counsel" in civil actions. Seakeeper intends to respond to Mr. Stratmann's filings in accordance with the schedule set forth in Local Rule 105.2(a).