## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 7, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Motion for Entry of Default and the accompanying Declaration of Anthony F. Jankoski were filed using the Court's electronic filing system and served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

/s/ Anthony F. Jankoski
Anthony F. Jankoski