IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

NORTHERN DIVISION

SEAKEEPER, INC.,

Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

Defendant.

**Case No. 1:26-cv-01332-MJM**

**Judge Matthew J. Maddox**

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF PRO BONO COUNSEL

Upon consideration of Defendant Starboard Yacht Group, LLC's Motion for Appointment of Pro Bono Counsel from the Court's Federal Pro Bono Panel, the Declaration of Charles Jacob Stratmann submitted in support, the record in this action, and the applicable authorities including 28 U.S.C. Section 1915(e)(1), Whisenant v. Yuam, 739 F.2d 160 (4th Cir. 1984), Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296 (1989), and the District of Maryland's Standing Order governing the Federal Pro Bono Panel, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED that:**

1. Defendant's Motion for Appointment of Pro Bono Counsel is **GRANTED**.

1. The Clerk of Court is directed to refer this matter to the District of Maryland Federal Pro Bono Panel for appointment of qualified counsel to represent Defendant Starboard Yacht Group, LLC in this action.

1. Appointment shall be effective within thirty (30) days of the date of this Order, or such longer period as the Pro Bono Coordinator determines is reasonably necessary to identify qualified counsel.

1. All deadlines presently set in this action, including the deadline to oppose Plaintiff's Motion for Clerk's Entry of Default (DE 17), are **STAYED** pending entry of an appearance by appointed counsel.

1. Within fourteen (14) days after appointed counsel enters an appearance, the parties shall confer and submit a proposed amended scheduling order addressing all then-pending motions and case-management deadlines.

1. The Clerk shall provide a copy of this Order to the Pro Bono Coordinator and to all counsel and parties of record.

**SO ORDERED this ___ day of _____, 2026.**

_____

The Honorable Matthew J. Maddox

United States District Judge

District of Maryland