# Seakeeper Inc.

## vs.

## Starboard Yacht Group, LLC

**Civil/Criminal No. 26-CV-1332-MJM**                    **Plaintiff's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
| --- | --- | --- | --- |
| 1 | 5/11/26 | 5/11/26 | Seakeeper Logo & Trademark |
| 4 | 5/11/26 | 5/11/26 | Starboard Yacht Website Screenshots |
| 5 | 5/11/26 | 5/11/26 | Saltymarine.com Website Screenshots |
| 6 | 5/11/26 | 5/11/26 | Instagram Screenshot |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |