# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Seakeeper Inc.,
**Plaintiff**                              \*

vs.                                         \*         Case No.: 26-CV-1332-MJM

**Starboard Yacht Group LLC**              \*
**Defendant**

\*

\*\*\*\*\*\*

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| #1-6 | N/A |

All Plaintiff's/Government's exhibits returned: 5/11/26

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:   5/11/2026

Counsel for Plaintiff(s)/Government:
_Traci McKee_

Counsel for Defendant(s):
N/A

Date: May 11, 2026