# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

SEAKEEPER, INC.,

    Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

    Defendant,

and

CHARLES JACOB STRATMANN,

    Proposed Intervenor.

Case No. **1:26-cv-01332-MJM**

Hon. Matthew J. Maddox

Hearing: May 11, 2026

## [PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR TRO AND PRELIMINARY INJUNCTION

UPON CONSIDERATION of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction, the Opposition thereto, and the record herein, the Court finds that Plaintiff has failed to satisfy the standards set forth in Winter v. Natural Resources Defense Council, Inc., 555 U.S. 7 (2008). It is hereby:

**ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is DENIED.

_____

Hon. Matthew J. Maddox
United States District Judge
Date: _____, 2026