**IN THE UNITED STATES DISTRICT COURT
<u>FOR THE DISTRICT OF MARYLAND</u>**

|  |  |  |
|---|---|---|
| | * | |
| **SEAKEEPER, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No.: MJM-26-1332** |
| **v.** | * | |
| | * | |
| **STARBOARD YACHT GROUP, LLC,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

**<u>ORDER OF PRELIMINARY INJUNCTION</u>**

For the reasons explained on the record during the hearing on May 11, 2026, the Court finds that plaintiff Seakeeper, Inc. ("Seakeeper") has made a clear showing that it is likely to succeed on the merits of its Lanham Act claims, Maryland unfair competition claim, and breach of contract claims; that it is likely to suffer irreparable harm in the absence of the preliminary injunctive relief sought in its Motion for Preliminary Injunction; and that the balance of the equities and public interest favor preliminary injunctive relief.

Accordingly, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Seakeeper's Motion for Preliminary Injunction (ECF No. 11) is GRANTED;

2. Defendant Starboard Yacht Group, LLC ("SYG"), and any of its agents, servants, employees, and attorneys, and any other party acting in concert or privity with SYG, is PRELIMINARILY ENJOINED from using or displaying the SEAKEEPER Marks, or any marks confusingly similar to it, in any manner, specifically including without limitation on SYG's websites, social media, other websites used in SYG's business, or physical signage; (b) holding itself out as "Seakeeper-certified" or a "Seakeeper

Dealer" and making any similar statement that suggests a present affiliation with Seakeeper, specifically including without limitation on SYG's websites, social media, or other websites used in SYG's business; (c) promoting, selling, or servicing Seakeeper products; and (d) failing to comply with any other post-termination obligation contained in the Agreements;

3. Pursuant to Federal Rule of Civil Procedure 65(c), Plaintiff SHALL POST A BOND of one dollar ($1.00) with the Clerk of the Court **by 4:00 p.m. on Wednesday, May 13, 2026**, subject to redetermination by the Court after considering Seakeeper's supplement;

4. Seakeeper shall file **no later than Monday, May 18, 2026**, a supplement attaching evidence of sales and/or revenue data available to Seakeeper associated with SYG's marketing of the "Seakeeper" and "Seakeeper Ride" product lines during the period from January 1, 2023, to present date;

5. Seakeeper shall file a status report **by Monday, May 25, 2026**, to inform the Court of SYG's compliance with this Order;

6. Seakeeper's Motion to Seal Exhibits (ECF No. 5) is GRANTED;

7. Exhibits 1 and 2 to the Complaint (ECF Nos. 3 & 4) are SEALED until further Order of the Clerk; and

8. The Clerk SHALL SEND a copy of this Order to counsel for Plaintiff and to movant Charles Jacob Stratmann.

It is so ORDERED this  11th  day of May, 2026.

Matthew J. Maddox
United States District Judge
