**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SEAKEEPER, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **STARBOARD YACHT GROUP**, **LLC**, <br><br> Defendant. | Case No.: 1:26-cv-01332-MJM |

**PLAINTIFF SEAKEEPER, INC.'S NOTICE OF COMPLIANCE WITH
PARAGRAPH 3 OF ORDER OF PRELIMINARY INJUNCTION**

Plaintiff Seakeeper, Inc. ("Seakeeper") respectfully submits and avers that, on May 13, 2026 at 9:38 a.m., it posted a bond of one dollar ($1.00) with the Clerk of the Court by delivering a check for that amount to the Clerk's office via FedEx, in compliance with Paragraph 3 of the Court's Order of Preliminary Injunction (Dkt. No. 26). Proof of delivery is attached hereto as **Exhibit A**.

Seakeeper has asked the Clerk to make an entry on the docket confirming receipt of the bond payment. Seakeeper's letter to the Clerk is attached hereto as **Exhibit B**.

Dated: May 13, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*

Anthony F. Jankoski (No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

2