# Exhibit A

Dear Customer,

The following is the proof-of-delivery for tracking number: 871715141742

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | A.Ramos | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | BALTIMORE, MD, |
| | | **Delivery date:** | May 13, 2026 09:38 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 871715141742 | **Ship Date:** | May 12, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

Recipient:                                    Shipper:

BALTIMORE, MD, US,                   Washington, DC, US,

Reference                    399999.009999-04416

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment.  Please check again later for a signature.

Thank you for choosing FedEx