# Exhibit B



**Anthony F. Jankoski**
Associate
anthony.jankoski@faegredrinker.com
+1 202 230 5324 direct

faegredrinker.com

**Faegre Drinker Biddle & Reath** LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
+1 202 230 5000 main
+1 202 842 8465 fax

May 12, 2026

Office of the Clerk
United States District Court for the District of Maryland
101 W Lombard Street
Baltimore, MD 21201

**Subject:**    Seakeeper, Inc. v. Starboard Yacht Group, LLC
Case No. 1:26-cv-01332-MJM

Dear Sir or Madam:

Enclosed, please find a check for $1.00 made payable to the order of the Clerk's office for the United States District Court for the District of Maryland. Plaintiff Seakeeper, Inc. ("Seakeeper") is depositing this amount with the Clerk's office pursuant to the Court's Order of Preliminary Injunction entered in the above-captioned action on May 12, 2026 at Docket No. 26 directing Seakeeper to post a bond of $1.00 with the Clerk of the Court. A copy of the Order is also enclosed.

The undersigned respectfully asks the Clerk's office to make an entry on the docket in this action confirming that it received a check on May 13, 2026 from Plaintiff Seakeeper, Inc. for $1.00.

Very truly yours,

*Anthony F. Jankoski*

Anthony F. Jankoski

*Attorney for Plaintiff Seakeeper, Inc.*

AFJ/

Enclosures: Check for $1.00, Order of Preliminary Injunction