## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 13, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Notice of Compliance with Paragraph 3 of Order of Preliminary Injunction and exhibits thereto were filed using the Court's electronic filing system and served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski