IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAKEEPER, INC.,

Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

Defendant.

Case No.: 1:26-cv-01332-MJM

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 13, 2026, a true and correct copy of the Court's Order of Preliminary Injunction entered in this action on May 12, 2026 at ECF 26 was served on Defendant Starboard Yacht Group, LLC via FedEx Priority Overnight shipping at the following address:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

Proof of delivery and service of the Order of Preliminary Injunction is attached hereto as **Exhibit A**.

Dated: May 13, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski (No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

2