# Exhibit A

Dear Customer,

The following is the proof-of-delivery for tracking number: 871709641280

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | FORT LAUDERDALE, FL, |
| | | **Delivery date:** | May 13, 2026 11:22 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 871709641280 | **Ship Date:** | May 12, 2026 |
| | | **Weight:** | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| FORT LAUDERDALE, FL, US, | Washington, DC, US, |

**Reference**  985522.000156-04416

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx