*Filed: May 15, 2026*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |
|---|---|
| **SEAKEEPER, INC.,**<br>*Plaintiff,*<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC,**<br>*Defendant.* | Case No. **1:26-cv-01332-MJM**<br><br>Hon. Matthew J. Maddox<br><br>**Notice of Appearance** |

## NOTICE OF APPEARANCE OF CHARLES JACOB STRATMANN IN HIS INDIVIDUAL CAPACITY

PLEASE TAKE NOTICE that **Charles Jacob Stratmann** hereby appears in the above-captioned action **pro se**, in his individual capacity only.

This Notice is filed to preserve the record, to establish a channel of communication with the Court and counsel of record, and to clarify that the undersigned appears solely in his individual capacity. The undersigned does **not** appear on behalf of Defendant Starboard Yacht Group, LLC, which is a limited liability company that cannot appear pro se under Local Rule 101.1(a) and *Rowland v. California Men's Colony*, 506 U.S. 194 (1993).

Concurrent with this Notice, the undersigned has caused to be filed a **Motion for Twenty-One Day Stay** as to Defendant Starboard Yacht Group, LLC only, to permit retention of Maryland-admitted counsel.

All rights, defenses, objections, and counterclaims are expressly reserved. Until counsel for the LLC has entered an appearance, the Court and counsel of record are respectfully requested to direct all correspondence pertaining to the undersigned's individual capacity to the address set forth in the signature block below.

Respectfully submitted,

**CHARLES JACOB STRATMANN**
*Pro Se*
545 NE 17th Avenue

Fort Lauderdale, Florida 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

Dated: May 15. 2026