*Filed: May 15, 2026*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | |
|---|---|
| **SEAKEEPER, INC.,**<br>*Plaintiff,*<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC,**<br>*Defendant.* | Case No. **1:26-cv-01332-MJM**<br><br>Hon. Matthew J. Maddox<br><br>**Motion for 21-Day Stay** |

## MOTION FOR TWENTY-ONE DAY STAY AS TO DEFENDANT STARBOARD YACHT GROUP, LLC ONLY, AND MEMORANDUM IN SUPPORT

Defendant Starboard Yacht Group, LLC ("SYG"), through Charles Jacob Stratmann appearing pro se in his individual capacity, respectfully moves this Court for a limited twenty-one (21) day stay of all proceedings as to SYG only, to permit SYG to retain Maryland-admitted counsel pursuant to Local Rule 101.1(a). In support, SYG states as follows:

### I. BACKGROUND

1. Plaintiff filed its Complaint on April 3, 2026. A Preliminary Injunction was entered on April 26, 2026 (DE 26).

2. SYG is a Florida limited liability company. Under *Rowland v. California Men's Colony*, 506 U.S. 194 (1993), and Local Rule 101.1(a), an LLC may not appear pro se in federal court.

3. SYG has identified candidate Maryland-admitted counsel and is actively engaged in retention discussions, but requires a brief stay to complete engagement and onboarding.

### II. RELIEF REQUESTED

4. SYG requests a stay of all proceedings as to SYG only, for twenty-one (21) days from the date of the Court's order, with all corresponding deadlines tolled.

5. The Preliminary Injunction entered April 26, 2026 (DE 26) shall remain in full force and effect during the stay. SYG does not seek to modify or dissolve the PI through this Motion.

### III. LEGAL STANDARD

6. A district court has inherent authority to control its docket, including the power to grant a brief stay to permit a corporate or LLC defendant to retain qualified counsel. *Landis v. North*

*Filed: May 15, 2026*

*American Co.*, 299 U.S. 248, 254-55 (1936); *Williford v. Armstrong World Indus.*, 715 F.2d 124, 127 (4th Cir. 1983).

7.    Courts in this District routinely grant short stays to permit LLC defendants to retain counsel, particularly where, as here, the stay is brief, the PI remains in force, and no party is prejudiced.

## IV. CONFERRAL

8.    Counsel for Plaintiff has been advised of this Motion. Plaintiff **does not oppose** the requested twenty-one (21) day stay.

## V. CONCLUSION

WHEREFORE, SYG respectfully requests that this Court enter the accompanying [Proposed] Order (i) staying all proceedings as to SYG only for twenty-one (21) days from the date of the order; (ii) tolling all corresponding deadlines as to SYG during the stay; and (iii) preserving the Preliminary Injunction entered April 26, 2026 (DE 26) in full force during the stay.

Respectfully submitted,

**CHARLES JACOB STRATMANN**
*Pro Se*
545 NE 17th Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

Dated: May 15, 2026