*Filed: May 15, 2026*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| **SEAKEEPER, INC.,**<br>*Plaintiff,*<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC,**<br>*Defendant.* | Case No. **1:26-cv-01332-MJM**<br><br>Hon. Matthew J. Maddox<br><br>**[Proposed] Order** |

## [PROPOSED] ORDER

Upon consideration of Defendant Starboard Yacht Group, LLC's Motion for Twenty-One Day Stay as to Defendant Starboard Yacht Group, LLC Only, and Plaintiff's non-opposition thereto, and the record herein, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. All proceedings as to Defendant Starboard Yacht Group, LLC are **STAYED** for twenty-one (21) days from the date of this Order.

3. All corresponding deadlines as to Defendant Starboard Yacht Group. LLC are **TOLLED** during the stay.

4. The Preliminary Injunction entered April 26. 2026 (DE 26) shall **remain in full force and effect** during the stay.

5. The Court reserves jurisdiction to enter such further orders as may be necessary or appropriate.

**SO ORDERED.**

Dated: _____          _____
                                 **Hon. Matthew J. Maddox**
                                 United States District Judge