## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

(Baltimore Division)

| | |
|---|---|
| **SEAKEEPER, INC.,**<br>*Plaintiff,*<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC,**<br>*Defendant.* | Case No. **1:26-cv-01332-MJM**<br><br>Hon. Matthew J. Maddox<br><br>**Certificate of Service** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 15, 2026**, I caused the following documents to be filed with the Clerk of the Court via the Court's Electronic Document Submission System (EDSS), and served on counsel of record by CM/ECF and by first-class United States mail, postage prepaid:

1. Notice of Appearance of Charles Jacob Stratmann in His Individual Capacity;

2. Motion for Twenty-One Day Stay as to Defendant Starboard Yacht Group, LLC Only, and Memorandum in Support;

3. [Proposed] Order; and

4. This Certificate of Service.

Service was made upon the following counsel of record:

**Anthony F. Jankoski, Esq.**

**Traci T. McKee, Esq.** (admitted pro hac vice)

**Elizabeth Wurm, Esq.** (admitted pro hac vice)

Faegre Drinker Biddle & Reath LLP

*Counsel for Plaintiff Seakeeper, Inc.*

Respectfully submitted,

**CHARLES JACOB STRATMANN**
*Pro Se*
545 NE 17th Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

Dated: May 15. 2026