*Filed: May 15, 2026*

## CHARLES JACOB STRATMANN

545 NE 17th Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

May 15, 2026

Clerk of the Court
United States District Court for the District of Maryland
Edward A. Garmatz United States District Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re: *Seakeeper, Inc. v. Starboard Yacht Group, LLC*, No. 1:26-cv-01332-MJM — Submission via EDSS

Dear Clerk:

Enclosed for filing in the above-captioned matter, please find the following four documents, submitted via the Court's Electronic Document Submission System (EDSS):

  1. Notice of Appearance of Charles Jacob Stratmann in His Individual Capacity;

  2. Motion for Twenty-One Day Stay as to Defendant Starboard Yacht Group, LLC Only, and Memorandum in Support;

  3. [Proposed] Order;

  4. Certificate of Service.

**Note regarding prior submission.** A prior EDSS submission dated May 1, 2026 was returned by the Clerk's Office for correction. The undersigned has corrected those defects and resubmits the foregoing as the first valid filings on this docket. This submission supersedes the May 1, 2026 submission in its entirety. No prior NEF was issued.

The undersigned appears *pro se* in his individual capacity only. Defendant Starboard Yacht Group, LLC seeks a brief twenty-one (21) day stay to retain Maryland-admitted counsel pursuant to Local Rule 101.1(a). Plaintiff's counsel has been served by CM/ECF and first-class mail.

Please direct any correspondence regarding this submission to the address and email above. Thank you for your courtesy and assistance.

Respectfully,

**CHARLES JACOB STRATMANN**
*Pro Se*