**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SEAKEEPER, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC,**<br><br>Defendant. | Case No.: 1:26-cv-01332-MJM |

**DECLARATION OF ANTHONY F. JANKOSKI**

1.    I, Anthony F. Jankoski, am the attorney of record for Plaintiff Seakeeper, Inc. ("Seakeeper") in the above-captioned civil action, and I submit this declaration in support of Seakeeper's Opposition to Defendant Starboard Yacht Group, LLC's ("SYG's") Motion for 21-Day Stay (DE 30).

2.    I am over eighteen (18) years of age, suffer no disability, and am competent to testify based on personal knowledge of the matters set forth herein.

3.    On May 15, 2026, at 10:59 A.M. (ET), I received an email from jake@starboardyacht.com requesting Seakeeper provide its position on SYG's request for a 21-day stay by the "close of business Friday, May 15, 2026."  Attached as **Exhibit 1** is a true and correct copy of the email.

4.    Forty minutes later, without Seakeeper having responded with its position, at 11:39 A.M. (ET), I received an automated notice of electronic filing from the Court's CM/ECF system that Mr. Stratmann had filed a Motion to Stay and corresponding attachments.  Attached as **Exhibit 2** is the CM/ECF notice of electronic filing of the Motion to Stay. SYG's Motion to Stay incorrectly states that "Plaintiff does not oppose the requested twenty-one (21) day stay."  (DE 30, ¶ 8.)

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 15, 2026

Anthony F. Jankoski
_____
Anthony F. Jankoski

# Exhibit 1

| | |
|---|---|
| **From:** | Jake Stratmann |
| **To:** | Jankoski, Anthony F.; Docket General |
| **Cc:** | Legal; McKee, Traci T.; Catena, Amy L.; Wurm, Elizabeth A.; Garcia, Christina M. |
| **Subject:** | Seakeeper v. SYG, 1:26-cv-01332-MJM — LR 105.1 Conferral re Unopposed 21-Day Stay Motion (LLC Only) |
| **Date:** | Friday, May 15, 2026 10:59:01 AM |

**This Message originated outside your organization.**

Mr. Jankoski (cc: Ms. McKee, Ms. Wurm),

Pursuant to Local Rule 105.1, I write to confer regarding a forthcoming Motion for a 21-Day Stay limited to Defendant Starboard Yacht Group, LLC only, to permit retention of Maryland-admitted counsel under Local Rule 101.1(a) and *Rowland v. California Men's Colony*, 506 U.S. 194 (1993).

The motion expressly preserves the Preliminary Injunction (DE 26) in full force and effect during the stay, is narrowly time-limited to twenty-one days, and tolls Defendant LLC's response deadlines only.

Please advise by close of business **Friday, May 15, 2026** whether Plaintiff opposes, consents, or takes no position. If consented or unopposed, I will so denote in the caption. Absent response, I will note "position requested; no response received" in the motion per LR 105.1.

**Respectfully,**

**Jake Stratmann**
CEO, Starboard Group Holdings LLC
 Office: 954-376-5400
 Mobile: 954-873-8546
Email: Jake@StarboardYacht.com

**www.StarboardYacht.com** | **www.SaltyMarine.com** | www.SaltyMarineBatteries.com

**Salty Marine Sodium-Ion Batteries**
**Entity Registrations:**

- **Starboard Tech and Research Inc.** – UEI: **ZVEVCFHF86Q6** | CAGE: **10T16**
- **Salty Marine Batteries LLC** – UEI: **X44LDUD8US55** | CAGE: **109U9**
- **Starboard Yacht Group LLC** – UEI: **HJD9L8EM94P3** | CAGE: **9X9X7**

MAIN OFFICE:  850 NE 3rd Street, Suite 208, Dania Beach, FL 33004
**CONFIDENTIALITY NOTICE:**
This communication, including any attachments, may contain proprietary, confidential, or legally privileged information and is intended solely for the use of the recipient(s) named above. If you are

not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you have received this message in error, please contact the sender immediately and permanently delete the original transmission.

# Exhibit 2

| | |
|---|---|
| **From:** | MDD_CM-ECF_Filing@mdd.uscourts.gov |
| **To:** | MDDdb_ECF@mdd.uscourts.gov |
| **Subject:** | Activity in Case 1:26-cv-01332-MJM Seakeeper, Inc. v. Starboard Yacht Group, LLC Motion to Stay |
| **Date:** | Friday, May 15, 2026 11:39:21 AM |

**This Message originated outside your organization.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Maryland

## Notice of Electronic Filing

The following transaction was entered on 5/15/2026 at 11:35 AM EDT and filed on 5/15/2026
**Case Name:**        Seakeeper, Inc. v. Starboard Yacht Group, LLC
**Case Number:**      1:26-cv-01332-MJM
**Filer:**            Charles Jacob Stratmann
**Document Number:** 30

**Docket Text:**
**MOTION to Stay by Charles Jacob Stratmann (Attachments: # (1) Text of Proposed Order, # (2) Attachment, # (3) Cover Letter)(bm5s, Deputy Clerk)**

**1:26-cv-01332-MJM Notice has been electronically mailed to:**

Anthony Jankoski    anthony.jankoski@faegredrinker.com, docketgeneral@faegredrinker.com

Traci T. McKee    traci.mckee@faegredrinker.com, amy.catena@faegredrinker.com

Elizabeth A. Wurm    elizabeth.wurm@faegredrinker.com, christina.garcia@faegredrinker.com, docketgeneral@faegredrinker.com

Charles Jacob Stratmann    jake@starboardyacht.com

**1:26-cv-01332-MJM Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/15/2026] [FileNumber=13514827-0] [36fa902e23d38e99680ea9b334dd4fb2b7c239c784de67ab5fb832577f7b9f0dac 746a5901c379430a73f8ef84457fee1f41b852b88dc1da8c69765eb902c64d]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/15/2026] [FileNumber=13514827-1] [138471f07a719fc454c5cdd2148aa9aebb1a598fc42bdb9ec2f34c008c9eab240f 71a0416e6cb93e5354570b102940a3bb230f60b59808f562d1c48729e585d7]]
**Document description:**Attachment
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/15/2026] [FileNumber=13514827-2] [27b6ed39ea5400a3226b8bbd31d87464fa38eb0ba84c97d189e5dd9e9eb77b19a3 cfe17e9a70b8d00663f7dd64dca0e51928058280b667226ef60c8552638b03]]
**Document description:**Cover Letter
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=5/15/2026] [FileNumber=13514827-3] [0db4d73a9c5d9e66037529280f04f782f60bd4f95d66e101f17db76370289d79f1 0768f1b9cf506427d8872a51df88f7055530e4c63d32190c041f795729fb16]]