## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 15, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Opposition to Defendant's Motion to Stay, supporting Declaration of Anthony F. Jankoski, and exhibits thereto were filed using the Court's electronic filing system and served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski