**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

<table>
<tr><td>

**SEAKEEPER, INC.,**

Plaintiff,

v.

**STARBOARD YACHT GROUP, LLC,**

Defendant.

</td><td>

Case No.: 1:26-cv-01332-MJM

</td></tr>
</table>

**PLAINTIFF SEAKEEPER, INC.'S MOTION TO SEAL
DECLARATION OF MICHAEL HAND**

For the reasons set forth in the accompanying Memorandum in Support, Plaintiff Seakeeper, Inc. ("Seakeeper") hereby moves the Court under Local Rule 105.11 for an order directing that Exhibit A to Seakeeper's Supplemental Submission on Injunction Bond shall remain under seal.

Dated: May 18, 2026                    **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski (No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

2