## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SEAKEEPER, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **STARBOARD YACHT GROUP, LLC**, <br><br> Defendant. | Case No.: 1:26-cv-01332-MJM |

### [PROPOSED] ORDER

Upon consideration of Plaintiff Seakeeper, Inc.'s Motion to Seal Declaration of Michael Hand and all accompanying memoranda of law in support thereof and any opposition thereto, it is this _____ day of _____ 2026 hereby **ORDERED** that:

1. Plaintiff Seakeeper, Inc.'s Motion to Seal Declaration of Michael Hand is **GRANTED**; and

2. The Declaration of Michael Hand, filed at DE 34, shall remain under seal until further order of this Court.

**SO ORDERED**

_____
**Hon. Matthew J. Maddox**
**United States District Judge**