**<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel hereby certifies that on May 18, 2026, a true and correct copy of

Plaintiff Seakeeper, Inc.'s Motion to Seal Declaration of Michael Hand, Memorandum in Support,

and accompanying Proposed Order were filed using the Court's electronic filing system and served

by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

*/s/ Anthony F. Jankoski*
Anthony F. Jankoski