# EXHIBIT B

Seakeeper, Inc. v. Starboard Yacht Group, LLC, No. 1:26-cv-01332-MJM

Bates Range: SYG-106577 – SYG-106578

Lavorato (Madison GC) subpoena response - Trial Exhibit D-82

2026-06-04

 Outlook

---

## Subpoena

---

**From** John Lavorato <jlavorato@madison.net>
**Date** Tue 7/16/2024 3:37 AM
**To**    Caycie Flitman <CFlitman@moore-and-co.com>

Hi Caycie,

Per your recent request.

- How much did SYG pay for the relevant Seakeeper products?

Starboard paid $576,084 for 3 SK35s shipped 6/29/2022. (Serials 35-212-0428, 35-212-0432, 35-212-0433).

Starboard returned Unit 35-212-0433 for credit of $170,004.20 and Unit 35-212-0432 for credit of $192,068.00.

As far as we know Unit 35-212-0428 is still installed on the boat.

Please ensure this information is provided to the other parties in the dispute as may be required.

John

**John Lavorato**
Vice President and General Counsel
**MADISON INDUSTRIES**
*making the world Safer, Healthier & more Productive* ®

9442 Capital of Texas Highway, Suite 390 | Austin, TX  78759
512 298 1671 Direct
jlavorato@madison.net | www.madison.net

---

**From:** John Lavorato
**Sent:** Wednesday, May 8, 2024 6:57 AM
**To:** CFlitman@moore-and-co.com
**Subject:** Subpoena

Hello Caycie

Per our recent conversation by phone, pursuant to the third party subpoena issued to SeaKeeper, please find certain SeaKeeper documents re: Octopussy:

- Original quote was Q-16023 to All Points (SO 47661) for 3 x SK35's, SO was created and was closed 6/3/2022.

EXHIBIT
D-82
PENGAD 800-631-6989
SYG-106577

- New Quote was Q-16352 to Starboard (SO 49067) for 3 x SK35's, SO was created 6/2/2022 and shipped 6/29/2022. (Serials 35-212-0428, 35-212-0432, 35-212-0433).
- Return for one of the units on SO 49067, RA 8473 was created 11/28/2023 (35-212-0433) and returned for credit, $170,004.20, 12/4/2023.
- SO 68531 created 1/19/2024 for Case 45437, (Unit 35-212-0432), shipped from Starboard to Tri Sea.
- RA 8589 created 1/9/2024,(Unit 35-212-0432), for credit to Starboard of $192,068.00 for their "sale" of the unit to Tri Sea on SO 68531 Serial 35-212-0428.

Please provide a copy to the opposing counsel if the local rules require production to both sides.

John

**John Lavorato**
Vice President and General Counsel
**MADISON INDUSTRIES**
*making the world Safer, Healthier & more Productive ®*

9442 Capital of Texas Highway, Suite 390 | Austin, TX  78759
512 298 1671 Direct
jlavorato@madison.net | www.madison.net

SYG-106578