# EXHIBIT C

Seakeeper, Inc. v. Starboard Yacht Group, LLC, No. 1:26-cv-01332-MJM

Bates Range: SYG-106630 – SYG-106633

Court Order (ECF 49), Clerk Order of Default (ECF 50), Notice of Default (ECF 51)

2026-06-04

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

<table>
<tr><td>SEAKEEPER, INC.,</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>Plaintiff,</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td>Civ. No.: MJM-26-1332</td></tr>
<tr><td>v.</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>STARBOARD YACHT GROUP, LLC,</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
<tr><td>Defendant.</td><td>*</td><td></td></tr>
<tr><td></td><td>*</td><td></td></tr>
</table>

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons explained on the record during the hearing on June 3, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendant Starboard Yacht Group, LLC ("SYG"), and any of its agents, servants, employees, and attorneys, and any other party acting in concert or privity with SYG, shall remove the SEAKEEPER Marks, or any marks confusingly similar to it, including the word "Seakeeper," from SYG's websites, social media, other websites used in SYG's business **by Wednesday, June 10, 2026**;

2. Pursuant to Federal Rule of Civil Procedure 65(c), plaintiff Seakeeper, Inc. ("Plaintiff") SHALL POST A BOND of twelve thousand dollars ($12,000.00)[1] with the Clerk of the Court **by Wednesday, June 10, 2026**;

3. Seakeeper shall file a status report **by Friday, June 12, 2026**, regarding SYG's compliance with this Order;

---

[1] This bond amount was determined upon consideration of Plaintiff's supplemental submission (ECF Nos. 33 & 34), from which the Court concludes that $12,000 is a proper amount to be paid to SYG toward costs and damages it may foreseeably sustain if it is found to have been wrongfully enjoined.

SYG-106630

4.  Plaintiff's Motion for Entry of Default (ECF No. 17) is GRANTED;

5.  Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rule 108.2(a), the Clerk SHALL ENTER default for want of answer or other defense by SYG;

6.  The Clerk SHALL SEND a copy of this Order to counsel for Plaintiff and to SYG at the address reflected in Plaintiff's Motion for Entry of Default.

It is so ORDERED this 3rd day of June, 2026.

_____
Matthew J. Maddox
United States District Judge

2

SYG-106631

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SEAKEEPER, INC.,

      \*

**Plaintiff**

**v.**           \*        **Civil Case No.:  MJM-26-1332**

STARBOARD YACHT GROUP, LLC    \*

**Defendants**    \*

\*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records of Anthony Jankoski that the summons and Complaint were properly served by substitute service upon the above-named Defendant, on April 10, 2026 and the time to obtain counsel or otherwise defend expired on May 1, 2026. Said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it is

**ORDERED**, that the default for want of answer or other defense by said Defendant is entered this 4th day of June 2026.

CATHERINE STAVLAS, CLERK

By:              /s/

*Christina Barnickel*
*Deputy Clerk*

SYG-106632

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| Seakeeper, Inc. | * | |
| Plaintiff(s) | * | |
| | * | |
| vs. | * | Civil Case No.: 1:26–cv–01332–MJM |
| | * | |
| Starboard Yacht Group, LLC | * | |
| Defendant(s) | * | |

## NOTICE OF DEFAULT

**To Starboard Yacht Group, LLC:**

You are hereby notified that an order of default was entered against you in this Court on 6/4/2026. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

June 4, 2026
Date

By: Christina Barnickel
Deputy Clerk

SYG-106633