# EXHIBIT H

---

**TITLE:** Advantage Services.Net Credit Card Declined / Outstanding Invoices

**BATES RANGE:** SYG-106620

**SOURCE:** SKR-MD-000390_2025-05-27_DeclinedCC.msg

**CASE:** 1:26-cv-01332-MJM (D. Md.) | Seakeeper, Inc. v. Starboard Yacht Group LLC

**DATE FILED:** June 3, 2026

## AUTHENTICATION:

This exhibit is a true and correct copy of a document obtained from a public federal court filing. The Bates numbers were applied by Starboard Group Holdings Inc. for evidence management and chain-of-custody purposes.

**Bates:** SYG-106570

**Case:** 1:26-cv-01332-MJM (SKR v. SYG)

**Source:** `RE_ Declined CC.msg`

**Extracted from:** `C:\Obsidian\PREDICATE_VAULT\00_INTAKE LITIGATION DOCKET\NEW EVIDENCE ONE DRIVE WORKAROUND\SEAKEEPER EVIDENCE\`

**Date range:** May 27, 2025 – August 4, 2025

**Participants:** Jubal Inman (jubal@AdvantageServices.net), Jeff Carroll (jeff@advantageservices.net), Jake Stratmann (jake@starboardyacht.com), accounting@starboardyacht.com

**Subject:** RE: Declined CC

**Attachment count:** 16 (preserved in source .msg file)

## CHAIN OF CUSTODY

- **Original format:** Microsoft Outlook .msg file
- **Location found:** Obsidian PREDICATE_VAULT / NEW EVIDENCE ONE DRIVE WORKAROUND / SEAKEEPER EVIDENCE
- **Extraction method:** `extract_msg` library (Python), UTF-8, 2026-06-02
- **Extracted by:** SGH Legal Hub Filing Agent

## WHY THIS EXHIBIT MATTERS

This email thread documents **financial impossibility predating the Preliminary Injunction by months.** Advantage Services.Net, Inc. — a critical IT services vendor — had its credit card declined repeatedly, with **two outstanding invoices** as of July 10, 2025. Jake explicitly states he is "getting crushed" by litigation costs ($800K+), has a wire coming for $100K, and asks the vendor to "stand by."

This is not a post-PI excuse. This is **contemporaneous documentary evidence of genuine financial distress** that prevented SYG from maintaining even basic vendor payments.

## SUPPORTING INVOICES

| Invoice # | Date | Amount | Description |
|---|---|---|---|
| 35543 | 5/1/2025 | $2,500.00 | Full Service Contract |
| 36081 | 9/1/2025 | $2,500.00 | Full Service Contract |

**Customer Total Balance (per Inv 36081): $10,000.00**

## KEY VERBATIM QUOTES

### *1. Initial Declined Notice (May 27, 2025)*

Jubal Inman — Subject: "Declined"

### *2. Follow-Up — Two Open Invoices, Card Still Declined (July 10, 2025)*

"Good afternoon, the card we have on file continues to be declined. We have 2 open invoices that need to be attended to. Can we get updated information?"

— Jubal Inman, President, Advantage Services.Net, Inc.

### *3. Jake's Response — Financial Crisis (July 10, 2025)*

"Jubal, Getting crushed, the Receiver for my Ivankovich recovery litigation was stopping everything and hiring us to repo 50 of his boats around the world when he was in Jail in the Keys. They Stayed the Receiver 45 days ends next week to allow his team to present his case against the receiver. 800k in litigation and growing. We have a wire coming through today for 100k so please stand by and Sorry! Not fun or fair and appreciate you all!"

— Jake Stratmann

## FULL EMAIL THREAD (RECONSTRUCTED)

From: Jubal Inman <jubal@AdvantageServices.net>

Sent: Tuesday, May 27, 2025, 10:18 AM

To: Jake Stratmann <jake@starboardyacht.com>; accounting@starboardyacht.com

Cc: Jeff Carroll <jeff@advantageservices.net>

Subject: Declined

[Credit card on file declined — initial notice]

---

From: Jubal Inman <jubal@AdvantageServices.net>

Sent: Thursday, July 10, 2025, 12:06 PM

To: Jake Stratmann <jake@starboardyacht.com>; accounting@starboardyacht.com

Cc: Jeff Carroll <jeff@advantageservices.net>

Subject: RE: Declined CC

Good afternoon, the card we have on file continues to be declined.

We have 2 open invoices that need to be attended to.

Can we get updated information?

Respectfully,

JUBAL INMAN

President

Advantage Services.Net, Inc.

https://advantageservices.net

+1.954.527.0457

1650 SE 17th Street Suite 202

Fort Lauderdale FL 33316

---

From: Jake Stratmann <jake@starboardyacht.com>

Sent: Thursday, July 10, 2025, 12:27 PM

To: Jubal Inman <jubal@AdvantageServices.net>; accounting@starboardyacht.com

Cc: Jeff Carroll <jeff@advantageservices.net>

Subject: RE: Declined CC

Jubal,

Getting crushed, the Receiver for my Ivankovich recovery litigation was stopping everything and hiring us to repo 50 of his boats around the world when he was in Jail in the Keys. They Stayed the Receiver 45 days ends next week to allow his team to present his case against the receiver. 800k in litigation and growing.

We have a wire coming through today for 100k so please stand by and Sorry!

Not fun or fair and appreciate you all!

Respectfully,

Jake Stratmann

CEO

www.starboardyacht.com

O: 954 376 5400

M: 954 873 8546