# EXHIBIT I

---

**TITLE:** Cloudflare Pro Plan Payment Attempt Failed - Card Declined

**BATES RANGE:** SYG-106625

**SOURCE:** CLOUDFLARE PMT DECLINE.png

**CASE:** 1:26-cv-01332-MJM (D. Md.) | Seakeeper, Inc. v. Starboard Yacht Group LLC

**DATE FILED:** June 3, 2026

## AUTHENTICATION:

This exhibit is a true and correct copy of a document obtained from a public federal court filing. The Bates numbers were applied by Starboard Group Holdings Inc. for evidence management and chain-of-custody purposes.

SIGNED_01_DE36_F | 26.pdf | IFP_VERIFIED_DECL | cloudflare - Search | Account home | Rer | cloudflare upgrade | Domains | Overview | starboardyacht.com | New tab | Success!

https://dash.cloudflare.com/08e8b4d7e8ed95d10b074a2d9e1bd331/checkout/payment

Secure billing

## Activate Pro Plan

Monthly
$25/month

SAVE 20%
Annual
$240/year

G Pay

PayPal

OR

Card

Card information

[CARD REDACTED]

[EXP/CVV REDACTED]

Your card was declined.

By providing your card information, you allow Cloudflare, Inc. to charge your card for future payments in accordance with their terms.

Save my information for faster checkout

Email

JAKE@starboardyacht.com

Mobile number

1 (954) 873-8546

link • By providing your phone number, you agree to create an account subject to Terms and Privacy Policy.

Bank $14 back

Crypto

Billing address

charles | STRATMANN

United States

545 Ne 17th Ave

| Pro Plan | $25 / month |
|---|---|

Included features

| | |
|---|---|
| WAF protection against OWASP and zero-day threats | Included |
| Mitigation of easy-to-detect bots from any source | Included |
| Lossless and lossy image compression | Included |
| 225 Cloudflare Rules | Included |

| | |
|---|---|
| Monthly subscription | $25/month |
| **Due today*** | $25/month |

Base fee charged today. Additional usage beyond included allowance billed monthly.

91°F
Partly sunny

Search

SYG-10662S 2:32 PM
6/2/2026