## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 9, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Notice of Compliance with Paragraph 2 of Order Dated June 3, 2026 was filed using the Court's electronic filing system and served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

/s/ Anthony F. Jankoski
Anthony F. Jankoski