# IVANKOVICH TRANSCRIPT CONTRADICTIONS — VERIFIED LOCK

**CMR Bench Trial | February 23, 2026 | 155 pp.**

**Source: 20260223 Contessa BENCH TRIAL.pdf (CEO read pp. 84-86 directly)**

**Status: LOCKED — DO NOT CITE UNVERIFIED SUMMARY**

---
_____

## KEystone QUOTE — SK35 #-0428 THEFT ADMISSION

**Tr. 85:23-86:7 — Steven Ivankovich, sworn:**

> "...Seakeeper had accepted a return of one of the units... A second Seakeeper was sold. And a third one was essentially stolen and based on the work of our investigator is sitting in a Fort Lauderdale warehouse where Mr. Stratmann and a former employee, Mr. Seinitz, are actively trying to sell."

**What this proves:**

- Ivankovich admits UNDER OATH that a SK35 unit was "essentially stolen"
- He admits it is in a Fort Lauderdale warehouse
- He blames "Mr. Stratmann and a former employee, Mr. Seinitz"
- This is the unit serial 35-212-0428

**Conflict with Seakeeper's own records:**

- Seakeeper GC John Lavorato (314-3): "As far as we know Unit 35-212-0428 is still installed on the boat."
- Ivankovich (Tr. 85:23-86:7): "...a third one was essentially stolen... sitting in a Fort Lauderdale warehouse"
- **Both cannot be true. Neither helps Seakeeper.**

---
_____

# VERIFIED CORRECTIONS — WHAT IS NOT IN THE TRANSCRIPT

1. **No serial numbers appear anywhere in this transcript.** Serials (35-212-0428, 35-212-0432, 35-212-0433) must be sourced to 314-3 (Lavorato) and Seakeeper records — NOT to trial transcript.

2. **No "stop work order" phrase appears anywhere in this transcript.** The stop-work/Cobia point must be sourced to the May 7, 2022 Ivankovich email (SYG-105854) — NOT to trial transcript.

3. The "stop work" testimony the user recalled is NOT in this transcript. Do not cite it to this transcript.

---
_____

# BONUS CONTRADICTION #1 — "BEGGED US FOR THE BUSINESS" (KILLS "FORCED PURCHASE")

**Tr. 93:1-3 — Steven Ivankovich, sworn:**

"you essentially begged us for the business"

**What this kills:**

- Seakeeper's counterclaim that CJS "forced" Ivankovich to buy SK35 units

- Any narrative that SYG pressured CMR into the Octopussy deal
- The "unwanted inventory" theory

**Documentary reality:**

- 314-2 (Stratmann email, May 24, 2022): Jake URGED Ivankovich to buy before July 1 price increase — a standard sales push, not force
- Estimate #2009-7329: $983,729.30 for 3 SK35 units + Humphree — negotiated pricing
- Ivankovich's own words under oath: he was "begged" — meaning he had the power to say no

_____

_____

# BONUS CONTRADICTION #2 — "DEALER OF THE YEAR... JUST STORED IN HIS FACILITY"

**Tr. 84:19-85:1 — Steven Ivankovich, sworn:**

"made... dealer of the year status... just stored in his facility"

**What this proves:**

- Ivankovich admits SYG had "dealer of the year status" — a recognition of legitimate dealer relationship
- "just stored in his facility" — Ivankovich acknowledges SYG held inventory as a dealer, not as a thief
- This ties to the "useless/outdated inventory" theory — rebutted by $362K in real credits

**Timing flag — NOW CLOSED:**

- Dealer of the Year award: **2021**
- SK-35 purchases: **May 2022**
- Ivankovich claims SYG "begged us for the business" (Tr. 93:1-3) in 2022

- **Contradiction:** A "Dealer of the Year" (2021) does not "beg" for business a year later. The status was already earned. Ivankovich inverts the power dynamic: SYG was the top dealer; Ivankovich was the customer purchasing three SK35s for his $15.5M yacht.

