**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SEAKEEPER, INC.,** | |
| Plaintiff, | |
| v. | Case No.: 1:26-cv-01332-MJM |
| **STARBOARD YACHT GROUP, LLC,** | |
| Defendant. | |

**PLAINTIFF SEAKEEPER, INC.'S STATUS REPORT ON
DEFENDANT'S CONTINUED NON-COMPLIANCE WITH
<u>PRELIMINARY INJUNCTION</u>**

Pursuant to Paragraph 3 of this Court's Order dated June 3, 2026 (DE 49), Plaintiff Seakeeper, Inc. ("Seakeeper") submits the following status report on Defendant Starboard Yacht Group, LLC ("SYG")'s continued non-compliance with the Court's preliminary injunction. In light of SYG's continued willful and contumacious non-compliance, Seakeeper respectfully submits that the Court should find SYG and its sole member–manager, Mr. Stratmann, in civil contempt and issue an order to show cause why more severe sanctions should not be imposed. In addition, to prevent further irreparable harm to Seakeeper, the Court should order SYG's and Mr. Stratmann's internet service providers to shut down their websites and social media pages.

**STATUS REPORT**

On May 11, 2026, the Court entered an order preliminarily enjoining SYG, "and any of its agents, servants, employees, and attorneys, and any other party acting in concert or privity with SYG . . . from using or displaying the SEAKEEPER Marks, or any marks confusingly similar to it, in any manner, specifically including without limitation on SYG's websites, social media, other websites used in SYG's business, or physical signage; (b) holding itself out as 'Seakeeper-certified'

or a 'Seakeeper Dealer' and making any similar statement that suggests a present affiliation with Seakeeper, specifically including without limitation on SYG's websites, social media, or other websites used in SYG's business; (c) promoting, selling, or servicing Seakeeper products; and (d) failing to comply with any other post-termination obligation contained in the Agreements[.]" Order of Preliminary Injunction (DE 26) ¶ 2.

On May 26, 2026, at the Court's direction, Seakeeper filed a Status Report showing numerous places on SYG's website and social media pages that continued to display Seakeeper's Marks, promote Seakeeper's products, offer installation and maintenance services for Seakeeper products, and misrepresent that SYG had an ongoing relationship with Seakeeper, all in defiance of the Preliminary Injunction. DE 38.

On June 3, 2026, the Court held a hearing on Seakeeper's emergency motion for SYG and its sole member–manager, Charles Jacob Stratmann, to show cause why they should not be held in contempt for violating the Preliminary Injunction. Mr. Stratmann attended the hearing by telephone. At the conclusion of the hearing, the Court found that SYG and Mr. Stratmann had failed to comply with the Preliminary Injunction by continuing to display Seakeeper's Marks, promote Seakeeper's products, offer installation and maintenance services for Seakeeper products, and misrepresent that SYG had an ongoing relationship with Seakeeper on SYG's website and social media accounts. Mr. Stratmann confirmed to the Court that he understood that the Preliminary Injunction requires him to remove all references to Seakeeper from SYG's websites and social media pages.

On June 3, 2026, the Court entered an Order directing SYG and its agents to "remove the SEAKEEPER Marks . . . including the word 'Seakeeper,' from SYG's websites, social media, [and] other websites used in SYG's business by Wednesday, June 10, 2026[.]" DE 49, ¶ 1. The

Court directed Seakeeper to file a status report regarding SYG's compliance by Friday, June 12. *Id.* ¶ 3. Seakeeper's Emergency Motion for Order to Show Cause remains pending and undetermined.

Mr. Stratmann and SYG have not only failed to remove Seakeeper content from SYG's websites and social media accounts—they have created **entirely new websites** that expressly reference Seakeeper, in plain and open defiance of the Court's Preliminary Injunction and June 3, 2026 Order.

