**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SEAKEEPER, INC.,** | |
| Plaintiff, | |
| v. | Case No.: 1:26-cv-01332-MJM |
| **STARBOARD YACHT GROUP, LLC,** | |
| Defendant. | |

## <u>DECLARATION OF ANTHONY F. JANKOSKI</u>

1.      I, Anthony F. Jankoski, am an attorney of record for Plaintiff Seakeeper, Inc. ("Seakeeper") in the above-captioned civil action, and I submit this declaration in support of Seakeeper's Status Report on Defendant's Continued Non-Compliance with Preliminary Injunction and Seakeeper's Emergency Motion for Order to Show Cause.

2.      I am over eighteen (18) years of age, suffer no disability, and am competent to testify based on personal knowledge of the matters set forth herein.

3.      On June 12, 2026, I visited Defendant Starboard Yacht Group, LLC's Facebook page and observed that it contains a post from November 29, 2024 saying that SYG "recently installed [a] Seakeeper 4.5 in a 2024 Intrepid 407 [and] achieved 92% roll reduction! Thats [sic] one stable boat!" The following screenshot of this post was captured from SYG's Facebook page at 9:00 a.m. ET on June 12, 2026:



*Figure A*

4.    SYG's Facebook page also contains a post from November 12, 2024 featuring multiple Seakeeper logos and displaying purported awards from Seakeeper for "Dealer of the Year" and "Best in Marketing." The post also says that Seakeeper products are "[n]ow available for boats as small as 23 [feet]" and contains an image of a Seakeeper unit.[1] The following

---

[1] The Court will have to zoom in to see this statement and image in the screenshot. However, they

screenshot of this post was captured from SYG's Facebook page on June 12, 2026 at 9:00 a.m. ET:



*Figure B*

5.      On June 12, 2026, I also visited SYG's Instagram page and observed that SYG's bio on that page says it offers "Seakeeper . . . independent support." The following screenshot of this content was captured from SYG's Instagram page on June 12, 2026 at 9:00 a.m. ET:

---

are easily visible when accessing SYG's Facebook page from a computer or phone.



*Figure C*

6.      I also observed that SYG's Instagram page contains a link to SYG's Linktree, which contains two images featuring Seakeeper's logo and says SYG offers "Seakeeper . . . Stabilization" services. The following screenshot of this post was captured from SYG's Instagram page on June 12, 2026 at 9:00 a.m. ET:



*Figure D*

7.    I also observed that SYG's Instagram page also contains a post from November 10, 2024 containing an image that features the Seakeeper logo and says "#seakeeper." The following screenshot of this post was captured from SYG's Instagram page at 9:00 a.m. ET on June 12, 2026. The Seakeeper logo is displayed in the top-left corner of the post.



*Figure E*

8.    I also observed that SYG's Instagram page also contains a post by user "boatsgonewild" from November 2, 2024 containing an image of a Seakeeper unit and logo. The photo says "The Seakeeper" in the center, and the text below the photo says: "It is always interesting to see a Seakeeper demonstration from @starboardyacht[.] . . . Is your vessel currently equipped with a SeaKeeper [sic]?" The following screenshot of this post was captured from SYG's Instagram page on June 12, 2026 at 9:00 a.m. ET. The Seakeeper logo is on the black surface below the gentleman's left elbow.



*Figure F*

9.    I also observed that SYG's Instagram also contains a post from October 31, 2024 with a photograph of a boat owned by Mr. Stratmann (*Slow Your Roll*) with a sign at the top of the boat that says "Seakeeper Dealer" and multiple purported awards from Seakeeper bearing the Seakeeper logo, including one for "Dealer of the Year" in the middle. The following screenshot of this post was captured from SYG's Instagram page on June 12, 2026 at 9:00 a.m. ET:



***Figure G***

10.     I also observed that SYG's Instagram page also contains a post from October 28, 2024 with a photograph of *Slow Your Roll* displaying the Seakeeper logo. The following screenshot of this post was captured from SYG's Instagram page on June 12, 2026 at 9:00 a.m. ET:



*Figure H*

9

11.    I also observed that SYG's Instagram page also contains a post from July 31, 2024 that says, "Ever wondered [sic] what an engaged Seakeeper feels like? Reduce boat roll and discomfort out in the sea with @seakeeper stabilization! Starboard Yacht Group is ready to help—we do installs and servicing like no other and are ready to show you the power of true stabilization on a demo boat ride." The following screenshot of this post was captured from SYG's Instagram page on June 12, 2026 at 9:00 a.m. ET:



*Figure I*

12.     On June 12, 2026, I also visited SYG's LinkedIn page and observed that it features the logo and that the "Overview" section says SYG is a "certified Seakeeper . . . dealer[.]" The following screenshot was captured from SYG's LinkedIn page on June 12, 2026 at 4:00 p.m. ET:



***Figure J***

13.     On June 12, 2026, I also visited Charles Jacob Stratmann's LinkedIn page and observed that the "About" section of his profile says that SYG "partner[s] with innovative brands

such as Seakeeper . . . to offer stability solutions that eliminate boat roll and improve comfort,

safety, and performance for all onboard." The following screenshot was captured from Mr.

