## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on June 12, 2026, a true and correct copy of

Plaintiff Seakeeper, Inc.'s Status Report on Defendant's Continued Non-Compliance with

Preliminary Injunction and supporting Declaration of Anthony F. Jankoski were filed using the

Court's electronic filing system and served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301


/s/ Anthony F. Jankoski
Anthony F. Jankoski