**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SEAKEEPER, INC.**, | |
| Plaintiff, | |
| v. | Case No.: 1:26-cv-01332-MJM |
| **STARBOARD YACHT GROUP, LLC**, | |
| Defendant. | |

**PLAINTIFF SEAKEEPER, INC.'S OPPOSITION TO**
**CHARLES JACOB STRATMANN'S MOTION TO INCREASE INJUNCTION BOND**

For the reasons set forth in the accompanying Memorandum in Support, Plaintiff

Seakeeper, Inc. opposes Charles Jacob Stratmann's Motion to Increase Injunction Bond, which the

Court should deny.


Dated: June 24, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Anthony F. Jankoski
Anthony F. Jankoski (No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

2