## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **SEAKEEPER, INC.**, | |
| Plaintiff, | |
| v. | Case No.: 1:26-cv-01332-MJM |
| **STARBOARD YACHT GROUP, LLC**, | |
| Defendant. | |

## [PROPOSED] ORDER

Upon consideration of Charles Jacob Stratmann's Motion to Increase Injunction Bond (the "Motion") and all accompanying memoranda of law in support thereof and opposition thereto, it is this _____ day of _____ 2026 hereby **ORDERED** that the Motion is **DENIED**.

**SO ORDERED**

_____
**Hon. Matthew J. Maddox**
**United States District Judge**