## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on June 24, 2026, a true and correct copy of

Plaintiff Seakeeper, Inc.'s Opposition to Charles Jacob Stratmann's Motion to Increase Injunction

Bond, Memorandum in Support, and Proposed Order were filed using the Court's electronic filing

system and served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301


*/s/ Anthony F. Jankoski*
Anthony F. Jankoski