**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SEAKEEPER, INC.,** | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No.: MJM-26-1332** |
| **v.** | * | |
| **STARBOARD YACHT GROUP, LLC,** | * | |
| **Defendant.** | * | |

* * * * * * * * * *

**ORDER**

A status teleconference and virtual hearing on pending motions is scheduled in this matter for **Tuesday, June 30, 2026, at 3:00 p.m.**

The Clerk shall send a copy of this Order to counsel of record and to movant Charles Jacob Stratmann by email. A Zoom link shall be circulated to counsel of record and Mr. Stratmann in advance of the hearing date.

It is so ORDERED this 26th day of June, 2026.

/S/
Matthew J. Maddox
United States District Judge