# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

Seakeeper, Inc.,           *

     Plaintiff,           *

v.           *

Starboard Yacht Group, LLC,      *

Civil No. 1:26-cv-01332-MJM

Judge Matthew J. Maddox

---

## DEFENDANT'S SUPPLEMENTAL NOTICE REGARDING PLAINTIFF'S REFIT DATABASE LISTING AND ERRATA TO PRIOR FILINGS

FOR THE DISTRICT OF MARYLAND

(Baltimore Division)**

v.           **Civil Action No. 1:26-cv-01332-MJM**

## DEFENDANT'S SUPPLEMENTAL NOTICE REGARDING PLAINTIFF'S REFIT DATABASE LISTING AND ERRATA TO PRIOR FILINGS

Defendant Starboard Yacht Group, LLC ("SYG"), by and through Charles Jacob Stratmann pro se, respectfully files this Supplemental Notice to (I) bring to the Court's attention a material fact relevant to Plaintiff's pending contempt and ISP shutdown requests, and (II) correct errors in SYG's prior filings.

## I. SEAKEEPER'S OWN WEBSITE LISTS SYG AS A DEALER ACROSS MULTIPLE INSTALLATIONS

1. As of June 30, 2026, Plaintiff Seakeeper, Inc.'s commercial website at www.seakeeper.com/refit-projects/ lists "Starboard Yacht Group" as a Seakeeper dealer in its public-facing Refit Database. SYG appears as the installing dealer for at least sixteen vessel installations spanning multiple boat brands, models, and Seakeeper configurations:

| Boat Brand | Boat Model | Boat Year | Seakeeper Configuration | Dealer |
|---|---|---|---|---|
| Absolute | 47 FLY | 2020 | Seakeeper 6 | Starboard Yacht Group |
| Leopard | 88 | — | -- | Starboard Yacht Group |
| Ocean Yachts | 70 | — | -- | Starboard Yacht Group |
| Princess | V55 | — | -- | Starboard Yacht Group |
| Pursuit | OS 355 | — | -- | Starboard Yacht Group |
| Rand | ESCAPE 30 | — | -- | Starboard Yacht Group |
| Regulator | 31 | — | -- | Starboard Yacht Group |
| Riviera | 500 | — | -- | Starboard Yacht Group |
| Scout | 380 LXF | — | -- | Starboard Yacht Group |
| Seahunter | 28 | — | -- | Starboard Yacht Group |
| Sunseeker | MANHATTAN 52 | — | -- | Starboard Yacht Group |
| Tiara Yachts | 34 LS | — | -- | Starboard Yacht Group |
| Tiara Yachts | 43 OPEN | — | -- | Starboard Yacht Group |
| Viking | 61 | — | -- | Starboard Yacht Group |
| Viking | 66 | — | -- | Starboard Yacht Group |
| Yellowfin | 42 | — | -- | Starboard Yacht Group |

2. Each of these entries links to a "See Details" page on Seakeeper's website, meaning Seakeeper maintains detailed installation records for SYG's work and presents them to consumers as part of Seakeeper's commercial marketing. These are not archived records buried in a database. They are active, customer-facing listings on a page that opens with: "Interested in refitting your boat? Contact Us to speak with a Seakeeper sales representative." Screenshots captured on June 30, 2026 are attached as Exhibit 1.

3. This is not a single stray reference. Seakeeper maintains at least sixteen separate entries crediting "Starboard Yacht Group" as the installing dealer across sixteen different vessels

-- from a 28-foot Seahunter to an 88-foot Leopard. These entries represent years of SYG's proprietary installation work, performed as Seakeeper's authorized dealer, showcased on Seakeeper's own commercial website to attract new customers to Seakeeper's sales team.

## II. RELEVANCE TO PENDING CONTEMPT AND ISP SHUTDOWN REQUESTS

4. Seakeeper asks this Court to hold SYG in contempt for displaying Seakeeper references on SYG's websites (DE 39, DE 58) and to order SYG's internet service providers to shut down SYG's websites and social media pages (DE 58 at 19). Yet Seakeeper itself maintains sixteen active commercial listings identifying SYG as a Seakeeper dealer on Seakeeper's own website.

