**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| SEAKEEPER, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civ. No.: MJM-26-1332 |
| v. | * | |
| | * | |
| STARBOARD YACHT GROUP, LLC, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons explained on the record during the status teleconference on June 30, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Defendant Starboard Yacht Group, LLC ("SYG"), and any of its agents, servants, employees, and attorneys, and any other party acting in concert or privity with SYG, shall remove **by Monday, July 13, 2026,** all references to Plaintiff's SEAKEEPER Marks, or any marks confusingly similar to it, including any uses of the word "Seakeeper," from SYG's websites, social media, other websites used in SYG's business, or physical signage, including, but is not limited to, removing the uses of Plaintiff's SEAKEEPER Marks from SYG's Facebook, Instagram, LinkedIn, and Yelp accounts, as described in Plaintiff's recent Status Report (ECF No. 58) and by Plaintiff's counsel on the record during status teleconference;

2. Seakeeper shall file a status report **on or about July 7, 2026, and July 14, 2026,** to inform the Court of SYG's compliance with this Order, and provide via email a copy of each report to Charles Jacob Stratmann;

3.  A status teleconference and virtual hearing on pending motions is scheduled in this matter for **Wednesday, July 15, 2026, at 3:00 p.m.** A Zoom link shall be circulated to counsel of record and Mr. Stratmann in advance of the hearing date; and

4.  The Clerk shall send a copy of this Order to counsel of record and to Mr. Stratmann by email.

It is so ORDERED this 2nd day of July, 2026.


_____/S/_____
Matthew J. Maddox
United States District Judge