IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEAKEEPER, INC.,

          Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

          Defendant.

Case No.: 1:26-cv-01332-MJM

**PLAINTIFF SEAKEEPER, INC.'S STATUS REPORT ON
DEFENDANT'S CONTINUED NON-COMPLIANCE WITH
PRELIMINARY INJUNCTION**

Pursuant to Paragraph 2 of this Court's Order dated July 2, 2026 (DE 65), Plaintiff Seakeeper, Inc. ("Seakeeper") submits the following status report on Defendant Starboard Yacht Group, LLC ("SYG")'s continued non-compliance with the Court's preliminary injunction (DE 26). In support, Seakeeper states as follows:

**STATUS REPORT**

1.      On June 12, 2026, pursuant to the Court's June 3, 2026 Order, Seakeeper submitted a status report detailing SYG's non-compliance with the Court's preliminary injunction. (DE 58.) Within that status report, Seakeeper included 12 screenshots (Figures A-M) of statements violating the Preliminary Injunction as found on SYG's social media accounts (Facebook, Linktree, Instagram, LinkedIn, and the LinkedIn page of SYG's sole member-manager, Proposed-Intervenor Charles Jacob Stratmann).[1]

---

[1] The June 12 Status Report inadvertently labeled two screenshots as Figure B and omitted a Figure G. For purposes of this Status Report, the reference to Figure B listed on pages 4-5 of the June 12 Status Report which identifies a November 12, 2024 Facebook post is referred to herein as "Figure B-1"; the reference to Figure B listed on pages 6-7 of the June 12 Status Report which identifies SYG's Instagram biography page is referred to herein as "Figure B-2."

1

2.      On June 30, 2026, the Court held a status teleconference. Seakeeper outlined SYG's continued non-compliance with the Preliminary Injunction, as set forth in the June 12, 2026 Status Report, and identified additional infringing content in SYG's Yelp page. Specifically, the "From the Business" page includes references to "Seakeeper Gyro," "Seakeeper Repair" and "Seakeeper Stabilizers" (*Figure 1*), and three photographs previously uploaded by SYG improperly show Seakeeper's protected marks and falsely represent SYG as a certified Seakeeper dealer (*Figures 2-4*), as shown in the below images.



*Figure 1*[2]

---

[2] https://www.yelp.com/biz/starboard-yacht-group-dania-beach-2



*Figure 2*[3]

---

[3] https://www.yelp.com/biz_photos/starboard-yacht-group-dania-beach-2?select=KPrGgC-csiXqi6t_hqJbOg



*Figure 3*[4]

---

[4] https://www.yelp.com/biz_photos/starboard-yacht-group-dania-beach-2?select=aWmTbwvk5McRt3PQR3Pczg



*Figure 4*[5]

3.        On July 2, 2026, the Court entered an order directing SYG "and any of its agents, servants, employees, and attorneys, and any other party acting in concert or privity with SYG," to remove "all references to Plaintiff's SEAKEEPER Marks, or any marks confusingly similar to it, including any uses of the word 'Seakeeper,' from SYG's websites, social media, other websites used in SYG's business, or physical signage, including, but is not limited to, removing the uses of Plaintiff's SEAKEEPER Marks from SYG's Facebook, Instagram, LinkedIn, and Yelp accounts, as described in Plaintiff's recent Status Report (ECF No. 58) and by Plaintiff's counsel on the record during status teleconference." (DE 65, ¶ 1.)

---

[5] https://www.yelp.com/biz_photos/starboard-yacht-group-dania-beach-2?select=VPtEpeyY4Gaurphq4e3eqw

4.    As of July 7, 2026 at 9:00 a.m. (ET), the status of the materials previously identified in Figures A-M of the June 12, 2026 Status Report (DE 58) and Figures 1-4 from SYG's Yelp page, as identified above, is as follows:

| Infringing Content | Status as of 7/7/26 9:00 a.m. (ET) |
|---|---|
| Figure A (SYG Facebook Post from November 19, 2024) | **Still present** |
| Figure B-1 (SYG Facebook Cover Photo) | **Still present** |
| Figure B-2 (SYG Instagram Biography Page) | Removed |
| Figure C (SYG Linktree) | **Still present** |
| Figure D (SYG Instagram Post from November 10, 2024) | **Still present** |
| Figure E (SYG Instagram Post from November 2, 2024) | **Still present** |
| Figure F (SYG Instagram Post from October 31, 2024) | **Still present** |
| Figure H (SYG Instagram Post from October 28, 2024) | **Still present** |
| Figure I (SYG Instagram Post from July 31, 2024) | **Still present** |
| Figure J (SYG LinkedIn Overview) | Removed reference to "certified Seakeeper…dealers" but Seakeeper logo and protected mark remains in LinkedIn banner |
| Figure K (Stratmann LinkedIn Bio) | **Still present** |
| Figure L (Stratmann LinkedIn Experience) | **Still present** |
| Figure M (Stratmann LinkedIn Post) | **Still present** |
| Figure 1 (SYG Yelp) | **Still present** |
| Figure 2 (SYG Yelp) | **Still present** |
| Figure 3 (SYG Yelp) | **Still present** |
| Figure 4 (SYG Yelp) | **Still present** |

Dated: July 7, 2026                    Respectfully submitted,


**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Elizabeth A. Wurm*
Anthony F. Jankoski (No. 30570)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465

anthony.jankoski@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

7

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on July 7, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Status Report on Defendant's Continued Non-Compliance with Preliminary Injunction ("Status Report") was filed using the Court's electronic filing system, which provided notice to all addresses included on the ECF service list, and was served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

The undersigned counsel further certifies that, pursuant to paragraph 2 of the Court's July 2, 2026 Order (DE 65), a copy of this Status Report was sent to Charles Jacob Stratmann by email at jake@starboardyacht.com.

_/s/ Elizabeth A. Wurm_
Elizabeth A. Wurm

8