IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)


SEAKEEPER, INC.,

Plaintiff,

v. Civil Action No. 1:26-cv-01332-MJM

STARBOARD YACHT GROUP, LLC,

Defendant.


## PROPOSED ORDER

Upon consideration of Defendant Starboard Yacht Group, LLC's Motion to Vacate Entry of Default, or in the Alternative to Set Aside Default Judgment, and Memorandum in Support, and the exhibits attached thereto, it is hereby ORDERED and ADJUDGED that:

1. The Clerk's entry of default entered on June 4, 2026 (ECF No. 50) is SET ASIDE;

2. Defendant Starboard Yacht Group, LLC is granted twenty-one (21) days from the date of this Order to retain Maryland-licensed counsel and file its Answer, Affirmative Defenses, and Counterclaims;

3. The Court's Preliminary Injunction (ECF No. 26) remains in full force and effect pending further order of this Court;

4. The parties shall meet and confer within fourteen (14) days of this Order on a proposed scheduling and case-management plan, to be filed within twenty-one (21) days of this Order if no agreement is reached; and

5. This action is set for a status conference on the date and at the time to be determined by the Court.

## IT IS SO ORDERED.


Date: _____

THE HONORABLE MATTHEW J. MADDOX
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2026, I caused a true and correct copy of the foregoing Proposed Order to be filed via the Court's CM/ECF system, which will provide electronic notice to counsel for Plaintiff:

Anthony F. Jankoski
Traci T. McKee (pro hac vice)
Elizabeth A. Wurm (pro hac vice)
Faegre Drinker Biddle & Reath LLP
Counsel for Plaintiff Seakeeper, Inc.

**Respectfully submitted,**

/s/ Charles Jacob Stratmann
Charles Jacob Stratmann
Sole Member & Manager, Starboard Yacht Group, LLC
545 NE 17th Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

Appearing specially and solely for the purpose of this Motion, pending retention of Maryland-licensed counsel

Dated: July 7, 2026

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 7th day of July, 2026, I caused a true and correct copy of the foregoing Proposed Order to be filed via the Court's CM/ECF system, which will provide electronic notice to counsel for Plaintiff:

Anthony F. Jankoski

Traci T. McKee (pro hac vice)

Elizabeth A. Wurm (pro hac vice)

Faegre Drinker Biddle & Reath LLP

Counsel for Plaintiff Seakeeper, Inc.

Respectfully submitted,

/s/ Charles Jacob Stratmann

**Charles Jacob Stratmann**

Sole Member & Manager, Starboard Yacht Group, LLC

545 NE 17th Avenue

Fort Lauderdale, Florida 33301

Telephone: (954) 873-8546

Email: `jake@starboardyacht.com`

*Appearing specially and solely for the purpose of this Motion, pending retention of Maryland-licensed counsel*

Dated: July 7, 2026