IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


==============================================================


# EXHIBIT EX-A


Seakeeper Termination Notice - December 2, 2024

Tom Cole -> Starboard Yacht Group

Baseline: Seakeeper claimed termination date


--------------------------------------------------------

Filing Target: W978-A Motion to Vacate - Meritorious Defense, Section IV

Prepared: June 30, 2026

==============================================================



December 2, 2024


**Starboard Yacht Group**
850 NE 3rd Street, Suite 106
Dania Beach, FL 33004

Re: Termination of the Seakeeper Certified Dealer Non-Exclusive Agreement


Dear Starboard Yacht Group:

Seakeeper, Inc. ("Seakeeper") provides this formal notice in accordance with Article XI, Term and Termination of the Certified Dealer Non-Exclusive Agreement ("Agreement") between Seakeeper and Starboard Yacht Group ("Dealer") with the intention of terminating the Agreement, effective immediately.

Per Section 72, During the term of this Agreement or any renewal thereof, this Agreement may be terminated by SEAKEEPER by written notice for any one or more of the following clauses, "***72.4. If DEALER conducts itself or its business so as to adversely affect the good name, reputation or goodwill of SEAKEEPER or the Product, or uses any Trademark in a manner not approved by SEAKEEPER***".

The decision to terminate this relationship is based on the following reasons:

- **Process Proficiency**: There has been insufficient understanding of Seakeeper's service processes, which has affected operational efficiency;
- **Mission Alignment**: A misalignment with Seakeeper's mission and core values has made it increasingly difficult to sustain a cohesive partnership;
- **Communication Gaps**: A persistent lack of transparent communication with the sales team has impeded collaboration and effective business operations;
- **Timeliness**: Failure to provide required information within agreed-upon timelines has disrupted workflows and delayed critical initiatives;
- **Sales Performance**: A consistent year-over-year decline in sales has raised concerns about growth and long-term viability; and
- **Outstanding Balances**: Financial obligations have consistently exceeded the credit limits provided, which has created an unsustainable situation.

Please review Article XII – Duties of Dealer Upon Termination and ensure compliance with all points. Please provide a list of any materials that are required to be returned to Seakeeper per Clause 75.6 of the Agreement and an RMA will be provided, along with pre-paid shipping labels.


Respectfully,


Seakeeper Management

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


===============================================================


# EXHIBIT EX-B


Seakeeper Invoice #88535 - Tampa Training Billing

Date: Oct 30, 2024 | From: revenue@seakeeper.com

PO: Tampa Training - active billing pre-termination


--------------------------------------------------------

Filing Target: W978-A Section IV.F (Viviere Channel) + W984 Para 17

Prepared: June 30, 2026

===============================================================

FROM: "Mandy Smith (revenue@seakeeper.com)" <system@sent-via.netsuite.com>

DATE: 2024-10-30 15:08:43-04:00

SUBJ: Seakeeper, Inc.Starboard Yacht Group, LLC (Parent) : Starboard Yacht Group:Invoice#88535

ATTACHMENTS: Invoice_88535_1730315321997.pdf

-------------------------------------------------------------

Attached please find your invoice for Seakeeper Training. Reference: PO #Tampa Training You may pay this invoice by accessing the payment link below. Seakeeper accepts Visa and Mastercard. https://seakeeper.suitepayments.com/paymentlink/QVJCd3VYd2lwLUtLQW9uQVI4bVpQZFFFTnBjR1 ZLU2NxTGVvMHRvZ3hGemllM0tvS2RoRG9aNGxPZW1zNlgwN3ltZ3BtdEZDYnZyeDc1SVVaX09y N0t4QXVMS0NXdS0yTUxNNjNtNUdIUUhyUmlFMFg5V0xKV3piZUNoaGJJMUswalk%3D_QUFFb FRDb3R6NU9oVTJYUmo5dzVya01mNF9kbjNXX2FNS0hYTnBtTDh3b0xnRlR4Vlhr Note, utilizing the payment link will not cause a duplication of a previous preauthorized charge made on Partner Center at the time of check out. Your preauthorized transaction will fall off of your bank account with successful payment made through the payment link. Please let me know if you need any further details to process payment. Best Regards, _____ Mandy Smith Customer Relationship Specialist SEAKEEPER, INC. Direct: 240.794.9411 www.seakeeper.com<http://www.seakeeper.com/> This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender immediately. Please consider the environment before printing this email.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


