**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (Northern Division)**

SEAKEEPER, INC. v. STARBOARD YACHT GROUP, LLC
Case No. 1:26-cv-01332-MJM  |  Hon. Matthew J. Maddox

# EXHIBIT V

Photo of Everglades 350LX demonstration vessel 'Slow Your Roll II' seized under Seacoast
0:26-cv-60289 (S.D. Fla.), currently on a National Liquidators trailer (1-800-633-7172,
yachtauctions.com), showing active, extensive co-branding of 'STARBOARD YACHT GROUP' and
'SEAKEEPER / HUMPHREE' logos. This evidence demonstrates that Seakeeper authorized and
promoted the co-branding of SYG's commercial fleet for years, directly contradicting any claim of 'willful
trademark infringement.' It also establishes the physical impossibility of removing co-branding from a
vessel legally in the custody of third-party liquidators.

**Filing Target: W978-A Motion to Vacate - Meritorious Defense / Impossibility / Unclean Hands**

*SGH Legal Hub — W978-A Seakeeper Case Exhibits — July 7, 2026*



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (Northern Division)**

SEAKEEPER, INC. v. STARBOARD YACHT GROUP, LLC
Case No. 1:26-cv-01332-MJM  |  Hon. Matthew J. Maddox

# EXHIBIT W

FRCP 4(d) Request to Waive Service of Summons sent by Seakeeper, Inc. to Defendant Starboard Yacht Group, LLC in the parallel/connected litigation: Charles Jacob Stratmann v. Madison Industries et al., Case No. 0:26-cv-61001-EA (S.D. Fla.). This communication demonstrates Seakeeper's coordinated, multi-front litigation and service strategies across related actions, and establishes that Seakeeper was actively communicating regarding service protocols during the exact period that led to the default entry on June 4, 2026.

**Filing Target: W978-A Motion to Vacate - Impossibility / Coordinated Litigation Context**

**EXHIBIT W — FRCP 4(d) Waiver Request Email Detail**

```
FROM: Jake Stratmann■
DATE: 2026-07-02 11:05:01.256774-04:00
SUBJ: FRCP 4(d) Request to Waive Service — Seakeeper, Inc. — Case 0:26-cv-61001-EA CJS v. Madison
Industries et al.■
ATTACHMENTS: Complaint_61001_CJS_v_Madison_Seakeeper.pdf■, SUMMONS_61001_SEAKEEPER_INC.pdf■,
AO399_Waiver_of_Service.pdf■


---------------------------------------------------------------------
```

July 02, 2026 Will Cimino Chief Financial Officer Seakeeper, Inc. Re: Request to Waive Service of Summons ■ FRCP 4(d) Case No. 0:26-cv-61001-EA ■ Charles Jacob Stratmann v. Madison Industries, Inc., et al. U.S. District Court, Southern District of Florida Dear Will Cimino: I am the Plaintiff, proceeding pro se , in the above-captioned matter. A lawsuit has been filed against Seakeeper, Inc. in the United States District Court for the Southern District of Florida, Case No. 0:26-cv-61001-EA. Pursuant to Federal Rule of Civil Procedure 4(d) , I am requesting that Seakeeper, Inc. waive formal service of a summons. Please find attached: A copy of the Complaint (DE 1) filed April 10, 2026; The issued Summons directed to Seakeeper, Inc.; and A blank AO 399 Waiver of Service of Summons form for execution. Please return one signed copy of the AO 399 form to me at the address or email below by August 1, 2026 (30 days from today per FRCP 4(d)(1)(F)). If Seakeeper, Inc. waives service , it will have 60 days from July 02, 2026 to answer or otherwise respond to the Complaint (FRCP 4(d)(3)), rather than the standard 21 days. If no waiver is returned within 30 days, I will be required to formally serve process through a registered agent, and under FRCP 4(d)(2) Seakeeper, Inc. will be required to pay the costs of such service unless good cause is shown. Please direct questions or return the signed waiver to: Charles Jacob Stratmann, Pro Se Plaintiff 545 NE 17th Avenue, Fort Lauderdale, FL 33301 Telephone: (954) 873-8546 Email: jake@starboardyacht.com Respectfully, Charles Jacob Stratmann Plaintiff, Pro Se