### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **SEAKEEPER, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **STARBOARD YACHT GROUP, LLC**, <br><br> Defendant. | Case No.: 1:26-cv-01332-MJM |

### [PROPOSED] ORDER

Upon consideration of Defendant Starboard Yacht Group, LLC's Motion to Vacate Entry of Default, or in the Alternative to Set Aside Default Judgment" (the "Motion") [ECF 67], and all accompanying memoranda of law in support thereof and opposition thereto, it is this _____ day of _____ 2026 hereby **ORDERED** that the Motion is **DENIED**.

**SO ORDERED.**

_____
**Hon. Matthew J. Maddox**
**United States District Judge**