**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SEAKEEPER, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP**, LLC,<br><br>        Defendant. | Case No.: 1:26-cv-01332-MJM |

**<u>DECLARATION OF ELIZABETH A. WURM</u>**

1.      I, Elizabeth A. Wurm, am an attorney of record for Plaintiff Seakeeper, Inc. ("Seakeeper") in the above-captioned civil action, and, pursuant to L.R. 108.2(b), I submit this declaration in support of Seakeeper's Motion for Default Judgment. I am over eighteen (18) years of age, suffer no disability, and am competent to testify based on personal knowledge of the matters set forth herein.

2.      Defendant Starboard Yacht Group, LLC is not in the military service.  The facts supporting this statement are:

   a.  Starboard Yacht Group, LLC is a corporation, not an individual.

   b.  Starboard Yacht Group, LLC's sole member-manager, Charles Jacob Stratmann, has moved to intervene in this action and has not indicated to the Court that he is in military service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of July, 2026, in Hennepin County, Minnesota.

_____
Elizabeth A. Wurm

1