## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Seakeeper, Inc.

**Plaintiff,**

v.

Starboard Yacht Group, LLC

**Defendant.**

\*

\*

\*

\*

\*

Case No.  1:26 cv 01332 MJM

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the   Plaintiff

I certify that I am admitted to practice in this Court.

7/9/2026

Date

**/s/ Emilee P. Schipske**

Signature

**Emilee P. Schipske (No. 30697)**

Printed name and bar number

Faegre Drinker Biddle & Reath LLP
1500 K Street NW, Suite 1100
Washington, D.C. 20005

Address

emilee.schipske@faegredrinker.com

Email address

(202) 230 5000

Telephone number

(202) 842 8465

Fax number

EntryofAppearanceCivil (08/2015)