**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SEAKEEPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARBOARD YACHT GROUP, LLC, <br><br> Defendant. | Case No.: 1:26-cv-01332-MJM |

**MOTION TO WITHDRAW APPEARANCE FOR PLAINTIFF**
**OF ANTHONY F. JANKOSKI**

Pursuant to Local Rule 101.2, counsel for Plaintiff, Seakeeper, Inc, respectfully moves this Court for permission for Anthony F. Jankoski to withdraw as counsel for Seakeeper, Inc. in this action, as he will no longer be affiliated with Faegre Drinker Biddle & Reath LLP as of July 14, 2026. No disruption will result from the withdrawal of the undersigned, as Seakeeper will continue to be represented by its counsel of record at Faegre Drinker Biddle & Reath LLP, including counsel in Washington, D.C.

Dated: July 9, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Anthony F. Jankoski*

Anthony F. Jankoski (No. 30570)
Emilee P. Schipske (No. 30697)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
anthony.jankoski@faegredrinker.com
emilee.schipske@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900

Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*


## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 9, 2026, a true and correct copy of

Plaintiff Seakeeper, Inc.'s Motion to Withdraw Appearance for Plaintiff of Anthony Jankoski

thereof, and Proposed Order were filed using the Court's electronic filing system and served by

FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301


/s/ Anthony F. Jankoski
Anthony F. Jankoski