## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SEAKEEPER, INC.,

Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

Defendant.

Case No.: 1:26-cv-01332-MJM

## [PROPOSED] ORDER

Upon consideration of Plaintiff Seakeeper, Inc.'s Motion to Withdraw Appearance for Plaintiff of Anthony F. Jankoski, it is this _____ day of _____ 2026 hereby **ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

_____
**Hon. Matthew J. Maddox**
**United States District Judge**