# EXHIBIT Y

## Navy Federal Credit Union — Homestead Foreclosure Complaint

| | |
|---|---|
| Document Type | Homestead Foreclosure Complaint — First Page |
| Case Caption | Navy Federal Credit Union v. Charles Jacob Stratmann, et al. |
| Broward Case No. | CACE26001401 |
| Court | 17th Judicial Circuit, Broward County, Florida |
| Judge | Hon. Carlos Augusto Rodriguez |
| Filing Date | January 26, 2026 |
| Case Type | Real Prop Homestead Res Fore $250,000 or More |
| Property | 545 NE 17th Avenue, Fort Lauderdale, FL 33301 (Parcel 504202100092) |
| Loan Amount | Approximately $500,000 — personally guaranteed by Charles Jacob Stratmann |
| Purpose of Loan | SYG Seakeeper dealer inventory (SK-6, SK-35), factory training, dealer infrastructure |
| Relevance (D.Md.) | NFCU loan funded Seakeeper inventory frozen by PI (DE 26). Foreclosure directly caused by PI-induced revenue shutdown. Supports modification under Fed. R. Civ. P. 65(d). |
| NFCU Hearing | Civil hearing held July 2, 2026 — concurrent with DE 65 compliance deadline |
| Bates Number | NFCU-001 (cover) | NFCU-002 (complaint p.1) |
| Vault Source | PREDICATE_VAULT/00_INTAKE_WASHER/NAVY FEDERAL/ |
| Extracted By | AutoHelm B273 | 2026-07-13 09:50 | NA-LMC |

## Navy Federal Credit Union Plaintiff vs. Charles Jacob Stratmann, et al Defendant

**Broward County Case Number:** CACE26001401
**State Reporting Number:** 062026CA001401AXXXCE
**Court Type:** Civil
**Case Type:** Real Prop Homestead Res Fore $250,000 or More
**Incident Date:** N/A
**Filing Date:** 01/26/2026
**Court Location:** Central Courthouse
**Case Status:** Active
**Magistrate Id / Name:** N/A
**Judge ID / Name:** Rodriguez, Carlos Augusto

### − Party(ies)

Total: 5

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Navy Federal Credit Union** | | ★ Rodely, Robert Andrew<br>Retained<br>Bar ID: 1059253<br>Mr. Robert Andrew Rodely<br>4919 Memorial Hwy Ste 135<br>Tampa, FL 33634<br>**Status: Active** |
| Defendant | **Stratmann, Charles Jacob** | | |
| Defendant | **Stratmann, Erica** | | |
| Defendant | **Jarvie, Donna Lynn** | | |
| Defendant | **Jarvie, Scott M** | | |

### − Disposition(s)

Total: 0

| Date | Statistical Closure(s) |
|---|---|

**The Clerk's Office will be closed on Friday, July 3rd for Independence Day**

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

⌃ **HIDE NOTICES** ⌃








Menu ☰

# Case Detail - Public

🖨 Print

## Navy Federal Credit Union Plaintiff vs. Charles Jacob Stratmann, et al Defendant

**Broward County Case Number:** CACE26001401

**State Reporting Number:** 062026CA001401AXXXCE

**Court Type:** Civil

**Case Type:** Real Prop Homestead Res Fore $250,000 or More

**Incident Date:** N/A

**Filing Date:** 01/26/2026

**Court Location:** Central Courthouse

**Case Status:** Active

**Magistrate Id / Name:** N/A

**Judge ID / Name:** Rodriguez, Carlos Augusto