Case 1:26-cv-01332-MJM   Document 73-1   Filed 07/13/26   Page 1 of 2

# EXHIBIT Z

### Seakeeper Inc. — Account Statement — Invoice 92223 (April 4, 2025)

> **CRITICAL SIGNIFICANCE:**
> Invoice 92223 dated April 4, 2025 — 123 days POST-TERMINATION (termination: December 2, 2024).
> Statement sent July 6, 2026 — during active litigation with Preliminary Injunction in place.
> Seakeeper continued billing SYG as an active dealer 4 months after purporting to terminate the relationship.

| | |
|---|---|
| **Document Type** | Seakeeper Inc. Customer Account Statement |
| **Statement Date** | July 6, 2026 (during active litigation, post-PI entry) |
| **Invoice Number** | Invoice 92223 |
| **Invoice Date** | April 4, 2025 — 123 DAYS POST-TERMINATION |
| **PO / Description** | Tampa Training |
| **Due Date** | April 4, 2025 (458 days past due as of July 6, 2026) |
| **Amount** | $300.00 |
| **Billed To** | Jake Stratmann / Starboard Yacht Group LLC<br>850 NE 3rd St Suite 106, Dania Beach FL 33004 |
| **Seakeeper Contact** | revenue@seakeeper.com | 410-326-1590 |
| **Termination Date** | December 2, 2024 (Seakeeper dealer termination notice)<br>Seakeeper treated SYG as active dealer post-termination. |
| **Days Post-Termination** | 123 days (Invoice 92223 issued April 4, 2025) |
| **Legal Significance** | Destroys willful-infringer narrative. Supports unclean hands, estoppel, and post-termination conduct defenses. |
| **Case Relevance** | Counters DE 69 Motion for Default Judgment. Supports Motion to Vacate (DE 67) and Motion to Modify PI. Negates bad faith.<br>Invoice 88535 (Oct 30, 2024, pre-termination Tampa Training)<br>Invoice 92223 (Apr 4, 2025, post-termination Tampa Training) |
| **Also Compare** | = Pattern of continued dealer relationship after Dec 2, 2024 |

# Seakeeper Inc. — Customer Account Statement

Statement Date: Mon Jul 06 2026
Source: Seakeeper Customer Relations Team — revenue@seakeeper.com | 410-326-1590

| Customer Address | Credit Limit | Total USD |
|---|---|---|
| Jake Stratmann<br>Starboard Yacht Group LLC<br>850 NE 3rd St Suite 106<br>DANIA BEACH FL 33004-3418 | $0.00 | $300.00 |

| Transaction Type | Date | Invoice/Credit Memo Number | PO # | Due Date | | |
|---|---|---|---|---|---|---|
| Invoice | 4/4/2025 | 92223 | Tampa Training | 4/4/2025 | 458 | $30 |
| **Total Account Balance** | | | | | | **$30** |

Any open credits past 45-days will be automatically applied to the oldest active invoice possible.
Please note that the column titled "Due Date" will accurately signify which invoice(s) may be outstanding.
Any invoice that is past due will also be indicated in the "Days Past Due" column
(all positive number values indicate the invoice is past due by that number of days).

Please reach out to the Seakeeper Customer Relations Team at revenue@seakeeper.com or 410-326-1590 with any questions.

**Payment Options**
Checks via USPS only: Seakeeper Inc PO BOX 746926 ATLANTA GA 30374-6926
Checks via UPS/FedEx/Overnight: Seakeeper Inc. LOCKBOX 746926, 1669 PHOENIX PKWY STE 210, College Park, GA 30349
Wire Transfer: Account Name: Seakeeper Inc | Account Number: 2841754 | Bank: CIBC Bank USA
  Bank Address: 120 South LaSalle Chicago, IL 60603 | ABA: 071006486 | SWIFT: PVTBUS44
ACH: Account Name: Seakeeper Inc | Account Number: 2841754 | Bank: CIBC Bank USA
  Bank Address: 120 South LaSalle Chicago, IL 60603 | ABA: 071006486
Seakeeper Standard Terms and Conditions: www.seakeeper.com/downloads_shippingdocuments_pdf.php