**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SEAKEEPER, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC**,<br><br>Defendant. | Case No.: 1:26-cv-01332-MJM |

**PLAINTIFF SEAKEEPER, INC.'S STATUS REPORT ON
DEFENDANT'S CONTINUED NON-COMPLIANCE WITH
<u>PRELIMINARY INJUNCTION</u>**

Pursuant to Paragraph 2 of this Court's Order dated July 2, 2026 (DE 65), Plaintiff Seakeeper, Inc. ("Seakeeper") submits the following status report on Defendant Starboard Yacht Group, LLC ("SYG")'s continued non-compliance with the Court's preliminary injunction (DE 26). In support, Seakeeper states as follows:

**STATUS REPORT**

1. On July 2, 2026, the Court entered an order directing SYG "and any of its agents, servants, employees, and attorneys, and any other party acting in concert or privity with SYG," to remove

> all references to Plaintiff's SEAKEEPER Marks, or any marks confusingly similar to it, including any uses of the word 'Seakeeper,' from SYG's websites, social media, other websites used in SYG's business, or physical signage, including, but is not limited to, removing the uses of Plaintiff's SEAKEEPER Marks from SYG's Facebook, Instagram, LinkedIn, and Yelp accounts, as described in Plaintiff's recent Status Report (ECF No. 58) and by Plaintiff's counsel on the record during status teleconference." (DE 65, ¶ 1.)

2. As of July 14, 2026 at 11:00 a.m. (ET), the status of the materials previously identified in Figures A-M of the June 12, 2026 Status Report (DE 58) and Figures 1-4 from SYG's

1

Yelp page, as identified in paragraph 2 of Seakeeper's July 7, 2026 Status Report (DE 66), is as follows:

| Infringing Content | Status as of 7/14/26 11:00 a.m. (ET) |
|---|---|
| Figure A (SYG Facebook Post from Nov. 19, 2024) | **Still present** |
| Figure B-1 (SYG Facebook Cover Photo) | **Still present** |
| Figure B-2 (SYG Instagram Biography Page) | Removed |
| Figure C (SYG Linktree) | **Still present** |
| Figure D (SYG Instagram Post from Nov. 10, 2024) | **Still present** |
| Figure E (SYG Instagram Post from Nov. 2, 2024) | **Still present** |
| Figure F (SYG Instagram Post from Oct. 31, 2024) | **Still present** |
| Figure H (SYG Instagram Post from Oct. 28, 2024) | **Still present** |
| Figure I (SYG Instagram Post from July 31, 2024) | **Still present** |
| Figure J (SYG LinkedIn Overview) | Removed reference to "certified Seakeeper…dealers" but Seakeeper logo and protected mark remains in LinkedIn banner |
| Figure K (Stratmann LinkedIn Bio) | **Still present** |
| Figure L (Stratmann LinkedIn Experience) | **Still present** |
| Figure M (Stratmann LinkedIn Post) | **Still present** |
| Figure 1 (SYG Yelp) | **Still present** |
| Figure 2 (SYG Yelp) | **Still present** |
| Figure 3 (SYG Yelp) | **Still present** |
| Figure 4 (SYG Yelp) | **Still present** |

Dated: July 14, 2026                          Respectfully submitted,


                                              **FAEGRE DRINKER BIDDLE & REATH LLP**

                                              */s/ Elizabeth A. Wurm*
                                              Emilee P. Schipske (No. 30697)
                                              1500 K Street N.W., Suite 1100
                                              Washington, D.C. 20005
                                              Tel: (202) 230-5000
                                              Fax: (202) 842-8465
                                              emilee.schipske@faegredrinker.com

                                              Traci T. McKee (FL #53088) (*pro hac vice*)
                                              1500 Jackson Street, Suite 201
                                              Fort Myers, Florida 33901
                                              Tel: (239) 286-6900
                                              Fax: (239) 244-9053
                                              traci.mckee@faegredrinker.com

                                              Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
                                              2200 Wells Fargo Center 90 S. 7th Street
                                              Minneapolis, Minnesota 55402
                                              Tel: (612) 766-7000
                                              Fax: (612) 766-1600
                                              elizabeth.wurm@faegredrinker.com

                                              *Attorneys for Plaintiff Seakeeper, Inc.*


3

## **<u>CERTIFICATE OF SERVICE</u>**

The undersigned counsel hereby certifies that on July 14, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Status Report on Defendant's Continued Non-Compliance with Preliminary Injunction ("Status Report") was filed using the Court's electronic filing system, which provided notice to all addresses included on the ECF service list, and was served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

The undersigned counsel further certifies that, pursuant to paragraph 2 of the Court's July 2, 2026 Order (DE 65), a copy of this Status Report was sent to Charles Jacob Stratmann by email at jake@starboardyacht.com.

 /s/ *Elizabeth A. Wurm*
Elizabeth A. Wurm