### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SEAKEEPER, INC., | * |
| | * |
| Plaintiff, | * |
| | *    **Civ. No.: MJM-26-1332** |
| v. | * |
| | * |
| STARBOARD YACHT GROUP, LLC, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons explained on the record during the virtual hearing on July 15, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. In light of Defendant's continued noncompliance with the Court's Order of Preliminary Injunction, *see* ECF No. 26, and the Court's subsequent Orders directing Defendant to comply, *see* ECF Nos. 49 & 65, Plaintiff SHALL SUBMIT **on or about Wednesday, July 22, 2026**:

    a. A status report accompanied by an affidavit as to Defendant's ongoing noncompliance; and

    b. A proposed order directing third parties to effectuate the Court's Order of Preliminary Injunction;

2. Movant Charles Jacob Stratmann's Motion to Intervene (ECF No. 16) is GRANTED;

3. The Clerk shall designate Mr. Stratmann as an intervenor and shall docket his Proposed Verified Counterclaim (ECF No. 16-3) as the operative counterclaim in this matter;

4. Mr. Stratmann's Motion for Appointment of Pro Bono Counsel from the Court's Federal Pro Bono Panel (ECF No. 18), Motion for Twenty-One Day Stay as to

Defendant Starboard Yacht Group, LLC (ECF No. 30), Motion to Set Aside Clerk's Entry of Default (ECF No. 52), and Motion to Vacate Entry of Default or in the Alternative to Set Aside Default Judgment (ECF No. 67) are DENIED; and

5. The Clerk shall send a copy of this Order to counsel of record and to Mr. Stratmann by email.

It is so ORDERED this 15th day of July, 2026.

_____/S/_____

Matthew J. Maddox
United States District Judge

2