**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SEAKEEPER, INC.,**<br>Plaintiff,<br>v.<br>**STARBOARD YACHT GROUP, LLC,**<br>Defendant. | Case No.: 1:26-cv-01332-MJM |

**DECLARATION OF ELIZABETH A. WURM**

1. I, Elizabeth A. Wurm, am an attorney of record for Plaintiff Seakeeper, Inc. ("Seakeeper") in the above-captioned civil action, and I submit this declaration in support of Seakeeper's Status Report on Defendant's Continued Non-Compliance with Preliminary Injunction.

2. I am over eighteen (18) years of age, suffer no disability, and am competent to testify based on personal knowledge of the matters set forth herein.

3. On July 22, 2026, I visited Defendant Starboard Yacht Group, LLC's Facebook page and observed that it contains a post from November 19, 2024, saying that SYG "recently installed [a] Seakeeper 4.5 in a 2024 Intrepid 407 [and] achieved 92% roll reduction! Thats [sic]

one stable boat!" The following screenshot reflects SYG's Facebook page as of 2:00 p.m. ET on July 22, 2026:




***Figure A***

4. SYG's Facebook page also contains a cover photo from July 15, 2026, featuring a Seakeeper logo on the side of the SYG podium and on a rug in front of the podium. The following screenshot reflects the post on SYG's Facebook page as of July 22, 2026, at 2:00 p.m. ET:




***Figure B***

5. I also observed that SYG's Instagram page contains a link to SYG's Linktree, which contains two images featuring Seakeeper's logo and advertises "Seakeeper . . . Stabilization" services. The following screenshot reflects this post on SYG's Instagram page as of July 22, 2026, at 2:00 p.m. ET:




***Figure C***

6. I also observed that SYG's Instagram page contains a post from November 10, 2024, containing an image that features the Seakeeper logo. The following screenshot reflects this post on SYG's Instagram page as of 2:00 p.m. ET on July 22, 2026.




***Figure D***

7. I also observed that SYG's Instagram page contains a post by user "boatsgonewild" from November 2, 2024, containing an image of a Seakeeper unit and logo. The photo says "The Seakeeper" in the center, and the text below the photo says: "It is always

interesting to see a Seakeeper demonstration from @starboardyacht[.] . . . Is your vessel currently equipped with a SeaKeeper [sic]?" The following screenshot reflects this post on SYG's Instagram page as of June 22, 2026, as of 2:00 p.m. ET.




***Figure E***

8. I also observed that SYG's Instagram also contains a post from October 31, 2024, with a photograph of a boat owned by Mr. Stratmann and/or SYG with a sign at the top of the boat that says "Seakeeper Dealer" and multiple purported awards from Seakeeper bearing the

Seakeeper logo, including one for "Dealer of the Year" in the middle. The following screenshot reflects this post on SYG's Instagram page as of July 22, 2026, at 2:00 p.m. ET:




***Figure F***

9. I also observed that SYG's Instagram page also contains a post from October 28, 2024, with a photograph of *Slow Your Roll* displaying the Seakeeper logo. The following screenshot reflects this post on SYG's Instagram page as of July 22, 2026, at 2:00 p.m. ET:




***Figure G***

10. I also observed that SYG's Instagram page also contains a post from July 31, 2024, that says, "Ever wondered [sic] what an engaged Seakeeper feels like? Reduce boat roll and discomfort out in the sea with @seakeeper stabilization! Starboard Yacht Group is ready to help—we do installs and servicing like no other and are ready to show you the power of true

stabilization on a demo boat ride." The following screenshot reflects this post on SYG's Instagram page as of July 22, 2026, at 2:00 p.m. ET:




***Figure H***

11. On July 22, 2026, I also visited SYG's LinkedIn page and observed that it features the Seakeeper logo and references "seakeeper" under Specialties. The following screenshot reflects SYG's LinkedIn page as of July 22, 2026, as of 2:00 p.m. ET:



Starboard Yacht Group

We're a full-service yacht refit center in South Florida specializing in stabilization systems, vessel upgrades, & more.

