**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SEAKEEPER, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC**,<br><br>Defendant. | Case No.: 1:26-cv-01332-MJM |

**[PROPOSED] ORDER DIRECTING THIRD-PARTY COMPLIANCE WITH PRELIMINARY INJUNCTION**

This matter coming before the Court on Plaintiff Seakeeper's Status Report on Defendant Starboard Yacht Group, LLC ("SYG" or "Defendant")'s Continued Non-Compliance with Order of Preliminary Injunction (DE 77) and Plaintiff Seakeeper's previously-filed Motion for Order to Show Cause (DE 39), the Court finds that SYG has continued to fail to comply with the terms of the court's Order of Preliminary Injunction (DE 26) and that further relief is necessary to effectuate compliance with the Court's Order of Preliminary Injunction.

**IT IS HEREBY ORDERED**:

1. The Order of Preliminary Injunction (DE 26) shall be modified to expressly bind, pursuant to Federal Rule of Civil Procedure 65(d)(2), all online service providers who receive actual notice of this Order and the Order of Preliminary Injunction (DE 26) by personal service or otherwise. The Order of Preliminary Injunction shall not bind any online service provider based on its status as a registrar, registry, host, platform, or other online intermediary alone. The Order of Preliminary Injunction applies only where the provider receives actual notice of this Order and the Order of Preliminary Injunction, and, after that notice, hosts, resolves, routes, displays, optimizes, maintains, or otherwise enables public access to any website, domain, page, account,

or online content owned, operated, controlled, or used by Defendant to display the SEAKEEPER Marks, any confusingly similar marks, or any statement suggesting a current affiliation with Seakeeper, including but not limited to statements that Defendant is "Seakeeper-certified" or a "Seakeeper Dealer."

2. Any provider meeting the foregoing criteria shall, within five (5) business days of service of this Order and the Order of Preliminary Injunction, remove or disable access to the enjoined content. If removal of specific enjoined content is not technically feasible, the provider shall disable access to the Defendant-controlled website, domain, page, account, or online location through which Defendant is violating the Order of Preliminary Injunction.

3. Any provider served with this Order and the Order of Preliminary Injunction may, within five (5) business days of service, seek clarification or modification from the Court if it contends that it does not provide services for the identified website, domain, page, account, or online content; lacks the technical ability to comply; or is not acting in active concert or participation with Defendant within the meaning of Rule 65(d)(2)(C).

4. Seakeeper shall serve any provider from whom compliance is requested with a copy of this Order and a copy of the Order of Preliminary Injunction, along with a notice identifying the specific website, domain, page, account, or online content that Seakeeper contends violates this Order.

SO ORDERED this ___ day of __________ 2026 at Greenbelt, Maryland.

_______________________
Matthew J. Maddox
United States District Judge