**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SEAKEEPER, INC.,** | |
| Plaintiff, | Case No.: 1:26-cv-01332-MJM |
| v. | |
| **STARBOARD YACHT GROUP, LLC,** | **ORAL HEARING REQUESTED** |
| Defendant. | |

**PLAINTIFF SEAKEEPER, INC.'S MOTION TO DISMISS**

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Plaintiff, Seakeeper, Inc. ("Seakeeper") respectfully requests that this Court dismiss Charles Jacob Stratmann's ("Stratmann's") counterclaims filed against Seakeeper. (ECF 76.) For the reasons set forth in its accompanying Memorandum of Law in Support of Motion to Dismiss, Seakeeper respectfully requests that this Court grant its Motion to Dismiss and dismiss Stratmann's counterclaims with prejudice.

Dated: August 5, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Elizabeth A. Wurm*
Emilee P. Schipske (No. 30697)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5139
Fax: (202) 842-8465
emilee.schipske@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

1

2

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that on August 5, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Motion to Dismiss was filed using the Court's electronic filing system, which provided notice to all addresses included on the ECF service list, and was served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301


*/s/ Elizabeth A. Wurm*
Elizabeth A. Wurm