**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SEAKEEPER, INC.,** | |
| Plaintiff, | |
| v. | Case No.: 1:26-cv-01332-MJM |
| **STARBOARD YACHT GROUP, LLC,** | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

This matter is before the Court on the Motion to Dismiss filed by Plaintiff Seakeeper, Inc. ("Seakeeper") seeking dismissal of the counterclaims asserted by intervenor Charles Jacob Stratmann (ECF 76).

The Court, having considered the Motion, accompanying Memorandum in Support, the materials contained in the record, and any oral arguments of the parties, and being fully advised, finds good cause and no just reason for delay in ordering dismissal of Mr. Stratmann's counterclaims. Accordingly, **IT IS HEREBY ORDERED** that Seakeeper's Motion to Dismiss is GRANTED, and Charles Jacob Stratmann's counterclaims are dismissed with prejudice.

SO ORDERED this ____ day of _____ 2026 at Greenbelt, Maryland.


_____
Matthew J. Maddox
United States District Judge