**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| SEAKEEPER, INC., <br><br> Plaintiff, <br><br> v. <br><br> STARBOARD YACHT GROUP, LLC, <br><br> Defendant. | Case No.: 1:26-cv-01332-MJM |

**SEAKEEPER, INC.'S REQUEST FOR ORAL HEARING**
**ON MOTION TO DISMISS**

Plaintiff's, Seakeeper, Inc., by their undersigned counsel, pursuant to Rule 12 of the Federal Rules of Civil Procedure and Local Rule 105.6, request that this Court conduct an oral hearing upon Seakeeper, Inc.'s Motion to Dismiss and all papers in support or opposition thereto.

Dated: August 5, 2026              **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Elizabeth A. Wurm*
Emilee P. Schipske (No. 30697)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5139
Fax: (202) 842-8465
emilee.schipske@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

1

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

2

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 5, 2026, a true and correct copy of

Plaintiff Seakeeper, Inc.'s Request for Oral Hearing of Plaintiff Seakeeper's Motion to Dismiss was

filed using the Court's electronic filing system, which provided notice to all addresses included on the

ECF service list, and was served by FedEx Priority Overnight shipping to the following:


Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

/s/ Elizabeth A. Wurm_____
Elizabeth A. Wurm
