**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **SEAKEEPER, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **STARBOARD YACHT GROUP, LLC,** <br><br> Defendant. | Case No.: 1:26-cv-01332-MJM |

<u>**ORDER**</u>

Upon consideration of Plaintiff Seakeeper, Inc.'s Motion to Seal Declaration of Michael Hand and all accompanying memoranda of law in support thereof and any opposition thereto, it is this  12th  day of _____August_____ 2026 hereby **ORDERED** that:

1. Plaintiff Seakeeper, Inc.'s Motion to Seal Declaration of Michael Hand is **GRANTED**; and

2. The Declaration of Michael Hand, filed at DE 34, shall remain under seal until further order of this Court.

**SO ORDERED**

/S/

_____

**Hon. Matthew J. Maddox**
**United States District Judge**