## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SEAKEEPER, INC.,

        Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

        Defendant.

Case No.: 1:26-cv-01332-MJM

## ORDER

Upon consideration of Plaintiff Seakeeper, Inc.'s Motion to Withdraw Appearance for Plaintiff of Anthony F. Jankoski, it is this ___12th___ day of ____August____ 2026 hereby **ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

_____/S/_____
**Hon. Matthew J. Maddox**
**United States District Judge**