**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**


Chambers of
Matthew J. Maddox
United States District Judge
MDD_MJMChambers@mdd.uscourts.gov

101 West Lombard Street
Chambers 5C
Baltimore, Maryland 21201
(410) 962-3407


August 28, 2026


Mr. Charles J. Stratmann
545 NE 17th Avenue
Fort Lauderdale, Florida 33301
Email: jake@starboardyacht.com


Re: Seakeeper, Inc, v. Starboard Yacht Group, LLC
Civil No. MJM-26-1332

Dear Mr. Stratmann:

My chambers staff recently received email correspondence from you regarding the above-referenced civil matter. For future reference, please correspond with my chambers using the following email addresses only: mdd_mjmchambers@mdd.uscourts.gov and stephanie_james@mdd.uscourts.gov. Additionally, unless there is some justification of for an ex parte communication, counsel for plaintiff Seakeeper must be included on any email you send us.

You indicated in your recent email that have not received any orders recently entered in the case and that email is your preferred method of notice—as opposed to postal mail. However, at the same time, you confirmed that you have received email notices of filings in the case.

Please note that the Local Rules require each litigant to keep a current mailing address on file with this Court. See Local Rule 102.1.b.iii (D. Md. 2025). “This obligation is continuing, and if any self-represented litigant fails to comply, the Court may enter an order dismissing any affirmative claims for relief filed by that party and may enter a default judgment on any claims asserted against that party.” Id.

According to the docket in this case, you have consented to receive notice and service electronically via the Court’s Electronic Document Submission System (“EDSS”). The Administrative Procedures for EDSS provide that a participating litigant will be granted one “free look” to view filed documents at no cost. *See* U.S. Dist. Ct. for the Dist. of Md., *Electronic Document Submission System Administrative Procedures* (Apr. 2022), https://www.mdd.uscourts.gov/sites/mdd/files/EDSS-AdminProcedures.pdf.

> Litigants are strongly encouraged to save or print the document [upon electronic service]. After this free view is used or expires after 15 days, the filed document may only be accessed through Public Access to Court Electronic Records (PACER) or obtained through the Clerk’s Office for the applicable copy work fee. *Id.* If you have

> trouble accessing a "free look" of any filed document, you should contact the Clerk's Office for assistance.

Id.

For now, by attachment to this letter, the Court will send you electronic copies of the following by email:

1. The Court's Order dated August 12, 2026 (ECF No. 82);

2. Plaintiff Seakeeper's status report of July 22, 2026 (ECF Nos. 77 & 78); and

3. Plaintiff Seakeeper's status report of August 26, 2026 (ECF Nos. 86 & 86-1).

Note that the Court does not intend to send you any further copies of filings in this case apart from the electronic notices you have been receiving. Once you receive an electronic notice, it is your responsibility to access a copy of the filing and download and review it. As noted above, if you have trouble access your one free copy of each filing, contact the Clerk's Office for assistance.

Despite the informal nature of this letter, it is an ORDER of the Court and shall be docketed accordingly.

Sincerely,

/s/
Matthew J. Maddox
United States District Judge

cc: Counsel for Plaintiff