**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SEAKEEPER, INC.**,<br><br>Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC**,<br><br>Defendant. | Case No.: 1:26-cv-01332-MJM |

**PLAINTIFF SEAKEEPER, INC.'S STATUS REPORT ON DEFENDANT'S CONTINUED NON-COMPLIANCE WITH PRELIMINARY INJUNCTION**

Pursuant to Paragraph 1 of this Court's Order dated July 15, 2026 (DE 75), Plaintiff Seakeeper, Inc. ("Seakeeper") submits the following status report on Defendant Starboard Yacht Group, LLC ("SYG")'s continued non-compliance with the Court's preliminary injunction (DE 26) and contemporaneously files a supporting Declaration of Elizabeth Wurm and a proposed order directing SYG's third-party ISP providers to effectuate the Court's Order of Preliminary Injunction. In support, Seakeeper states as follows:

**STATUS REPORT**

1. As of July 22, 2026, SYG's Facebook page contains a post from November 19, 2024, saying that SYG "recently installed [a] Seakeeper 4.5 in a 2024 Intrepid 407 [and] achieved

92% roll reduction! Thats [sic] one stable boat!" (*See* Declaration of Elizabeth Wurm ("Wurm Decl."), ¶ 3 & Figure A.)

2. As of July 22, 2026 at 2:00 p.m. ET, SYG's Facebook page also contains a cover photo from July 15, 2026, featuring a Seakeeper logo on the side of the SYG podium and on a rug in front of the podium. (Wurm Decl., ¶ 4 & Figure B)

3. As of July 22, 2026 at 2:00 p.m. ET, SYG's Instagram page contains a link to SYG's Linktree, which contains two images featuring Seakeeper's logo and advertises "Seakeeper . . . Stabilization" services. (Wurm Decl., ¶ 5 & Figure C.)

4. As of July 22, 2026 at 2:00 p.m. ET, SYG's Instagram page contains a post from November 10, 2024, containing an image that features the Seakeeper logo. (Wurm Decl., ¶ 6 & Figure D.)

5. As of July 22, 2026 at 2:00 p.m. ET, SYG's Instagram page contains a post by user "boatsgonewild" from November 2, 2024, containing an image of a Seakeeper unit and logo. The photo says "The Seakeeper" in the center, and the text below the photo says: "It is always interesting to see a Seakeeper demonstration from @starboardyacht[.] . . . Is your vessel currently equipped with a SeaKeeper [sic]?" (Wurm Decl., ¶ 7 & Figure E.)

6. As of July 22, 2026 at 2:00 p.m. ET, SYG's Instagram also contains a post from October 31, 2024, with a photograph of a boat owned by Mr. Stratmann and/or SYG with a sign at the top of the boat that says "Seakeeper Dealer" and multiple purported awards from Seakeeper

bearing the Seakeeper logo, including one for "Dealer of the Year" in the middle. (Wurm Decl., ¶ 8 & Figure F.)

7. As of July 22, 2026 at 2:00 p.m. ET, SYG's Instagram page also contains a post from October 28, 2024, with a photograph of *Slow Your Roll* displaying the Seakeeper logo. (Wurm Decl., ¶ 9 & Figure G.)

8. As of July 22, 2026 at 2:00 p.m. ET, SYG's Instagram page also contains a post from July 31, 2024, that says, "Ever wondered [sic] what an engaged Seakeeper feels like? Reduce boat roll and discomfort out in the sea with @seakeeper stabilization! Starboard Yacht Group is ready to help—we do installs and servicing like no other and are ready to show you the power of true stabilization on a demo boat ride." (Wurm Decl., ¶ 10 & Figure H.)

9. As of July 22, 2026 at 2:00 p.m. ET, SYG's LinkedIn page features the Seakeeper logo and references "seakeeper" under Specialties. (Wurm Decl., ¶ 11 & Figure I.)

10. As of July 22, 2026 at 2:00 p.m. ET, Charles Jacob Stratmann's LinkedIn page has an "About" section of his profile that says SYG "partner[s] with innovative brands such as Seakeeper . . . to offer stability solutions that eliminate boat roll and improve comfort, safety, and performance for all onboard." (Wurm Decl., ¶ 12 & Figure J.)

11. As of July 22, 2026 at 2:00 p.m. ET, the Experience section of Mr. Stratmann's LinkedIn profile says that SYG "specializes in high tech products that increase the enjoyment for all and adds to the pleasure of yachting such as Seakeeper Custom Refits." (Wurm Decl., ¶ 13 & Figure K.)

12. As of July 22, 2026 at 2:00 p.m. ET, Mr. Stratmann's LinkedIn profile contains posts promoting Seakeeper products, such as the following post that says, "Improving your boat's comfort and stability with a Seakeeper unit is just the beginning. . . . Starboard Yacht Group's

latest blog highlights the Seakeeper Extended Warranty program and the array of coverage options tailored to safeguard your investment. . . . Whether you prioritize extended protection for vital components or comprehensive coverage for your entire Seakeeper unit, we've got the solution for you!" (Wurm Decl., ¶ 14 & Figure L.)

13. As of July 22, 2026 at 2:00 p.m. ET, Starboard Yacht Group's Yelp page's "From the Business" section continues to contain references to "Seakeeper Gyro," "Seakeeper Repair" and "Seakeeper Stabilizers," and the business page continues to have three photographs previously uploaded by SYG improperly showing Seakeeper's protected marks and falsely representing SYG as a certified Seakeeper dealer. (Wurm Decl., ¶ 15 & Figures 1-4.)

Dated: July 22, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**


*/s/ Elizabeth A. Wurm*
Emilee P. Schipske (No. 30697)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
emilee.schipske@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on July 22, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Status Report on Defendant's Continued Non-Compliance with Preliminary Injunction ("Status Report") was filed using the Court's electronic filing system, which provided notice to all addresses included on the ECF service list, and was served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

/s/ *Elizabeth A. Wurm*
Elizabeth A. Wurm