**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SEAKEEPER, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**STARBOARD YACHT GROUP, LLC,**<br><br>Defendant. | Case No.: 1:26-cv-01332-MJM |

**PLAINTIFF SEAKEEPER, INC.'S SIXTH STATUS REPORT ON DEFENDANT'S CONTINUED NON-COMPLIANCE WITH PRELIMINARY INJUNCTION AND SUBSEQUENT COURT ORDERS**

Pursuant to Paragraph 3 of this Court's Order dated August 12, 2026 (DE 82), Plaintiff Seakeeper, Inc. ("Seakeeper") submits a sixth status report, and the supporting Declaration of Elizabeth Wurm, regarding Defendant Starboard Yacht Group, LLC ("SYG")'s continued non-compliance with the Court's preliminary injunction (DE 26) and subsequent orders. In support, Seakeeper states as follows:

**STATUS REPORT**

1. For more than three months, SYG has willfully defied the Court's May 11, 2026 Order of Preliminary Injunction (DE 26) and the Court's multiple subsequent orders demanding SYG's compliance. During this time, the Court has requested, and Seakeeper has submitted, five status reports detailing SYG's continued non-compliance. (*See* DE 38, 58, 66, 73, 77.)

2. Most recently, on August 12, 2026, the Court entered an Order finding "that Seakeeper's concerns about ongoing non-compliance by SYG are valid and supported by evidence." (DE 82 at 3.)

3. The Court therefore ordered SYG, through its principal, Charles Jacob Stratmann,

to file by August 19, 2026, a "verified status report and/or declaration with any supporting evidence confirming his compliance with the preliminary injunction," and warning SYG that the "failure to comply with the preliminary injunction and this Order may result in the scheduling of an in-person hearing to address SYG's non-compliance and subject it to a finding of contempt and appropriate sanctions." (DE 82 at 3-4.)

4. The Court's August 19, 2026 deadline came and went with no submission or acknowledgment by SYG regarding the Court's Order and SYG's continued non-compliance.

5. As set forth fully in the Declaration of Elizabeth Wurm, attached as Exhibit 1, SYG continues to display Seakeeper's name and protected marks, and to falsely suggest an affiliation with Seakeeper, on SYG's social media, Yelp, and LinkedIn accounts – all in direct contravention of this Court's preliminary injunction and numerous subsequent orders requiring SYG's compliance. (*See, e.g.*, DE 49, 65, 75, 82.) As a result of SYG's continued willful defiance of the Court's orders, Seakeeper therefore renews its request that SYG be held in contempt of court with appropriate sanctions, including granting Seakeeper's Motion for Default Judgment (DE 69), and any other further appropriate relief.

Dated: August 26, 2026

Respectfully submitted,

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Elizabeth A. Wurm*

Emilee P. Schipske (No. 30697)
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5000
Fax: (202) 842-8465
emilee.schipske@faegredrinker.com

Traci T. McKee (FL #53088) (*pro hac vice*)
1500 Jackson Street, Suite 201
Fort Myers, Florida 33901
Tel: (239) 286-6900
Fax: (239) 244-9053
traci.mckee@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (*pro hac vice*)
2200 Wells Fargo Center 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
Fax: (612) 766-1600
elizabeth.wurm@faegredrinker.com

*Attorneys for Plaintiff Seakeeper, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on August 26, 2026, a true and correct copy of Plaintiff Seakeeper, Inc.'s Sixth Status Report on Defendant's Continued Non-Compliance with Preliminary Injunction ("Status Report") was filed using the Court's electronic filing system, which provided notice to all addresses included on the ECF service list, and was served by FedEx Priority Overnight shipping to the following:

Starboard Yacht Group, LLC
c/o Charles Jacob Stratmann, registered agent
545 NE 17th Ave
Ft. Lauderdale, FL 33301

/s/ *Elizabeth A. Wurm*
Elizabeth A. Wurm