**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SEAKEEPER, INC.,
Plaintiff / Counterclaim-Defendant,
v.
STARBOARD YACHT GROUP, LLC,
Defendant,
and
CHARLES JACOB STRATMANN,
Intervenor / Counterclaim-Plaintiff.

**Case No. 1:26-cv-01332-MJM**

Hon. Matthew J. Maddox

---

**NOTICE OF FILING EXHIBITS REFERENCED IN INTERVENOR'S OPPOSITION (DE 85)**

Intervenor and Counterclaim-Plaintiff Charles Jacob Stratmann, appearing pro se, files this Notice and the seven exhibits identified below.

1. On August 21, 2026, Mr. Stratmann filed his Opposition to Seakeeper, Inc.'s Motion to Dismiss Counterclaims (ECF 80). That Opposition is docketed as Document 85.

2. Document 85 identifies, and cites, seven communications by brief letter: Exhibits A, B, D, G, E, E-1, and R. Each letter is identified in Document 85 by SHA-256 digest of the native file. Those exhibits were not uploaded as ECF attachments to Document 85.

3. Mr. Stratmann now files those same seven exhibits so the natives Document 85 already cites are on the docket. This Notice adds no new argument, no new claim, and no new exhibit letter beyond the letters named in Document 85.

4. The exhibits are offered as the communications Document 85 already describes. They are not offered to convert the Motion (ECF 80) into a motion for summary judgment, and Mr. Stratmann does not ask the Court to treat them as extra-pleading proof of payor identity or of any sum.

5. Because this Notice plus attachments exceeds fifteen pages, a courtesy paper copy will be

submitted to the Clerk as required by D. Md. Local Rule 105.1(a). Because more than five exhibits are attached, they are indexed as required by D. Md. Local Rule 105.5.

6. This paper is a notice, not a motion. Mr. Stratmann does not request a briefing schedule.

Respectfully submitted,

Charles Jacob Stratmann
Intervenor / Counterclaim-Plaintiff, pro se
545 NE 17th Avenue
Fort Lauderdale, FL 33301
(954) 873-8546
jake@starboardyacht.com
Dated: September 2, 2026

**CERTIFICATE OF SERVICE**

I certify that on the date this Notice is submitted through the Court's Electronic Document Submission System, a copy will be served on counsel of record for Seakeeper, Inc. by that system and by electronic mail:

Emilee P. Schipske (No. 30697)
Local counsel of record
Faegre Drinker Biddle & Reath LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005
Tel: (202) 230-5139
emilee.schipske@faegredrinker.com

Elizabeth A. Wurm (MN #0507053) (admitted pro hac vice)
Lead counsel for Plaintiff Seakeeper, Inc.
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center, 90 S. 7th Street
Minneapolis, Minnesota 55402
Tel: (612) 766-7000
elizabeth.wurm@faegredrinker.com

Traci T. McKee (FL #53088) (admitted pro hac vice)
Faegre Drinker Biddle & Reath LLP
1500 Jackson Street, Suite 201

Fort Myers, Florida 33901
Tel: (239) 286-6900
traci.mckee@faegredrinker.com

Anthony F. Jankoski having been terminated as counsel of record by Order dated August 12, 2026 (ECF 84), no service is made upon him.

______________________________

Charles Jacob Stratmann
Intervenor / Counterclaim-Plaintiff, pro se