**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

SEAKEEPER, INC., Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, Defendant,

and

CHARLES JACOB STRATMANN, Intervenor / Counterclaim-Plaintiff.

Case No. 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

# EXHIBIT INDEX

## Opposition to ECF 80 (W2755 / W2758)

Attach using brief letters. Do not use the W2729 CSV letters.

| Ex. | Print PDF | Native | SHA-256 prefix |
|---|---|---|---|
| A | EXAPRINT.pdf | DEC2COLETERMINATION_NOTICE.json | 2c760d0d |
| B | EXBPRINT.pdf | DEC2COLELIQUIDATION.json | 7e7cb4ba |
| D | EXDPRINT.pdf | DEC30COLETERMINATION_EFFECTIVE.json | 48633589 |
| G | EXGPRINT.pdf | FEB28HOEYRESTRICTION.json | 5ff7ff02 |
| E | EXEPRINT.pdf | JAN17LYDIAPRODUCTION_SUMMARY.json | ee480d43 |
| E-1 | EXE-1SEAKEEPER_0001-0022.pdf | same (production) | 407503a1 |
| R | EXRPRINT.pdf (cover) + native .msg | Leatherwood .msg | d4df1e2f |

Do not attach: CSV Ex. F; March 29 letter; Seinitz; $189,362 natives; W2727 pack.