**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

SEAKEEPER, INC., Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, Defendant,

and

CHARLES JACOB STRATMANN, Intervenor / Counterclaim-Plaintiff.

Case No. 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

# EXHIBIT A

## Cole termination notice — December 2, 2024

This PDF is a print of the hashed native listed below. The native file is the exhibit. SHA-256 of the native:

2c760d0d350f6a93d8d392fca8f162c6a179a74270282d21f954154a23a34a97

- File: EXADEC2COLETERMINATION_NOTICE.json
- From: Tom Cole <tcole@seakeeper.com>
- To: Jake Stratmann <jake@starboardyacht.com>
- Cc: Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>; Alexander Pisko <apisko@seakeeper.com>
- Subject: Seakeeper - Starboard Yacht Group
- Sent: 2024-12-02T12:52:35Z
- Received: 2024-12-02T12:52:45Z

- Message-ID: <SN7PR10MB64996BA2CCAC2740C8A35DECBF352@SN7PR10MB6499.namprd10.prod.outlook.com>
- Mailbox: jake@starboardyacht.com

Offered for the fact of the communication. Does not prove subject-unit serials or CJS as payor.

## Native body (as stored)

Morning Jake, I hope this message finds you well. We are writing to formally notify you that Seakeeper will not be renewing the dealer agreement with Starboard Yacht Group in 2025. As part of this transition, Starboard Yacht Group may continue business operations under the current agreement until January 31, 2025. Please note that any outstanding sales orders must be paid in full by January 15, 2025, to avoid cancellation. For further details, please refer to the attached document. Should you have any questions, please feel free to contact Brad Mead directly. We appreciate your cooperation during this time. Respectfully, ___ Tom Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753 Mobile: 314.719.7913 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email.