**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

SEAKEEPER, INC., Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, Defendant,

and

CHARLES JACOB STRATMANN, Intervenor / Counterclaim-Plaintiff.

Case No. 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

# EXHIBIT B

## Cole liquidation / restock offer — December 2, 2024

This PDF is a print of the hashed native listed below. The native file is the exhibit. SHA-256 of the native:

7e7cb4ba32a20f08a0f1c3c0bc02ef0acfce0a41187b716fea047a9cb09e5255

- File: EXBDEC2COLELIQUIDATION.json
- From: Tom Cole <tcole@seakeeper.com>
- To: Jake Stratmann <jake@starboardyacht.com>
- Cc: Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>; Alexander Pisko <apisko@seakeeper.com>
- Subject: RE: Seakeeper - Starboard Yacht Group
- Sent: 2024-12-02T16:22:13Z
- Received: 2024-12-02T16:22:24Z

- Message-ID: <SN7PR10MB6499FCDBD6D3B9E8047A231DBF352@SN7PR10MB6499.namprd10.prod.outlook.com>
- Mailbox: jake@starboardyacht.com

Offered for the liquidation / 15% restock language. Does not prove subject-unit identity.

## Native body (as stored)

Jake, Thank you for your email and for wanting to share your thoughts and accomplishments with us. Regarding your request for a Teams call, we respect and understand your concerns. However, as previously communicated, the decision to conclude the dealer agreement is final. As such, we do not believe a call would be necessary at this time. That said, we remain committed to supporting you through this transition and assisting with any unresolved matters. As noted, we are prepared to help with the liquidation of your remaining Seakeeper 26 and 35 inventory, offering a refund for the amount paid in 2022, less a 15% restocking fee. Please let us know how you would like to proceed, and we will prioritize facilitating this process smoothly. __ Tom Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753 Mobile: 314.719.7913 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Jake Stratmann Sent: Monday, December 2, 2024 9:21 AM To: Tom Cole Cc: Chad Hoey ; Brad Mead ; Alexander Pisko Subject: Re: Seakeeper - Starboard Yacht Group CAUTION: External Email Tom, Hope this message finds you all well. We have some

communication issues that needs to be addressed as SYG is very excited to share with Seakeeper the many accomplishments of 2025. One of them is writing with Brian Kenny in copy our CFO; SYG has not stopped investing and committing its future and business success aligned with Seakeeper core values and vision. Let's ensure we make time to jump on a call and resolve any communication issues this week prior to jumping into such a dramatic reactionary situation such as the letter attached. I attended FLIBS and did not see any of Seakeeper Staff stop by and / or contact to visit with SYG as we had always done previously. What is happening with Seakeeper support; from our perspective it feels directly related to our 2022 success and stocking orders interfering with internal commissions and sales post the Chase Russell departure as our representative. SYG Seakeeper inventory remains with the Seakeeper 26 and 35 and we do not feel Seakeeper has supported us in the critical sales for stocking inventory to maintain our ROI on investments into inventory and dealership. We continue to push forward beyond this inventory issue investing heavily in trade shows and marketing for the greater good of Seakeeper and SYG. Let's make time this week to jump on a teams call collectively and addess any and all concerns. Respectfully, Jake Stratmann CEO www.starboardyacht.com O: 954 376 5400 M: 954 873 8546 From: Tom Cole Sent: Monday, December 2, 2024 7:52 AM To: Jake Stratmann Cc: Chad Hoey ; Brad Mead ; Alexander Pisko Subject: Seakeeper - Starboard Yacht Group Morning Jake, I hope this message finds you well. We are writing to formally notify you that Seakeeper will not be renewing the dealer agreement with Starboard Yacht Group in 2025. As part of this transition, Starboard Yacht Group may continue business operations under the current agreement until January 31, 2025. Please note that any outstanding sales orders must be paid in full by January 15, 2025, to avoid cancellation. For further details, please refer to the attached document. Should you have any questions, please feel free to contact Brad Mead directly. We

appreciate your cooperation during this time. Respectfully, __ Tom Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753 Mobile: 314.719.7913 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email.