**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

SEAKEEPER, INC., Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, Defendant,

and

CHARLES JACOB STRATMANN, Intervenor / Counterclaim-Plaintiff.

Case No. 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

# EXHIBIT G

## Hoey account-level restriction — February 28, 2025

This PDF is a print of the hashed native listed below. The native file is the exhibit. SHA-256 of the native:

5ff7ff0281115ed5eb9fed82e6d984def615767cca9d3d0bd64ca94e7798edc4

- File: EXGFEB28HOEYRESTRICTION.json
- From: Chad Hoey <choey@seakeeper.com>
- To: Jake Stratmann <jake@starboardyacht.com>; Brian Kenny <Brian@starboardyacht.com>; Travis Moore <travis@starboardyacht.com>
- Cc: Tom Cole <tcole@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
- Subject: RE: Seakeeper - Starboard Yacht Group
- Sent: 2025-02-28T22:01:49Z
- Received: 2025-02-28T22:01:58Z

- Message-ID: <MN2PR10MB4126964BAFF9B8494B4DBDD8B6CC2@MN2PR10MB4126.namprd10.prod.outlook.com>
- Mailbox: travis@starboardyacht.com

PRIMARY native 5ff7ff02…. Link 3A only: no further orders; SYG not authorized; SYG website material to be removed by 3/7. Not Link 3B. Do not attach Graph dump 7c21262a….

## Native body (as stored)

Good evening Jake and Travis, I was just alerted you collected money on an extended warranty for Dan Libera (Sales Order 84868) after your dealer termination. We will process this order, and it needs to be paid by SYG by Tuesday 3/4. If we don't receive payment by this date, we will cancel the order and inform the customer. Any further orders for spare parts, extended warranty, or Seakeeper units will not be accepted, and we will inform customers that SYG is not an authorized Seakeeper dealer. Lastly, with SYG no longer a Seakeeper dealer, we require all Seakeeper material on your website to be removed by the end of next week (3/7). Please confirm receipt of this email. Thanks! __ Chad Hoey Director of Americas Sales & Service SEAKEEPER Direct: 240.794.9436 Mobile: 609.457.5469 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Brad Mead Sent: Wednesday, January 15, 2025 10:38 AM To: Jake Stratmann ; Brian Kenny Cc: Tom Cole ; Chad Hoey Subject: RE: Seakeeper - Starboard Yacht Group Importance: High Good Morning,

Jake- I hope you're doing well. As of today, January 15 th , 2025, Seakeeper will no longer accept further parts or gyro orders from Starboard Yacht Group. All open orders must be paid by end of business today (1/15/2025) or they will be cancelled. As part of this transition, Starboard Yacht Group may continue business operations under the current agreement until January 31, 2025. I would encourage you to submit all outstanding warranty claims immediately. Seakeeper currently has a $30,000 overpayment that was received from Starboard Yacht Group, on 12/30/2024. Could you please provide us with appropriate banking information so we can refund the overpayment back to Starboard Yacht Group? Please let Tom or myself know if you have any questions. Regards, _ Brad Mead Dealer Sales Representative SEAKEEPER Direct: 240.794.9425 Mobile: 954.493.2431 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Tom Cole Sent: Monday, December 30, 2024 10:09 AM To: Jake Stratmann ; Chad Hoey Cc: Brad Mead Subject: RE: Seakeeper - Starboard Yacht Group | POST MEETING FRIDAY UPDATE Good Morning Jake, Thank you for taking the time to share your detailed 2025 strategic plans and for your continued efforts to remain a Seakeeper Dealer. We truly appreciate the thought and energy you've put into addressing the challenges and outlining your vision for SYG's growth. After careful consideration and extensive discussions within our team, we've determined that Seakeeper will proceed with the planned termination of the dealership agreement effective January 31, 2025. If there's anything we can do to assist during this transition, please don't hesitate to reach out to Brad or I. _ Tom

Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753 Mobile: 314.719.7913 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Jake Stratmann Sent: Friday, December 6, 2024 6:27 PM To: Tom Cole ; Chad Hoey Subject: Re: Seakeeper - Starboard Yacht Group | POST MEETING FRIDAY UPDATE Tom and Chad, Hope you all had a great week and the message finds you all well. I've just wrapped up with my team and for the week after many long discussions based on our call and look forward to getting back with you next Wednesday. Wanted to Share a quick Summary of post meetings updates: I also discovered during this week how our account fell back off track after Johns Passing our interim parts manager "Susy" Seakeeper Tech filling in for SYG parts manager position was not advised of the urgent parts ordering paying the old invoices on our 5k account first. Mike who started Monday is undergoing this position and making light work onboarding into our procedures working with Brian Kenny our new CFO / COO to ensure processes begin to take form and bring accountability across our support staff for our service / project departments. I've had a serious talk with our HR manager for the onboarding of a Sales and Marketing Director and experienced Project MANAGER to oversee all Projects and Departments including to be accountable to customers ultimately for the project managers under his management "Always open to and referrals for this key applicant". I've spoken firmly to Travis to return to Seakeeper training and complete his Master Tech Certifications and begin training in house along with taking on the in-house master tech responsibilities in addition to

other roles within SYG overseeing continued employee development and training. SYG also is committed through this email to make purchase of a min of 100k in Seakeeper inventory post receiving a deposit for either the SK 35 or SK 25 currently in stock. This is just a start for now and i'm going to continue updating our strategic growth plan draft below. Respectfully, Jake Stratmann CEO www.starboardyacht.com O: 954 376 5400 M: 954 873 8546 From: Tom Cole Sent: Monday, December 2, 2024 11:22 AM To: Jake Stratmann Cc: Chad Hoey ; Brad Mead ; Alexander Pisko Subject: RE: Seakeeper - Starboard Yacht Group Jake, Thank you for your email and for wanting to share your thoughts and accomplishments with us. Regarding your request for a Teams call, we respect and understand your concerns. However, as previously communicated, the decision to conclude the dealer agreement is final. As such, we do not believe a call would be necessary at this time. That said, we remain committed to supporting you through this transition and assisting with any unresolved matters. As noted, we are prepared to help with the liquidation of your remaining Seakeeper 26 and 35 inventory, offering a refund for the amount paid in 2022, less a 15% restocking fee. Please let us know how you would like to proceed, and we will prioritize facilitating this process smoothly. _ Tom Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753 Mobile: 314.719.7913 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email. From: Jake Stratmann Sent: Monday, December 2, 2024 9:21 AM To: Tom Cole Cc: Chad Hoey ; Brad Mead ; Alexander Pisko Subject: Re: Seakeeper - Starboard Yacht Group

CAUTION: External Email Tom, Hope this message finds you all well. We have some communication issues that needs to be addressed as SYG is very excited to share with Seakeeper the many accomplishments of 2025. One of them is writing with Brian Kenny in copy our CFO; SYG has not stopped investing and committing its future and business success aligned with Seakeeper core values and vision. Let's ensure we make time to jump on a call and resolve any communication issues this week prior to jumping into such a dramatic reactionary situation such as the letter attached. I attended FLIBS and did not see any of Seakeeper Staff stop by and / or contact to visit with SYG as we had always done previously. What is happening with Seakeeper support; from our perspective it feels directly related to our 2022 success and stocking orders interfering with internal commissions and sales post the Chase Russell departure as our representative. SYG Seakeeper inventory remains with the Seakeeper 26 and 35 and we do not feel Seakeeper has supported us in the critical sales for stocking inventory to maintain our ROI on investments into inventory and dealership. We continue to push forward beyond this inventory issue investing heavily in trade shows and marketing for the greater good of Seakeeper and SYG. Let's make time this week to jump on a teams call collectively and addess any and all concerns. Respectfully, Jake Stratmann CEO www.starboardyacht.com O: 954 376 5400 M: 954 873 8546 From: Tom Cole Sent: Monday, December 2, 2024 7:52 AM To: Jake Stratmann Cc: Chad Hoey ; Brad Mead ; Alexander Pisko Subject: Seakeeper - Starboard Yacht Group Morning Jake, I hope this message finds you well. We are writing to formally notify you that Seakeeper will not be renewing the dealer agreement with Starboard Yacht Group in 2025. As part of this transition, Starboard Yacht Group may continue business operations under the current agreement until January 31, 2025. Please note that any outstanding sales orders must be paid in full by January 15, 2025, to avoid cancellation. For further details, please refer to the attached

document. Should you have any questions, please feel free to contact Brad Mead directly. We appreciate your cooperation during this time. Respectfully, __ Tom Cole Regional Aftermarket Manager SEAKEEPER Direct: 240.794.9753 Mobile: 314.719.7913 www.seakeeper.com This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately. P Please consider the environment before printing this email.

W2758 print · 2026-08-19 · Not a FRE 902(11) certification.