**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

SEAKEEPER, INC., Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, Defendant,

and

CHARLES JACOB STRATMANN, Intervenor / Counterclaim-Plaintiff.

Case No. 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

# EXHIBIT E

## Counsel production-summary — January 17, 2025

This PDF is a print of the hashed native listed below. The native file is the exhibit. SHA-256 of the native:

ee480d4379e1222a81e11a777e506a6fa71266546b74a62fe9a8bd0b3c041af3

- File: EXEJAN17LYDIAPRODUCTION_SUMMARY.json
- From: Lydia Zbrzeznj <lydia@southernatlanticlaw.com>
- To: Jake Stratmann <jake@starboardyacht.com>
- Cc: Matthew Valcourt <mvalcourt@valcourtlaw.com>; mark s <mark@southernatlanticlaw.com>; Kara Hatmaker <kara@southernatlanticlaw.com>
- Subject: seakeepers
- Sent:
- Received: 2025-01-17T14:18:18Z

- Message-ID: <PH0PR14MB671501384FEC07F62B328F22B21B2@PH0PR14MB6715.namprd14.prod.outlook.com>
- Mailbox: jake@starboardyacht.com

Transmittal only. Underlying Bates pages are Exhibit E-1. Does not prove CJS payor or $793,002.

## Native body (as stored)

The attached is everything they produced from Seakeeper (already sent this all out on our providing you the discovery docs that came in but wanted to break it out for you): Pages 1-5 - Internal Seakeeper emails and email from SYG regarding SYG's request to return the SK35 unit — restocking fee and freight costs Pages 6-14 - Internal Seakeeper emails re SYG returned the unit and applying a credit to their account Page 15-17 - Emails from Seakeeper to SYG re Picking up the SK35 unit and crediting your account Page 18 - Return Authorization Customs Invoice dated 11/28/2023 - $170,004.20 Page 19 - Quote #Q-16352 dated 6/2/2022 - $576,084.00 Page 20 - Quote #Q-16023 dated 4/21/2022 - $608,220.00 Page 21 - All Points Boats Purchase Order #11245 dated 4/27/2022 - $592,152.00 (vendor is Seakeeper, buyer is All Points Boats) Page 22 - Return Authorization Customs Invoice dated 1/9/2024 - $192,068.00

W2758 print · 2026-08-19 · Not a FRE 902(11) certification.