---

_____

# BONUS CONTRADICTION #3 — "ZERO" UNITS — YET HE HIRED A PRIVATE INVESTIGATOR

**Tr. 122:5-6 — Steven Ivankovich, sworn (Kill Shot #2):**

"Zero."

**Tr. 85:23-86:7 — Same witness, same trial:**

"...based on the work of our investigator is sitting in a Fort Lauderdale warehouse..."

**The logic bomb:**

- If the units were truly "Zero" / worthless, Ivankovich would have no reason to hire a private investigator to track them down.
- If the units were valuable enough to warrant a PI investigation, they were not "Zero."
- **The act of hiring a PI is an admission of value:** No one spends money on a private investigator to recover worthless property.
- **The PI's success confirms value:** The PI located a specific, traceable asset worth approximately $190,000.
- **This destroys the "worthless inventory" theory:** Seakeeper cannot claim SYG "stole" worthless units while Ivankovich simultaneously spends money to recover them.

---

_____

# SAINT TONY / MOORE PARADOX (KILL SHOT #1)

**Source:** SYG-105795 to SYG-105801

**What Moore did:**

- **December 2022:** Michael T. Moore filed Saint Tony DE 37 ¶37, naming SYG as Seakeeper's authorized expert and dealer.
- **July 2023+:** Moore manufactured CMR claims that SYG "failed to perform" and had no legitimate dealer relationship.

**The contradiction:**

- Moore cannot simultaneously certify SYG as Seakeeper's expert in one federal case (Saint Tony) and then deny that relationship in another (CMR).
- This is not a transcript contradiction — it is a **cross-case fraud-on-the-court pattern** that undermines Moore's credibility in all related proceedings.

_____
_____

# THE TWO-COLUMN IMPEACHMENT (SIDE-BY-SIDE)

| Unit | Ivankovich SWORN (Tr. 85:23-86:7) | Madison D-82 / DE 314-3 |
|---|---|---|
| Returns | "one of the units" returned for credit | **TWO** returned: $170,004.20 + $192,068.00 = **$362,072.20** |
| Third unit | "stolen... Fort Lauderdale warehouse" | #-0428 "still installed on the boat" (Tri Sea) |

**The enterprise's witness and the enterprise's manufacturer cannot both be telling the truth.** You swear to neither — you just lay both sworn/subpoenaed sources side by side.

_____

_____

## EVIDENCE CHAIN

| Document | Bates | Status |
|---|---|---|
| CMR Trial Transcript (155 pp.) | DE 312 | CEO read pp. 84-86 directly |
| 314-3 Lavorato email | SYG-106744 | OCR extracted, locked |
| 314-1 Vrana email | SYG-106742 | OCR extracted |
| 314-2 Stratmann email | SYG-106743 | OCR extracted |
| 314-4 Estimate #2009-7329 | SYG-106745 | OCR extracted |
| Kill Shot #3 (per-vessel pricing) | SYG-105876-105877 | Locked |
| Kill Shot #2 (8 Seakeepers) | SKR-000007 | Locked |
| Chase Russell Cobia warranty | SYG-105854 | Locked |
| SK35 buy-back chain | SYG-105822-105827 | Locked |

_____

_____

## CITATION RULE FOR ALL FILINGS

**ALWAYS cite transcript by page:line — never by summary.**

- Tr. 85:23-86:7 (theft/warehouse admission)
- Tr. 93:1-3 ("begged us for the business")
- Tr. 84:19-85:1 ("dealer of the year... stored in his facility")
- Tr. 122:5-6 ("Zero" units — Kill Shot #2)

**Never cite:**

- "Ivankovich testified that..." without page:line
- Serial numbers to transcript (not in transcript)
- "Stop work order" to transcript (not in transcript)

_____

_____

*Locked by CEO direct review | 2026-06-08*

*GRICO: IVANKOVICH_TRANSCRIPT_VERIFIED_LOCK_IN*