### SYG's Facebook Page

As of June 12, 2026 at 9:00 a.m. ET, SYG's Facebook page[1] still contained a post from November 29, 2024 saying that SYG "recently installed [a] Seakeeper 4.5 in a 2024 Intrepid 407 [and] achieved 92% roll reduction! Thats [*sic*] one stable boat!" Figure A; Declaration of Anthony F. Jankoski (attached hereto as **Exhibit A**) ¶ 3. The following screenshot of this post was captured from SYG's Facebook page on June 12, 2026 at 9:00 a.m. ET. *Id.*

---

[1] https://www.facebook.com/StarboardYachtGroup?mibextid=wwXIfr&rdid=4Pgm7I7eRDgED yBP&share_url=https%3A%2F%2Fwww.facebook.com%2Fshare%2F18T9fewJGd%2F%3Fmi bextid%3DwwXIfr#



*Figure A*

As of June 12, 2026 at 9:00 a.m. ET, SYG's Facebook page also contained a post from November 12, 2024 featuring multiple Seakeeper logos and displaying purported awards from Seakeeper for "Dealer of the Year" and "Best in Marketing." Figure B; Jankoski Decl. ¶ 4. The post also says that Seakeeper products are "[n]ow available for boats as small as 23 [feet]" and contains an image of a Seakeeper unit.[2] *Id.*

---

[2] The Court will have to zoom in to see this statement and image in the screenshot. However, they are easily visible when accessing SYG's Facebook page from a computer or phone.



***Figure B***

## SYG's Instagram Page

As of June 12, 2026 at 9:00 a.m. ET, SYG's bio on its Instagram page[3] still said it offers "Seakeeper . . . independent support." *See* Figure C; Jankoski Decl. ¶ 5.

---

[3]  https://url.us.m.mimecastprotect.com/s/19Q0C5yxowUZLYxy7tOh5cktaMP?domain= instagram.com



*Figure B*

As of June 12, 2026 at 9:00 a.m. ET, SYG's Instagram page contained a link to SYG's Linktree, which contains two images featuring Seakeeper's logo and says SYG offers "Seakeeper . . . Stabilization" services. *See* Figure D; Jankoski Decl. ¶ 6.



*Figure C*

As of June 12, 2026 at 9:00 a.m. ET, SYG's Instagram page also contained a post from November 10, 2024 containing an image that features the Seakeeper logo in the top-left corner of the post and says "#seakeeper." *See* Figure E; Jankoski Decl. ¶ 7.



*Figure D*

As of June 12, 2026 at 9:00 a.m. ET, SYG's Instagram page also contained a post with

an image of a Seakeeper unit and logo and discussing a "Seakeeper demonstration from

@starboardyacht."[4] Figure F; Jankoski Decl. ¶ 8.

---

[4] In addition to allowing users to take down their own posts, Instagram allows users to easily remove themselves from a post in which another user has tagged them. *See* Instagram Help Center,



***Figure E***

As of June 12, 2026 at 9:00 a.m. ET, SYG's Instagram page also contained a post from October 31, 2024 with a photograph of a boat owned by SYG (*Slow Your Roll*) with a sign at the top of the boat that says "Seakeeper Dealer" and multiple purported awards from Seakeeper bearing the Seakeeper logo, including one for "Dealer of the Year" in the middle. *See* Figure G; Jankoski Decl. ¶ 9.

---

Remove Yourself from a Post You're Tagged In (last accessed June 12, 2026).



*Figure F*

As of June 12, 2026 at 9:00 a.m. ET, SYG's Instagram page also contained a post with a photograph of *Slow Your Roll* displaying the Seakeeper logo. Jankoski Decl. ¶ 10.



*Figure H*

As of June 12, 2026 at 9:00 a.m. ET, SYG's Instagram page also contained a post that says, "Ever wondered [sic] what an engaged Seakeeper feels like? Reduce boat roll and discomfort out in the sea with @seakeeper stabilization! Starboard Yacht Group is ready to help—we do installs and servicing like no other and are ready to show you the power of true

stabilization on a demo boat ride." *See* Figure I; Jankoski Decl. ¶ 11.



***Figure I***

**SYG's LinkedIn Profile**

As of June 12, 2026 at 4:00 p.m. ET, the banner on SYG's LinkedIn page featured the

Seakeeper logo. *See* Figure J; Jankoski Decl. ¶ 12. The "Overview" section of the page continues

to represent that SYG is a "certified Seakeeper . . . dealer[.]" *Id.*



***Figure J***

**Stratmann's LinkedIn Profile**

Mr. Stratmann's LinkedIn profile also continues to represent an ongoing relationship between SYG and Seakeeper. As of June 12, 2026 at 1:30 p.m. ET, the "About" section of his profile said SYG "partner[s] with innovative brands such as Seakeeper . . . to offer stability solutions that eliminate boat roll and improve comfort, safety, and performance for all onboard." *See* Figure K; Jankoski Decl. ¶ 13.