Stratmann's LinkedIn page on June 12, 2026 at 1:30 p.m. ET:



*Figure K*

14.    I also observed that the Experience section of Mr. Stratmann's LinkedIn profile

says that SYG "specializes in high tech products that increase the enjoyment for all and adds to

the pleasure of yachting such as Seakeeper Custom Refits." The following screenshot was captured from Mr. Stratmann's LinkedIn page on June 12, 2026 at 1:30 p.m. ET:



**Jake Stratmann**
Yachting Industry News and Updates "Sustainable Energy Storage Solutions: READY WHEN YOU ARE"

## Experience

**CEO**
Salty Marine Batteries LLC · Contract
Aug 2024 - Present · 1 yr 11 mos
3383 SW 11th Ave Bay B, Fort Lauderdale, Fl 33316 · Remote

• Led product development of Renewable, Safe Sodium Ion Energy Storage for marine applications, enhancing system performance.
• Implemented seamless integration strategies to improve the efficiency and reliability of energy storage solutions.
• Collaborated with cross-functional teams to drive innovation and ensure successful project execution.

 SALTY MARINE BATTERY_Color.png

♢ Maritime Operations, Marine Engineering and +2 skills

**Starboard Yacht Group**
17 yrs 7 mos

● **Chief Executive Officer**
Full-time
Dec 2008 - Present · 17 yrs 7 mos
850 NE Third Street, Suite 208, Dania Florida 33004

Providing Leadership and industry obtained knowledge to our staff to accomplish our goals of leading the industry with technology that closes the gap for boat owner to move from ordinary boating to the ultimate boating experience.

● **President**
Dec 2008 - Present · 17 yrs 7 mos
850 N.E. Third Street Suite 208, Dania, Florida 33304

We motivate and provide a work environment for all trades to collaborate and provide a full service capable refit center the specializes in high tech products that increase the enjoyment for all and adds to the pleasure of yachting such as Seakeeper Custom Refits.

*Figure L*

15.    I also observed that Mr. Stratmann's LinkedIn profile contains posts promoting Seakeeper products, such as the following post that says, "Improving your boat's comfort and stability with a Seakeeper unit is just the beginning. . . . Starboard Yacht Group's latest blog

highlights the Seakeeper Extended Warranty program and the array of coverage options tailored to safeguard your investment. . . . Whether you prioritize extended protection for vital components or comprehensive coverage for your entire Seakeeper unit, we've got the solution for you!" The following screenshot of this post was captured from Mr. Stratmann's LinkedIn page on June 12, 2026 at 1:30 p.m. ET:



***Figure M***

16.    On June 12, 2026, I also visited SYG's website and observed that it directed customers to visit "our partner UpgradeGyro.com." The footer of UpgradeGyro.com said this website is part of an "ecosystem" which includes Starboard Yacht Group, Salty Marine, and Helm Legal.

17.     On June 12, 2026, I visited UpgradeGyro.com and observed that the "History" section of the About page on that website said that, in 2021, SYG "earned the Seakeeper Dealer of the Year — Americas award, recognizing excellence in installation, service, and customer satisfaction . . . making SYG one of the few shops to earn top honors from [Seakeeper]." The following screenshot was captured from the About page of UpgradeGyro.com on June 12, 2026 at 4:30 p.m. ET:



*Figure N*

18.     I also observed that the "Recognition" section of the "About" page on UpgradeGyro.com said SYG was awarded "Dealer of the Year[,] Seakeeper – Americas" for 2021. The following screenshot of this content was captured from the "About" page of UpgradeGyro.com on June 12, 2026 at 4:30 p.m. ET:



***Figure O***

19.    On June 12, 2026, I also visited HelmLegal.net, the other website that is part of SYG's "ecosystem." I observed that the homepage on this website says, "Helm Legal Technologies" is "[a] Starboard Tech & Research Company" that offers "structured analysis of multi-party litigation using publicly available court records, entity mapping, and cross-case data systems."

20.    I also observed that the Helm Legal website has a page called "The Seakeeper Genesis Event"[2] that contains over 75 references to Seakeeper and specific Seakeeper products.

---

[2] https://www.helmlegal.net/seakeeper-genesis

I also observed that the Helm Legal website also has a page called "Dealers,"[3] the top of which says, "What Happened to Seakeeper's Top-Performing Dealer." I observed that "Dealers" page contains over fifty references to Seakeeper. I also observed that all of the other pages on the Helm Legal website also contains numerous references to Seakeeper and Seakeeper's products.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of June, 2026, in Howard County, Maryland.


*Anthony F. Jankoski*
Anthony F. Jankoski

---

[3] https://www.helmlegal.net/seakeeper-dealers