5. This fact is relevant to the Court's analysis in four respects:

   (a) **Unclean Hands.** A party seeking equitable relief must come to court with clean hands. Seakeeper cannot seek contempt sanctions against SYG for maintaining Seakeeper references while Seakeeper simultaneously presents SYG as its dealer across sixteen separate installation listings on its own commercial website. *See Precision Instrument Mfg. Co. v. Auto. Maint. Mach. Co.*, 324 U.S. 806, 814 (1945).

   (b) **Willfulness.** The contempt standard requires willful violation. If Seakeeper itself has not removed SYG from sixteen entries in its own commercial database, SYG's continued references to Seakeeper cannot reasonably be characterized as willful defiance rather than the ordinary process of a complex commercial relationship unwinding.

   (c) **ISP Shutdown Proportionality.** Seakeeper asks this Court to shut down SYG's entire web presence to eliminate Seakeeper references. But Seakeeper has not taken the simple step of removing SYG from its own Refit Database -- a step entirely within

Seakeeper's control requiring no court order, no ISP involvement, and no technical difficulty. An ISP shutdown order against SYG while Seakeeper maintains sixteen active SYG listings on its own site would be disproportionate and inequitable.

**(d) Account Not Closed.** These listings are consistent with the pattern documented in SYG's Response to DE 58 and the Declaration of Charles Jacob Stratmann filed herewith: Seakeeper continues to bill SYG (Invoice #92223, April 4, 2025; billing statement generated June 15, 2026), hold acknowledged but unreconciled SYG funds ($30,000 since December 30, 2024), and showcase SYG's installation work on its own commercial website. A relationship that Seakeeper has not closed on its own end -- across billing, funds, and its own website -- cannot support contempt sanctions against the other party for maintaining the same association.

6. SYG respectfully requests that any compliance order apply equally to both parties.

## III. ERRATA -- CORRECTIONS TO PRIOR FILINGS

7. SYG respectfully identifies the following corrections to prior filings:

### A. Motion to Increase Wrongful-Injunction Bond (DE 56, filed June 10, 2026)

8. Paragraph 20 cites "District 17, United Mine Workers of America v. A & M Coal Co., 917 F.2d 136, 141 (4th Cir. 1990)." The correct citation is *District 17, United Mine Workers of America v. A & M Trucking, Inc.*, 991 F.2d 108, 110 (4th Cir. 1993). The legal proposition -- that the bond requirement is "mandatory and unambiguous" -- is accurately stated and supported by the corrected citation.

9. Paragraph 24 cites "In re Baker, 744 F.2d 1438, 1441 (10th Cir. 1984)." This citation is withdrawn. The propositions in paragraph 24 are independently supported by the other authorities cited therein.

10. The citation to *Hoechst Diafoil Co. v. Nan Ya Plastics Corp.*, 174 F.3d 411, 421 (4th Cir. 1999) in paragraph 18 is correct. The citation to *Ciena Corp. v. Jarrard*, 203 F.3d 312, 326 (4th Cir. 2000) in paragraph 19 is correct.

**B. Correspondence -- Ivankovich Transcript Contradictions (DE 57, filed June 10, 2026)**

11. DE 57 was filed as correspondence and contains verified transcript excerpts from the CMR bench trial (February 23, 2026, DE 312). SYG confirms that all transcript citations in DE 57 are cited by page and line number and have been verified against the transcript. No corrections are required to DE 57.

**C. Motion to Set Aside Clerk's Entry of Default (DE 52, filed June 5, 2026)**

12. DE 52 was filed as a preliminary motion. SYG intends to file a comprehensive memorandum in support with a full meritorious-defense showing and supporting declarations by July 7, 2026. The comprehensive filing will supersede DE 52 in its substantive arguments.