===============================================================


# EXHIBIT EX-C


SMOKING GUN: Hotel + SYG Company Card for Seakeeper Training

Date: Jan 10-13, 2025 | Brian Kenny (COO/CFO) -> James Lavin

42 DAYS POST-TERMINATION: SYG investing in Seakeeper factory training


--------------------------------------------------------

Filing Target: W978-A Section IV - Meritorious Defense (Authorized Conduct Post-Term)

Prepared: June 30, 2026

===============================================================

FROM: James Lavin <jim@starboardyacht.com>

DATE: 2025-01-13 15:38:23-05:00

SUBJ: Re: Hotel reservation James Levin for Seakeeper training□

ATTACHMENTS: image001.png□, image002.png□, image003.png□, image004.jpg□, image005.png□, image006.jpg□, image007.jpg□, image008.png□, image009.png□, image010.jpg□

------------------------------------------------------------

Brian,  I need to zip code associated with the credit card so I can refuel. Thanks  Jim  Get Outlook for iOS From: James Lavin &lt;jim@starboardyacht.com&gt; Sent: Monday, January 13, 2025 8:37:26 AM To: Brian Kenny &lt;Brian@starboardyacht.com&gt; Cc: Travis Moore &lt;travis@starboardyacht.com&gt; Subject: Re: Hotel reservation James Levin for Seakeeper training   Morning Brian, Got the hotel reservation, thank you. I can stop in today to pick up a company credit card for expenses. Thanks.  Jim  Get Outlook for iOS From: Brian Kenny &lt;Brian@starboardyacht.com&gt; Sent: Friday, January 10, 2025 3:42:36 PM To: James Lavin &lt;jim@starboardyacht.com&gt; Cc: Travis Moore &lt;travis@starboardyacht.com&gt; Subject: Hotel reservation James Levin for Seakeeper training   Hi James,   Please find attached reservation.   Respectfully ,   Brian Kenny COO/CFO        Starboard Yacht Group   850 N.E. Third Street Suite 208 Dania Beach, Florida, 33004 Brian@StarboardYacht.com Office: (954) 376-5400 Mobile: (954) 955-0646 Fax: (954) 920-6255 www.StarboardYacht.com   We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!                                

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


==============================================================


# EXHIBIT EX-D


James Lavin Employment Record - January 3, 2025

SYG Seakeeper-certified technician, active 32 days post-termination


--------------------------------------------------------

Filing Target: W978-A Section IV - Meritorious Defense

Prepared: June 30, 2026

==============================================================

01/03/2025

$1,016.26

James Lavin

*** One Thousand Sixteen Dollars and 26 Cents ***

James Lavin

,

| | James Lavin | 9545 | 01/03/2025 |
|---|---|---|---|
| Invoice No. | Inv Date | Description | Discount Taken | Amount Paid |
| 010325JL | 01/03/2025 | | $0.00 | $1,016.26 |

$1,016.26

| | James Lavin | 9545 | 01/03/2025 |
|---|---|---|---|
| Invoice No. | Inv Date | Description | Discount Taken | Amount Paid |
| 010325JL | 01/03/2025 | | $0.00 | $1,016.26 |

$1,016.26

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


==============================================================


# EXHIBIT EX-E


SYG Tech Labor Log - James Lavin Hours

Date: Feb 10, 2025 | Brian Kenny (COO/CFO)

SYG tracking Lavin labor 70 days post-termination


--------------------------------------------------------

Filing Target: W978-A Section IV - Meritorious Defense

Prepared: June 30, 2026

==============================================================

FROM: Brian Kenny <Brian@starboardyacht.com>

DATE: 2025-02-10 10:22:57-05:00

SUBJ: James Hours□

ATTACHMENTS: image001.png□, image002.png□, image003.png□, image004.png□, image005.png□, image006.jpg□, image007.png□, image008.jpg□, image009.jpg□, image010.png□, image011.png□, image012.jpg□

------------------------------------------------------------

v\:* {behavior:url(#default#VML);} o\:* {behavior:url(#default#VML);} w\:* {behavior:url(#default#VML);} .shape {behavior:url(#default#VML);}       Respectfully ,   Brian Kenny COO/CFO        Starboard Yacht Group   850 N.E. Third Street Suite 208 Dania Beach, Florida, 33004 Brian@StarboardYacht.com Office: (954) 376-5400 Mobile: (954) 955-0646 Fax: (954) 920-6255 www.StarboardYacht.com   We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!                                