Maritime Transportation · Dania Beach, Florida · 1K followers · 11-50 employees

+ Follow | Message

Home | About | Posts | Jobs | People

Overview

Starboard Yacht Group is a premium full-service boat refit center with over 5 locations across South Florida and specializing in stabilization. As independent GYRO and Humphree SPECIALIST
, we provide high-quality end-to-end stabilization installs and servicing for any vessel.

We have a talented team of certified technicians, engineers, and naval architects ready to serve across 5 locations (Dania Beach, Ft. Lauderdale, Ft. Pierce, and Key Largo).

No project is too big or too small for us, please let us know how we can help you. We're open Monday to Friday from 9:00 AM -5:30 PM. Please feel free to send any inquiries via sales@starboardyacht.com or call 954-376-5400.

Website
http://www.starboardyacht.com

Phone
9543765400

Industry
Maritime Transportation

Company size
11-50 employees
11 associated members

Headquarters
Dania Beach, Florida

Specialties
stabilization, refits, yachts, upgrades, boats, fiberglass, seakeeper, humphree, electronics, yacht maintenance, repairs, raymarine, optimus 360, bottom paint, detailing, yacht management, mechanical, engines, and A/C

***Figure I***

12. On July 22, 2026, I also visited Charles Jacob Stratmann's LinkedIn page and observed that the "About" section of his profile says that SYG "partner[s] with innovative brands such as Seakeeper . . . to offer stability solutions that eliminate boat roll and improve comfort, safety, and performance for all onboard." The following screenshot reflects Mr. Stratmann's

LinkedIn page as of July 22, 2026, at 12:00 p.m. ET:



Jake Stratmann · 3rd

Yachting Industry News and Updates "Sustainable Energy Storage Solutions: READY WHEN YOU ARE"

Fort Lauderdale, Florida, United States · Contact info

6,554 followers · 500+ connections

Follow Message More

Salty Marine Batteries LLC

University of Florida - Warrington College of Business

About

With over 30 years of experience in the marine service, repair, refit, engineering, design, and manufacturing industry, I am the Chief Executive Officer at Starboard Yacht Group, a full-service capable refit center that specializes in high tech products that increase the enjoyment and pleasure of yachting. I have a Bachelor's degree in Business Administration and Decision Information Sciences from the University of Florida, where I learned how to apply my hands-on experience to revolutionize the yachting industry.

As the CEO of Starboard Yacht Group, I provide leadership and industry knowledge to our staff to accomplish our goals of leading the industry with technology that closes the gap for boat owners to move from ordinary boating to the ultimate boating experience. Our history includes testing and engineering solutions with innovative brands such as Seakeeper and Humphree to offer stability solutions that eliminate boat roll and improve comfort, safety, and performance for all onboard. My mission is to continue to fill the gaps within the yachting industry by empowering a skilled yacht service and refit company with shared core values and clear vision.

***Figure J***

13. I also observed that the Experience section of Mr. Stratmann's LinkedIn profile says that SYG "specializes in high tech products that increase the enjoyment for all and adds to the pleasure of yachting such as Seakeeper Custom Refits." The following screenshot reflects the Experience portion of Mr. Stratmann's LinkedIn page as of July 22, 2026, at 12:00 p.m. ET:



Experience

CEO
Salty Marine Batteries LLC · Contract
Aug 2024 - Present · 2 yrs
3383 SW 11th Ave Bay B, Fort Lauderdale, Fl 33316 · Remote

• Led product development of Renewable, Safe Sodium Ion Energy Storage for marine applications, enhancing system performance.
• Implemented seamless integration strategies to improve the efficiency and reliability of energy storage solutions.
• Collaborated with cross-functional teams to drive innovation and ensure successful project execution.