*Figure K*

As of June 12, 2026 at 1:30 p.m. ET, the "Experience" section of Mr. Stratmann's LinkedIn profile said SYG "specializes in high tech products that increase the enjoyment for all and adds to the pleasure of yachting such as Seakeeper Custom Refits." *See* Figure L; Jankoski Decl. ¶ 14.



*Figure L*

As of June 12, 2026 at 1:30 p.m. ET, Mr. Stratmann's LinkedIn profile also contained posts promoting Seakeeper products. For example, the following post encourages customers to purchase a Seakeeper extended warranty. The post says, "Improving your boat's comfort and stability with a Seakeeper unit is just the beginning. . . . Starboard Yacht Group's latest blog highlights the Seakeeper Extended Warranty program and the array of coverage options tailored to safeguard your investment. . . . Whether you prioritize extended protection for vital components or comprehensive coverage for your entire Seakeeper unit, we've got the solution

15

for you!" *See* Figure M; Jankoski Decl. ¶ 15.



***Figure M***

**New Websites**

In addition to failing to remove existing Seakeeper content, Mr. Stratmann has affirmatively defied the Court's Order by creating **two new websites** that expressly reference Seakeeper. As of June 12, 2026 at 4:30 p.m. ET, SYG's main website directed customers to visit "our partner UpgradeGyro.com." Jankoski Decl. ¶ 16. The footer of UpgradeGyro.com said this website is part of an "ecosystem" which includes Starboard Yacht Group, Salty Marine, and Helm Legal. *Id.* As of June 12, 2026 at 4:30 p.m. ET, the "History" section of the "About" page of UpgradeGyro.com said that, in 2021, SYG "earned the Seakeeper Dealer of the Year — Americas award, recognizing excellence in installation, service, and customer satisfaction . . .

making SYG one of the few shops to earn top honors from [Seakeeper]." *See* Figure N; Jankoski Decl. ¶ 17.



***Figure N***

As of June 12, 2026 at 4:30 p.m. ET, the "Recognition" section of the "About" page on UpgradeGyro.com said SYG was awarded "Dealer of the Year[,] Seakeeper – Americas" for 2021. *See* Figure O; Jankoski Decl. ¶ 18.



***Figure O***

SYG has also created Helm Legal as a second new website part of SYG's "ecosystem." As of June 12, 2026 at 4:45 p.m. ET, the homepage on HelmLegal.net[5] said "Helm Legal Technologies" is "[a] Starboard Tech & Research Company." Jankoski Decl. ¶ 19. The Helm Legal website has a page called "The Seakeeper Genesis Event"[6] that contains over 75 references to Seakeeper and specific Seakeeper products. Jankoski Decl. ¶ 20. The Helm Legal website also has a page called "Dealers,"[7] the top of which says, "What Happened to Seakeeper's

---

[5] https://www.helmlegal.net/

[6] https://www.helmlegal.net/sakeeper-genesis

[7] https://www.helmlegal.net/seakeeper-dealers

18

Top-Performing Dealer." *Id.* That page contains over fifty references to Seakeeper. *Id.* All of the other pages on the Helm Legal website also contain numerous references to Seakeeper and Seakeeper products.

* * * * *

Mr. Stratmann has once again failed to comply with the Court's clear directive, in both the Preliminary Injunction and its June 3, 2026 Order, to remove all Seakeeper content from his company's websites and social media pages, and he has deliberately defied the Preliminary Injunction Order by posting a great deal of new content about Seakeeper. Seakeeper continues to suffer irreparable harm as a result of SYG's and Mr. Stratmann's failure to comply with the Court's Orders. For these reasons and those set forth in Seakeeper's Emergency Motion for Order to Show Cause (DE 39) and Memorandum in Support (DE 39-1), the Court should find SYG and Mr. Stratmann in civil contempt and issue an order to show cause why more severe sanctions should not be imposed on SYG and Mr. Stratmann. In addition, to prevent further irreparable harm to Seakeeper, as set forth in Seakeeper's Motion for Preliminary Injunction and Memorandum in support thereof (DE 11 and 11-1), the Court should order SYG's and Mr. Stratmann's internet service providers to shut down their websites (including the new ones) and social media pages.

Dated: June 12, 2026                    **FAEGRE DRINKER BIDDLE & REATH LLP**

                                        */s/ Anthony F. Jankoski*
                                        Anthony F. Jankoski (No. 30570)
                                        1500 K Street N.W., Suite 1100
                                        Washington, D.C. 20005
                                        Tel: (202) 230-5000
                                        Fax: (202) 842-8465
                                        anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

20