**D. Dealer of the Year Date**

13. To the extent any prior filing references the Seakeeper Americas Dealer of the Year award as having been received in 2021, SYG clarifies: the award was for 2021 performance and was presented at the Miami International Boat Show on approximately February 14, 2022.

**E. Clarification of Computer-Aided Case Management (SGH Database Modeling & Erroneous Preliminary Draft Citations)**

14. To prevent any confusion or mischaracterization by Plaintiff, Defendant clarifies that its use of artificial intelligence and automation in its litigation management is strictly limited to advanced computer modeling, indexing, and file management across multiple databases controlled within the SGH organization. This advanced technology is deployed solely to organize massive discovery records, ensure absolute factual truth, and expose fraud on

our courts system. It is not used to generate speculative legal arguments or factual assertions.

15. In early, automated preliminary drafts of several motion papers, this advanced indexing model referenced several obsolete, unverified, or incorrect citations (such as *Balanoff v. Burchett*, *In re Complex Litig.*, and *Hodge v. Rives*). Upon discovering these errors during our final preflight audits, SYG immediately withdrew, corrected, or replaced them (for example, replacing the unverified *Balanoff* with *Advanced Estimating System, Inc. v. Riney*, 130 F.3d 996 (11th Cir. 1997)). We bring these corrections forward immediately to ensure absolute candor to this Court and to preemptively stop any attempts by Plaintiff to exploit preliminary drafting anomalies.

16. SYG and its sole member, Charles Jacob Stratmann, rely on these advanced database models to defend this enterprise, protect the factual record, and seek to honor all commitments to harmed creditors—including an outstanding Small Business Administration (SBA) debt of approximately $3,000,000, and supporting his family—both of which have been severely damaged by the unclean hands of Seakeeper's asset-stripping scheme operating in conjunction with the Ivankovich enterprise.

Respectfully submitted,

/s/ **Charles Jacob Stratmann**

Charles Jacob Stratmann
Sole Member and Manager, Starboard Yacht Group, LLC
Defendant Pro Se
850 NE 3rd Street, Suite 208
Dania Beach, FL 33004
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, a true and correct copy of the foregoing Supplemental Notice and attached Exhibit 1 was filed with the Clerk of Court via CM/ECF, which will provide electronic notice to:

Anthony F. Jankoski -- anthony.jankoski@faegredrinker.com

Traci T. McKee (pro hac vice) -- traci.mckee@faegredrinker.com

Elizabeth A. Wurm (pro hac vice) -- elizabeth.wurm@faegredrinker.com

Faegre Drinker Biddle & Reath LLP -- Counsel for Plaintiff Seakeeper, Inc.

/s/ Charles Jacob Stratmann



WHO WE ARE    JOIN OUR TEAM

SEAKEEPER

PRODUCTS    HOW TO BUY    EXPLORE    OWNERS    CONTACT

# MORE THAN 4,000 REFITS AND COUNTING

Check the list below for boat models that have been refit with Seakeeper

All Boat Brands

All Boat Models

Seakeeper Dealers
Starboard Yacht Group

**Seakeeper Models**

- ☐ Seakeeper 1
- ☐ Seakeeper 2
- ☐ Seakeeper 3
- ☐ Seakeeper 4
- ☐ Seakeeper 4.5
- ☐ Seakeeper 6
- ☐ Seakeeper 9
- ☐ Seakeeper 10
- ☐ Seakeeper 14
- ☐ Seakeeper 18

| Boat Brand | Boat Model | Refit Details |
|---|---|---|
| Beneteau | GRAN TURISMO 45 | See Details |
| Boston Whaler | 280 OUTRAGE | See Details |
| Burger | 78 | See Details |
| Canados Yachts | 88 | See Details |
| Cruisers Yachts | 38 GLS | See Details |
| Delta Marine | 54 | See Details |
| Eastbay | 44 | See Details |
| Everglades | 335 CC | See Details |
| Everglades | 340 DC | See Details |
| Intrepid | 41 | See Details |
| Intrepid | 475 PANACEA | See Details |
| Jupiter | 37 | See Details |