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


================================================================


# EXHIBIT EX-F


IMMEDIATE REMOVAL: Jim Lavin SharePoint + Email Access

Date: Feb 6, 2025 | Travis Moore -> IT Admin (Advantages)

Lavin had full SYG Operations access 66 days post-termination


--------------------------------------------------------

Filing Target: W978-A Section IV - IP/Trade Secret Access Evidence

Prepared: June 30, 2026

================================================================

FROM: Travis Moore

DATE: 2025-02-06 17:21:40.564580-05:00

SUBJ: IMMEDIATE REMOVAL -  Jim Lavin's Sharepoint Access

ATTACHMENTS: image001.png

------------------------------------------------------------

v\:* {behavior:url(#default#VML);} o\:* {behavior:url(#default#VML);} w\:* {behavior:url(#default#VML);} .shape {behavior:url(#default#VML);} Advantages,   Please suspend/remove all of James Lavin&#8217;s ( jim@starboardyacht.com ) sharepoint access immediately.   Access to any sharepoint folders (i.e. Operations) needs to be removed.  Also please suspend or change his email password immediately.   Thank you,   --   Travis Moore Director of Operations   Mobile: (954) 716-0775 Direct: (954) 828-0735 Office: (954) 376-5400 Email: travis@starboardyacht.com 850 N.E. 3 rd Street, Suite 208, Dania, FL 33004 www.StarboardYacht.com  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


================================================================

# EXHIBIT EX-G


SYG Seakeeper Tech Team Employee Review - Q1 2025

Date: Feb 4, 2025 | Travis Moore (Dir. Operations)

Full installation team active and evaluated 64 days post-termination


--------------------------------------------------------

Filing Target: W978-A Section IV - Meritorious Defense (Team Continuity)

Prepared: June 30, 2026

================================================================

FROM: Travis Moore□

DATE: 2025-02-04 15:11:33.984223-05:00

SUBJ: Employee Review & Compensation Meeting□

ATTACHMENTS: image001.png□

------------------------------------------------------------

v\:* {behavior:url(#default#VML);} o\:* {behavior:url(#default#VML);} w\:* {behavior:url(#default#VML);} .shape {behavior:url(#default#VML);} Jake,   Can we set a meeting for Wednesday (Feb. 5 th ) to discuss employee reviews and compensation recommendations.    Based on the employee reviews and several other factors.  Below is my recommendations for compensation.   Employee Current Rate Recommended Rate David Erb 26 28* Ben Huskins 35 37 Cesar Mhulheman 22 27 Susy Peralta 25 30 James Lavin 38 - Jayden Forbes 18 20 Gavin Snell 18 20   I suggest raising David Erb up $2 because according to him, that will make him 100% committed to SYG.  I would like to place a caveat on that raise for him.  The month following his raise, if he has one unexcused absence or is late, the raise goes away.    The rest of the team has been doing a great job.  Susy has been going above and beyond this past year.  She has stepped up in the parts department, while becoming a pretty solid SK tech.  She is even learning and getting better at Humphree.  Cesar is becoming a solid SK tech as well.    Going into 2025, we have 3 certified SK techs (Susy, Cesar, and Jim).  Each one has strengths and weaknesses, but a solid group.  We need to keep this group.   Ben and David are a good mechanical/hydraulic and all around techs.  They have hit all the key points we are looking for.    Gavin and Jayden are still learning fabrication work, and their skillset knowledge is coming along on a pace we like.    Going into Q1 of 2025, I am going to push the team hard on attention to details and time management.  Work efficiently, on time and during free time, they need to be working on something to improve their skillset and/or SYG.   Let me know what you think.   Thanks, --   Travis Moore Director of Operations   Mobile: (954) 716-0775 Direct: (954) 828-0735 Office: (954) 376-5400 Email: travis@starboardyacht.com 850 N.E. 3 rd Street, Suite 208, Dania, FL 33004 www.StarboardYacht.com  