SALTY MARINE BATTERY_Color.png

Maritime Operations, Marine Engineering and +2 skills

Starboard Yacht Group
17 yrs 8 mos

Chief Executive Officer
Full-time
Dec 2008 - Present · 17 yrs 8 mos
850 NE Third Street, Suite 208, Dania Florida 33004

Providing Leadership and industry obtained knowledge to our staff to accomplish our goals of leading the industry with technology that closes the gap for boat owner to move from ordinary boating to the ultimate boating experience.

President
Dec 2008 - Present · 17 yrs 8 mos
850 N.E. Third Street Suite 208, Dania, Florida 33304

We motivate and provide a work environment for all trades to collaborate and provide a full service capable refit center the specializes in high tech products that increase the enjoyment for all and adds to the pleasure of yachting such as Seakeeper Custom Refits.

***Figure K***

14. I also observed that Mr. Stratmann's LinkedIn profile contains posts promoting Seakeeper products, such as the following post that says, "Improving your boat's comfort and stability with a Seakeeper unit is just the beginning. . . . Starboard Yacht Group's latest blog highlights the Seakeeper Extended Warranty program and the array of coverage options tailored to safeguard your investment. . . . Whether you prioritize extended protection for vital components or comprehensive coverage for your entire Seakeeper unit, we've got the solution

for you!" The following screenshot reflects this post on Mr. Stratmann's LinkedIn page as of July 22, 2026, at 2:00 p.m. ET:




***Figure L***

15. On July 22, 2026 as of 2:00 p.m. ET, I visited Starboard Yacht Group's Yelp page at https://www.yelp.com/biz/starboard-yacht-group-dania-beach-2 and observed that the "From the Business" page continues to contain references to "Seakeeper Gyro," "Seakeeper Repair" and "Seakeeper Stabilizers" (*Figure 1*), and the business page continues to have three photographs previously uploaded by SYG improperly showing Seakeeper's protected marks and falsely representing SYG as a certified Seakeeper dealer (*Figures 2-4*), as shown in the below

images:


From the business

Specialties

Starboard Yacht Group combines decades of experience to reimagine the boating experience with yacht refits. Design your dream boat or upgrade your voyage! Boat AC Repair, Boat Gyro Stabilizer, Boat Refits, Boat Stabilizers, Center Console Boat Stabilizers, Fishing Boat Stabilizers, Humphree Repair, Humphree Stabilizers, Marine Electronics Installation, Naval Architect, Seakeeper Gyro, Seakeeper Repair, Seakeeper Stabilizers, Webasto AC Repair, Webasto AC Service, Yacht AC Repair, Yacht Maintenance, Yacht Management, Yacht Refitting, Yacht Repair, Yacht Stabilizer Repair, Boat Stabilization Fins, Boat Dry Dock Storage, Marine Haul Out Services, Yacht Heating & Cooling Systems, Boat Management Services, Boat Repair, Boat Maintenance

Close

*Figure 1*




*Figure 2*


SEAKEEPER
LOVE YOUR BOAT, BUT HATE THE ROLL?
Starboard Yacht Group is now a certified Seakeeper dealer!
Seakeeper is the global leader in marine stabilization and can **eliminate up to 95% of boat roll** on boats 27-200+ feet. If you're wondering if a Seakeeper will work on your vessel, the answer is probably **yes**! Because it can be installed virtually anywhere, there's a good chance you've got the space for one.
Get in touch with us to get your refit started!
Starboard
YACHT GROUP
850 NE 3rd Street, Suite 208, Dania Beach, FL 33004
(954) 376-5400
jake@starboardyacht.com
Contact Now
CARE FOR YOUR SEAKEEPER
While every Seakeeper is designed to require **minimal** maintenance, there are still components outside of the sphere that should be inspected and serviced periodically to ensure **optimal performance**. Luckily we are ready to help whenever you need us.
Schedule a Maintenance Appointment

*Figure 3*




*Figure 4*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of July, 2026, in Edina, Minnesota.

______________________________

Elizabeth A. Wurm