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


===============================================================


# EXHIBIT EX-H


SYG Proprietary Installation - Bavaria 42, Invoice 2009-14220

Date: Nov 2021 | Customer: Jeff Partin, m/y Aggie

Naval architect custom aluminum frame + full SK5 install = ~$65,010

SYG IP: custom engineering method not provided by Seakeeper


--------------------------------------------------------

Filing Target: W978-A Counterclaim - SYG IP Misappropriation

Prepared: June 30, 2026

===============================================================



**850 NE 3rd St. Suite 208
Dania Beach, FL 33004
954-376-5400**

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2021 | 2009-14220 |

**billing@starboardyacht.com**

| Bill To |
|---|
| Jeff Partin
m/y Aggie
42 Bavaria |

| S.O. No. | Due Date |
|---|---|
|  | 11/10/2021 |

| Vessel Name | Vessel Location 1 |
|---|---|
|  |  |

| Description | Qty | Rate | Class | Amount |
|---|---|---|---|---|
| SEAKEEPER UPGRADE TO ELIMINATE BOAT ROLL AND OPTIMIZE VESSEL STABILITY, COMFORT AND PERFORMANCE. |  |  |  |  |
| Supply and Install 1 Seakeeper 5 Gyro Stabilizer with 2 year / 2000 hour warranty | 1 | 44,700.00 | Seakeeper | 44,700.00T |
| Freight | 1 | 860.00 | Seakeeper | 860.00 |
| Protect decks and work area for installation and final clean up | 1 | 800.00 | Seakeeper | 800.00T |
| misc supplies- electrical, plumbing, fittings, hardware, fasteners, plexus, vinylester resin, Plexis, fiberglass, caulking, gelcoat, masking material ect. | 1 | 4,400.00 | Seakeeper | 4,400.00T |
| Install seacocks, strainers and waterpumps for Seakeeper cooling system Install breakers in AC and DC Distribution panel to power Seakeeper Remove bed frame and panels port side inboard bunk will be modified to accommodate the Seakeeper foundation aft and inboard sitting on top of the existing stringer which will convert this space to a bench seat fwd and shelf on top of the Seakeeper Grind Stringers and reinforce to support aluminum foundation Install aluminum foundation Disassemble Seakeeper for installation Install frame in aluminum foundation Remove cabin door and cut aprox 2" of door frame to allow Sphere to pass through opening Setup rigging and onboard and install sphere into Seakeeper frame Perform sea trial and commissioning. | 70 | 115.00 | Seakeeper | 8,050.00T |



| | |
|---|---|
| **Subtotal** |  |
| **Sales Tax  (6.0%)** |  |
| **Total** |  |
| **Payments/Credits** |  |
| **Balance Due** |  |



# Invoice

| Date | Invoice # |
|------|-----------|
| 11/10/2021 | 2009-14220 |

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

**billing@starboardyacht.com**

| Bill To |
|---------|
| Jeff Partin<br>m/y Aggie<br>42 Bavaria |

| S.O. No. | Due Date |
|----------|----------|
|  | 11/10/2021 |

| Vessel Name | Vessel Location 1 |
|-------------|-------------------|
|  |  |

| Description | Qty | Rate | Class | Amount |
|-------------|-----|------|-------|--------|
| Fabricate aluminum custom designed frame for Seakeeper with Naval Architect and fabrication shop painted white | 1 | 7,000.00 | Seakeeper | 7,000.00T |
| Discount Preferred for acceptance and funding by July 30th |  | -4,000.00 | Seakeeper | -4,000.00 |
| Total Labor and Materials for Seakeeper ........................... |  |  |  | 61,810.00 |
| Sales Tax 1 % |  | 50.00 | Seakeeper | 50.00 |

When sending a wire transfer to Starboard Yacht Group please use
the following information:
Bank Information: Bank of America, 401 E Las Olas Blvd, Fort Lauderdale, Fl
33301
Account Name: Starboard Yacht Group
Account Address: 850 NE 3rd St Suite 208 Dania Beach Fl 33004
Routing #: 026009593
Account #: 229020740671

Thank you for your business! We are dedicated to meeting the needs of the yachting industry and our customers. Amount shown has automatically been discounted 3% for payment by cash or check.

| | |
|---|---|
| **Subtotal** | $61,860.00 |
| **Sales Tax  (6.0%)** | $3,660.14 |
| **Total** | $65,520.14 |
| **Payments/Credits** | -$58,765.97 |
| **Balance Due** | $6,754.17 |



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


===============================================================


# EXHIBIT EX-I


Active Seakeeper SK10 Installation Pipeline - Jan 22, 2025

Date: Jan 22, 2025 | Travis Moore -> Customer Bernard

51 DAYS POST-TERMINATION: Active install commitment, customer returning


--------------------------------------------------------

Filing Target: W978-A Section IV + IP Pipeline Continuity

Prepared: June 30, 2026

===============================================================

FROM: Travis Moore <travis@starboardyacht.com>

DATE: 2025-01-22 14:36:22-05:00

SUBJ: Skipjack SK10 Installation and Other Projects List

ATTACHMENTS: image001.png


------------------------------------------------------------


Hi Bernard, Jake mentioned that you will bring the boat back in a few weeks to restart the Seakeeper 10 installation. That is great news. He also mentioned that you have a punch list of items that you would like addressed on the Skipjack as well as another vessel. Can you provide us with a list so we can get things ready for you. Thanks again, -- Travis Moore Director of Operations Mobile: (954) 716-0775 Direct: (954) 828-0735 Office: (954) 376-5400 Email: travis@starboardyacht.com<mailto:travis@starboardyacht.com> 850 N.E. 3rd Street, Suite 208, Dania, FL 33004 www.StarboardYacht.com<http://www.starboardyacht.com/> [signature_2558094425]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


================================================================


# EXHIBIT EX-J


Seakeeper Produces SYG 5-Year Revenue Report - Feb 3, 2025

From: Karisa Asbury-House (Seakeeper Lead CRS)

CC: Tom Cole, Jake Stratmann, Brian Kenny, Travis Moore

Attachment: Starboard Sales Report Jan 2020 - Jan 2025.xlsx

63 DAYS POST-TERMINATION: Active commercial cooperation


---------------------------------------------------------

Filing Target: W978-A Section IV - Dealer Relationship Continuity Evidence

Prepared: June 30, 2026

================================================================

FROM: Seakeeper Revenue Team <revenue@seakeeper.com>

DATE: 2025-02-03 12:25:19-05:00

SUBJ: RE: SYG Sales Revenue:  2020-2024

ATTACHMENTS: image001.png, Starboard Sales Report January 2020 through January 2025.xlsx


-----------------------------------------------------------


Hello Travis, Please see attached sales details report from January 2020 through January 2025. This reporting is filtered by invoice and does also include all credit memos issued within the dates filtered. Feel free to reach out to us should you have any questions. Thank you, Best Regards, _____ Karisa Asbury-House Lead Customer Relationship Specialist SEAKEEPER Direct: 240.794.9625<tel:240.794.9625> Mobile: 240.808.5102<tel:240.808.5102> www.seakeeper.com<http://www.seakeeper.com/> This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Tom Cole <tcole@seakeeper.com> Sent: Monday, February 3, 2025 10:53 AM To: Travis Moore <travis@starboardyacht.com> Cc: Brian Kenny <Brian@starboardyacht.com>; Jake Stratmann <jake@starboardyacht.com>; Seakeeper Revenue Team <revenue@seakeeper.com> Subject: RE: SYG Sales Revenue: 2020-2024 Hi Travis, They followed up over the weekend with some questions. I responded this AM and hopefully they can generate the annual summaries today. _____ Tom Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753<tel:240.794.9753> Mobile: 314.719.7913<tel:314.719.7913> www.seakeeper.com<http://www.seakeeper.com/> This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Travis Moore <travis@starboardyacht.com<mailto:travis@starboardyacht.com>> Sent: Monday, February 3, 2025 10:44 AM To: Tom Cole <tcole@seakeeper.com<mailto:tcole@seakeeper.com>> Cc: Brian Kenny <Brian@starboardyacht.com<mailto:Brian@starboardyacht.com>>; Jake Stratmann <jake@starboardyacht.com<mailto:jake@starboardyacht.com>>; Seakeeper Revenue Team <revenue@seakeeper.com<mailto:revenue@seakeeper.com>> Subject: RE: SYG Sales Revenue: 2020-2024 Hi Tom, I wanted to follow up on this. Has revenue been able to generate the statements? Thanks again for all the assistance. -- Travis Moore Director of Operations Mobile: (954) 716-0775 Direct: (954) 828-0735 Office: (954) 376-5400 Email: travis@starboardyacht.com<mailto:travis@starboardyacht.com> 850 N.E. 3rd Street, Suite 208, Dania, FL 33004 www.StarboardYacht.com<https://url.avanan.click/v2/r01/___http:/www.starboardyacht.com/___.YXAz OnNlYWtlZXBlcjphOm86MmJlZDU1M2IyMjdhYWI2Y2JmZmM0NGZhOTk2ZmVlNDk6NzozMWE

xOjhkMjkzZDAwZDhkZmE1ZmZkYWRhMTdkNmFmN2Y5MzAwMjU2MTc2YTg1MzMwMjE5MDE xNjg0NDhhMjRhOGUxMTk6aDpGOk4> [signature_2558094425] From: Tom Cole <tcole@seakeeper.com<mailto:tcole@seakeeper.com>> Sent: Wednesday, January 29, 2025 9:58 AM To: Travis Moore <travis@starboardyacht.com<mailto:travis@starboardyacht.com>> Cc: Brian Kenny <Brian@starboardyacht.com<mailto:Brian@starboardyacht.com>>; Jake Stratmann <jake@starboardyacht.com<mailto:jake@starboardyacht.com>> Subject: RE: SYG Sales Revenue: 2020-2024 Morning Travis, I've requested the information from Revenue so hopefully I will be able to provide some statements today! _____ Tom Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753<tel:240.794.9753> Mobile: 314.719.7913<tel:314.719.7913> www.seakeeper.com<https://url.avanan.click/v2/r01/___http:/www.seakeeper.com/___.YXAzOnNlYWtl ZXBlcjphOm86MmJlZDU1M2IyMjdhYWI2Y2JmZmM0NGZhOTk2ZmVlNDk6Nzo5MmM1OmYyZ WQ2N2FiYzhiZjc2ZDhmYzA3NWYyN2IxOTJiN2VmMzM4N2E2ZmU1MmY5ZjJkNzk0YTQzZTlkY jMzN2RmMmI6aDpGOk4> This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Travis Moore <travis@starboardyacht.com<mailto:travis@starboardyacht.com>> Sent: Wednesday, January 29, 2025 9:28 AM To: Tom Cole <tcole@seakeeper.com<mailto:tcole@seakeeper.com>> Cc: Brian Kenny <Brian@starboardyacht.com<mailto:Brian@starboardyacht.com>>; Jake Stratmann <jake@starboardyacht.com<mailto:jake@starboardyacht.com>> Subject: SYG Sales Revenue: 2020-2024 CAUTION: External Email Tom, Is there any way you can send us a report showing SYG annual sales for 2020 through 2024. It does not need to be super detailed. Just need to see the numbers illustrating how sales were good 2020-2021 then there was a steady decline. Please let me know if this is possible. Thanks again, -- Travis Moore Director of Operations Mobile: (954) 716-0775 Direct: (954) 828-0735 Office: (954) 376-5400 Email: travis@starboardyacht.com<mailto:travis@starboardyacht.com> 850 N.E. 3rd Street, Suite 208, Dania, FL 33004 www.StarboardYacht.com<https://url.avanan.click/v2/r01/___http:/www.starboardyacht.com/___.YXAz OnNlYWtlZXBlcjphOm86OGY2ZTZkZjgxMDQzODMyYTEwODFmMTZkY2FiMjlmOGI6NzplYjc1 OjQ4M2FlY2ViMjQ5OGY3YzM3Yjg5NTE1Nzc0MmJlY2RkZjYyYjlmZTYzMzcxY2FmZGUwOGRh YjdmOTUwY2U2NWM6aDpGUOk4> [signature_2558094425]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


==============================================================


# EXHIBIT EX-K


Judge-Ready Exhibit Board: Termination Timeline + Fund Retention

Dec 2024 - Mar 2025 | Jake Stratmann CEO

Key: $50,000 wire accepted Dec 30 / $30,000 credit unresolved

Dec 2 termination -> Dec 4 reversal -> Growth Plan -> $50K wire -> rejection


--------------------------------------------------------

Filing Target: W978-A Section IV.F - Schultz 60(b)(3) Viviere Wire/Retention Channel

Prepared: June 30, 2026

==============================================================

FROM: Jake Stratmann <jake@starboardyacht.com>

DATE: 2026-06-18 12:38:48-04:00

SUBJ: AUTOHELM — Judge-Ready Exhibit Board: SKR Dealer Termination & Fund Retention (Dec 2024 – Mar 2025)

------------------------------------------------------------

EXHIBIT — FOR JUDICIAL REVIEW Seakeeper, Inc. Dealer Termination & Fund Retention Starboard Yacht Group, LLC — December 2024 through March 2025 Case Reference: Vivere Adventures, Ltd. — Case No. 0:25-cv-61065-WPD Prepared by Jake Stratmann, CEO — Starboard Yacht Group, LLC | jake@starboardyacht.com SECTION 1 — PARTIES & RELATIONSHIP MANUFACTURER (SKR) Seakeeper, Inc. • Chad Hoey — Dir. Americas Sales & Service • Tom Cole — Regional Aftermarket Manager • Brad Mead — Dealer Sales Representative • Revenue Team (Karisa Asbury-House, Amanda Smith) AUTHORIZED DEALER (SYG) Starboard Yacht Group, LLC • Jake Stratmann — CEO • Brian Kenny — CFO / COO • Travis Moore — Dir. of Operations • Elvis Lezama — Parts Department SECTION 2 — CORE ISSUE SUMMARY The Court's attention is directed to three central facts: 1. SKR terminated SYG's dealer agreement on December 2, 2024, then reversed course and agreed on December 4, 2024 (via recorded Teams meeting) to receive and review SYG's growth plan before making a final decision. 2. SYG submitted the Seakeeper Growth Plan (SGP) as agreed. SKR rejected it on December 30, 2024 — without the follow-up review process discussed on December 4 — and simultaneously accepted a $50,000 wire from SYG for a Seakeeper 10 unit. 3. SKR acknowledged a $30,000 overpayment from the wire, refused to apply the excess credit toward SYG's pending SK2 order, and demanded bank details for a refund — with no confirmation that the funds have been returned as of the date of this exhibit. SECTION 3 — CHRONOLOGICAL FINDINGS OF FACT Each finding is sourced to a specific email communication with date, sender, and direct quotation. 1 DEC 2 Initial Termination Notice December 2, 2024 — 7:52 AM EST • From: Tom Cole (tcole@seakeeper.com) Subject: "Seakeeper - Starboard Yacht Group" "We are writing to formally notify you that Seakeeper will not be renewing the dealer agreement with Starboard Yacht Group in 2025." 2 DEC 2 SKR's "No Call Necessary" — Then Reversal Same Day December 2, 2024 — 11:22 AM EST • From: Tom Cole (tcole@seakeeper.com) Subject: "RE: Seakeeper - Starboard Yacht Group" "The decision to conclude the dealer agreement is final. As such, we do not believe a call would be necessary at this time." NOTE: Same day (Dec 2, 3:45 PM), Chad Hoey offered call availability — directly contradicting Tom Cole's "no call necessary" statement 4.5 hours earlier. 3 DEC 4 Teams Meeting — SKR Agrees to Review SYG Growth Plan December 4, 2024 • Microsoft Teams • Recorded by Fireflies.ai Attendees: Jake Stratmann (SYG), Chad Hoey, Tom Cole, Brad Mead (SKR) KEY AGREEMENT: SKR representatives agreed to receive and review SYG's Seakeeper Growth Plan ("SGP") before making a final termination decision. Jake Stratmann shared the Fireflies.ai transcript with SKR to confirm this agreement. Jake's Nov 4, 2025 email to attorney: "I was able to find the meeting AI notes post the letter from Seakeeper termination where they agreed to receive my plan and to reconsider but never responded nor let me know that it was canceled vs reconsidered." 4 DEC 30 SKR Rejects Growth Plan — Without Agreed Review Process December 30, 2024 — 10:09 AM EST • From: Tom Cole (tcole@seakeeper.com) Subject: "RE:

Seakeeper - Starboard Yacht Group | POST MEETING FRIDAY UPDATE" "Thank you for taking the time to share your detailed 2025 strategic plans and for your continued efforts to remain a Seakeeper Dealer. We truly appreciate the thought and energy you've put into addressing the challenges and outlining your vision for SYG's growth. After careful consideration and extensive discussions within our team, we've determined that Seakeeper will proceed with the planned termination of the dealership agreement effective January 31, 2025." PROCESS GAP: SKR dismissed the SGP without conducting the follow-up review discussed and agreed upon during the December 4 Teams meeting. No further call, meeting, or substantive review process occurred. 5 DEC 30 $50,000 Wire Accepted by SKR — Same Day as SGP Rejection December 30, 2024 — 1:00 PM EST • From: Tom Cole (tcole@seakeeper.com) Subject: "Re: Seakeeper, Inc. … Invoice#79297" "The Seakeeper 10 will not ship until Jan 10th now. We notified SYG that we needed the wire received by 10 AM today but that didn't happen as Mandy stated in previous emails today." FINANCIAL FACT: SKR accepted the $50,000 wire for Invoice #79297 (Seakeeper 10). The SK10 invoice amount was approximately $20,000, creating a ~$30,000 overpayment — acknowledged by SKR in subsequent communications. 6 JAN 15 Full Cutoff & $30,000 Overpayment Acknowledgment January 15, 2025 — 10:38 AM EST • From: Brad Mead (bmead@seakeeper.com) Subject: "RE: Seakeeper - Starboard Yacht Group" "As of today, January 15th, 2025, Seakeeper will no longer accept further parts or gyro orders from Starboard Yacht Group. All open orders must be paid by end of business today (1/15/2025) or they will be cancelled." "Seakeeper currently has a $30,000 overpayment that was received from Starboard Yacht Group, on 12/30/2024. Could you please provide us with appropriate banking information so we can refund the overpayment back to Starboard Yacht Group?" 7 JAN 27 SK2 Order Rejected — Credit Trapped January 27, 2025 — 2:48 PM EST • From: Tom Cole (tcole@seakeeper.com) Subject: "RE: SK2" "Unfortunately, we are unable to fulfill this order at this time. … This process should have been completed by January 15th while your account was still active. If a deposit was collected, please arrange to refund the customer accordingly." "Regarding the additional funds, there is currently a credit on your account from the overpayment on the Seakeeper 10. Our Revenue Team has requested verification of your bank account details to proceed with issuing a refund for the credited amount. It appears this information has not yet been provided to the Revenue Team." FUNDS TRAPPED: SKR refused to apply the $30,000 credit toward SYG's pending SK2 customer order, while simultaneously telling SYG to "refund the customer accordingly" — leaving SYG financially exposed to its own customer. 8 FEB 28 Post-Termination Warranty Collection Demand February 28, 2025 — 5:01 PM EST • From: Chad Hoey (choey@seakeeper.com) Subject: "RE: Seakeeper - Starboard Yacht Group" "I was just alerted you collected money on an extended warranty for Dan Libera (Sales Order 84868) after your dealer termination. We will process this order, and it needs to be paid by SYG by Tuesday 3/4. If we don't receive payment by then…" CONTRADICTION: SKR demanded payment for a warranty SYG sold to a customer — while simultaneously holding $30,000 of SYG's funds and refusing to apply those funds to SYG's account or fulfill SYG's orders. 9 ONGOING NetSuite Account Statements Continue Post-Termination Bi-weekly through June 2026 • From: Seakeeper Revenue via NetSuite (system@sent-via.netsuite.com) Subject: "Seakeeper Inc. Account Statement for Starboard Yacht Group" SKR's automated NetSuite system continues to send b

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND (Baltimore Division)


Seakeeper, Inc. v. Starboard Yacht Group, LLC

Civil Action No. 1:26-cv-01332-MJM


===============================================================


# EXHIBIT EX-L


Seakeeper Authorized Dealer Agreement - 2018

Establishes SYG authorized dealer status 2018 onward

Baseline for authorized vs. infringing use analysis


--------------------------------------------------------

Filing Target: W978-A Section III.A - Meritorious Defense (Authorized Use Baseline)

Prepared: June 30, 2026

===============================================================