**From:** Seakeeper Revenue Team
**To:** Tom Cole; Seakeeper Revenue Team; Logistics
**Cc:** Chad Hoey; Brad Mead
**Subject:** RE: SYG - SK35 Return
**Date:** Tuesday, November 28, 2023 2:13:25 PM
**Attachments:** image001.png
image002.png
image003.jpg

---

Hi Tom,

Since the unit is not being used from a trade and/or is not damaged, we DON'T have to create a case for it and I can do the RA off of the old sales order (#49067)

Thank you for your help anyway. I will get the RA created and have Logistics schedule for pick up.

Thank you!

Regards,

Amanda Smith
Customer Relationship Specialist

**SEAKEEPER**
Direct: 240.794.9411
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 12:53 PM
**To:** Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <BMead@seakeeper.com>
**Subject:** Re: SYG - SK35 Return

Hi Mandy

Good catch. We need to create one for this. Are you able to do so or need Support to create it?

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

---

**From:** Seakeeper Revenue Team <revenue@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 12:24:57 PM
**To:** Tom Cole <tcole@seakeeper.com>; Logistics <logistics@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Hi Tom,

Do you know what case number this is associated with?

Thank you!

Regards,

Amanda Smith
Customer Relationship Specialist

**SEAKEEPER**
Direct: 240.794.9411
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

---

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 11:47 AM
**To:** Logistics <logistics@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <BMead@seakeeper.com>
**Subject:** FW: SYG - SK35 Return

Morning Revenue & Logistics Team,

Starboard Yacht Group would like to return 35-212-0433. We agreed to only charge a 10% restocking fee and pay for 50% of the freight back to Seakeeper. Credit should be in the amount of $171,124.20 minus 50% of the returned freight cost.

Can we issue a RA# and schedule a pickup?

Not sure how you want to handle the refund to Starboard Yacht Group.

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Travis Moore <travis@starboardyacht.com>
**Sent:** Tuesday, November 28, 2023 11:39 AM
**To:** Tom Cole <tcole@seakeeper.com>; Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Cc:** Jake Stratmann <jake@starboardyacht.com>; Eric Quinn <equinn@navigatorconsultingservices.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Krissy Cartwright <Krissy@pclmbusinesssolutions.com>
**Subject:** RE: SYG - SK35 Return

Hi Tom,

We would like to proceed with the return of the SK35. Please advise on the next steps to schedule the pickup. Upon the return of the unit, will the credit be in the form or a check or wire.

Thanks again,

--

***Travis Moore***
Director of Operations

**Starboard Yacht Group, LLC**
**850 NE 3rd Street, Suite 208**
**Dania Beach, Florida 33004**
**Cell: (954) 716-0775**
**Office: (954) 376-5400**
Travis@starboardyacht.com
www.StarboardYacht.com

***Leaders in Marine Stabilization! Naval architecture, engineering, construction & vessel performance optimization for the ultimate boat experience!***

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Tuesday, November 21, 2023 2:14 PM
**To:** Travis Moore <travis@starboardyacht.com>; Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Cc:** Jake Stratmann <jake@starboardyacht.com>; Eric Quinn <equinn@navigatorconsultingservices.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>
**Subject:** RE: SYG - SK35 Return

Hi Travis,

Thanks for taking my call earlier today. After review, Seakeeper will apply a 10% restocking fee to the $190,138. We are willing to cover 50% of the freight cost for the return to Leesport, PA.

If you elect to take this option, the credit will be in the amount of $171,124.20 plus an additional 50%

of the returned freight. Alternatively, you have the option to retain the unit and attempt to sell it at the current retail price of $309,300.
Please inform us of your decision at your earliest convenience.

---

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

---

**From:** Travis Moore <travis@starboardyacht.com>
**Sent:** Tuesday, November 21, 2023 12:07 PM
**To:** Tom Cole <tcole@seakeeper.com>; Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Cc:** Jake Stratmann <jake@starboardyacht.com>; Eric Quinn <equinn@navigatorconsultingservices.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>
**Subject:** SYG - SK35 Return

**CAUTION:** External Email

Hi Tom,
I wanted to follow up on our phone conversation from yesterday. Are there any updates on a home or sending back one of our SK35's with no restocking fee? Would we ship directly to the dealer/OEM?
Thanks again for your assistance.
**--**
***Travis Moore***
Director of Operations

**Starboard Yacht Group, LLC**
**850 NE 3rd Street, Suite 208**
**Dania Beach, Florida 33004**
**Cell: (954) 716-0775**
**Office: (954) 376-5400**
Travis@starboardyacht.com
www.StarboardYacht.com
***Leaders in Marine Stabilization! Naval architecture, engineering, construction & vessel***

***performance optimization for the ultimate boat experience!***

**Rey Saenz**

| | |
|---|---|
| **From:** | Chad Hoey <choey@seakeeper.com> |
| **Sent:** | Thursday, December 07, 2023 11:45 AM |
| **To:** | Seakeeper Revenue Team; Tom Cole; Logistics |
| **Cc:** | Brad Mead |
| **Subject:** | RE: SYG - SK35 Return |

Thanks Amanda,
We reverted to have this credit applied to their account. Will Cimino and I discussed and approved. Thanks!

Chad Hoey
Director of Americas Sales & Service

**SEAKEEPER**
Direct: 240.794.9436
Mobile: 609.457.5469
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.
Please consider the environment before printing this email.

**From:** Seakeeper Revenue Team <revenue@seakeeper.com>
**Sent:** Thursday, December 7, 2023 11:30 AM
**To:** Tom Cole <tcole@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Good Morning,

I can confirm the unit has been returned to the warehouse (I was in the warehouse yesterday and saw this unit plus 2 other 35 returns, I was confirming this for E.A.) and it is awaiting inspection. Once inspection is complete, the return will be received back into the system and we will ask Accounting to create the credit memo for the customer and send a copy of it over once we have it.

See below email from when we last discussed this on 11/28. This will be a credit to their account, and not a “wire payment” back to Starboard.

**From:** Chad Hoey <choey@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 3:11 PM
**To:** Tom Cole <TCole@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@se
**Cc:** Brad Mead <BMead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Hey guys,
This should be a credit to their account.

Chad Hoey
Director of Americas Sales & Service

SEAKEEPER
Direct: 240.794.9436
Mobile: 609.457.5469
www.seakeeper.com

Let me know if you have any questions!

Thank you,

Regards,

Amanda Smith
Customer Relationship Specialist

**SEAKEEPER**
Direct: 240.794.9411
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Thursday, December 7, 2023 10:50 AM
**To:** Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Good Morning Team,

Brad and I received an email from Jake at SYG last night, stating that the Seakeeper 35 has been sent back to the factory. Jake is seeking an update on the matter. Can you assist us in addressing this, so we can relay the information back to Jake?

*Another top priority you can assist us with is staying on top of the Seakeeper 35 return and payment wire back to SYG. The tracking shows the units arrival Tuesday early A.M. we would like an update on the schedule and expected payment to Starboard Yacht Group for this return.*

Tom Cole

Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Seakeeper Revenue Team <revenue@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 3:10 PM
**To:** Tom Cole <tcole@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

You're welcome Tom!

Yes, if the customer is requesting they receive the credit into their bank account, we will have to confirm their banking details if we have not verified them in the last six months.

Additionally, 2 phone calls will be made to them to confirm their banking details.

I can add a note into the RA that Starboard is requesting refund to their bank account. I would just make sure they are advised that this could take a few weeks to complete. If you needed me to reach out to advise, I can certainly do so!

Thanks!

Amanda Smith
Customer Relationship Specialist

**SEAKEEPER**
Direct: 240.794.9411
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 3:02 PM
**To:** Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <BMead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Thanks Mandy.

To confirm, are we going to issue a credit memo to their account or we going to issue a refund to their bank account? I know they are asking for refund to their bank account but wasn't 100% sure were going that route.

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Seakeeper Revenue Team <revenue@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 2:59 PM
**To:** Seakeeper Revenue Team <revenue@seakeeper.com>; Tom Cole <tcole@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Good Afternoon Tom,

I was looking back at previous emails and they had asked how the refund would be provided. Apologies I didn't answer that in my first email.

Once the return has been scheduled by our Logistics team, it can take 14+ business days (plus or minus a few days) for delivery of the return back to our facilities, completion of inspection, receipt of the unit back into our system, accounting to verify banking details, create credit, and issue the refund back to their bank account.

Typically, we do not "offer" to refund the money to the customers bank account though, we prefer to keep it as a credit that they can use towards a future order. Hope this helps!

Additionally, I have created RA # 8473 for this, and our Logistics Team will work on scheduling the pickup.

Let me know if you have any questions or if anything else is needed.

Thank you,

Regards,

Amanda Smith
Customer Relationship Specialist

**SEAKEEPER**
Direct: 240.794.9411
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Seakeeper Revenue Team <revenue@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 2:13 PM
**To:** Tom Cole <TCole@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <BMead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Hi Tom,

Since the unit is not being used from a trade and/or is not damaged, we DON'T have to create a case for it and I can do the RA off of the old sales order (#49067)
Thank you for your help anyway. I will get the RA created and have Logistics schedule for pick up.

Thank you!

Regards,

Amanda Smith
Customer Relationship Specialist

**SEAKEEPER**
Direct: 240.794.9411
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.
Please consider the environment before printing this email.

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 12:53 PM
**To:** Seakeeper Revenue Team <revenue@seakeeper.com>; Logistics <logistics@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <BMead@seakeeper.com>
**Subject:** Re: SYG - SK35 Return

Hi Mandy

Good catch. We need to create one for this. Are you able to do so or need Support to create it?

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.
Please consider the environment before printing this email.

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

**From:** Seakeeper Revenue Team <revenue@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 12:24:57 PM

**To:** Tom Cole <tcole@seakeeper.com>; Logistics <logistics@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Subject:** RE: SYG - SK35 Return

Hi Tom,

Do you know what case number this is associated with?

Thank you!

Regards,

Amanda Smith
Customer Relationship Specialist

**SEAKEEPER**
Direct: 240.794.9411
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Tuesday, November 28, 2023 11:47 AM
**To:** Logistics <logistics@seakeeper.com>; Seakeeper Revenue Team <revenue@seakeeper.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Brad Mead <BMead@seakeeper.com>
**Subject:** FW: SYG - SK35 Return

Morning Revenue & Logistics Team,

Starboard Yacht Group would like to return 35-212-0433. We agreed to only charge a 10% restocking fee and pay for 50% of the freight back to Seakeeper. Credit should be in the amount of $171,124.20 minus 50% of the returned freight cost.

Can we issue a RA# and schedule a pickup?

Not sure how you want to handle the refund to Starboard Yacht Group.

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Travis Moore <travis@starboardyacht.com>
**Sent:** Tuesday, November 28, 2023 11:39 AM

**To:** Tom Cole <tcole@seakeeper.com>; Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Cc:** Jake Stratmann <jake@starboardyacht.com>; Eric Quinn <equinn@navigatorconsultingservices.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>; Krissy Cartwright <Krissy@pclmbusinesssolutions.com>
**Subject:** RE: SYG - SK35 Return

Hi Tom,

We would like to proceed with the return of the SK35. Please advise on the next steps to schedule the pickup. Upon the return of the unit, will the credit be in the form or a check or wire.

Thanks again,

--
***Travis Moore***
Director of Operations

**Starboard Yacht Group, LLC**
**850 NE 3rd Street, Suite 208**
**Dania Beach, Florida 33004**
**Cell: (954) 716-0775**
**Office: (954) 376-5400**
Travis@starboardyacht.com
www.StarboardYacht.com

***Leaders in Marine Stabilization! Naval architecture, engineering, construction & vessel performance optimization for the ultimate boat experience!***

---

**From:** Tom Cole <tcole@seakeeper.com>
**Sent:** Tuesday, November 21, 2023 2:14 PM
**To:** Travis Moore <travis@starboardyacht.com>; Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Cc:** Jake Stratmann <jake@starboardyacht.com>; Eric Quinn <equinn@navigatorconsultingservices.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>
**Subject:** RE: SYG - SK35 Return

Hi Travis,

Thanks for taking my call earlier today. After review, Seakeeper will apply a 10% restocking fee to the $190,138. We are willing to cover 50% of the freight cost for the return to Leesport, PA.

If you elect to take this option, the credit will be in the amount of $171,124.20 plus an additional 50% of the returned freight. Alternatively, you have the option to retain the unit and attempt to sell it at the current retail price of $309,300.

Please inform us of your decision at your earliest convenience.

Tom Cole
Regional Aftermarket Manager

**SEAKEEPER**
Direct: 240.794.9753
Mobile: 314.719.7913
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Travis Moore <travis@starboardyacht.com>
**Sent:** Tuesday, November 21, 2023 12:07 PM
**To:** Tom Cole <tcole@seakeeper.com>; Chad Hoey <choey@seakeeper.com>; Brad Mead <bmead@seakeeper.com>
**Cc:** Jake Stratmann <jake@starboardyacht.com>; Eric Quinn <equinn@navigatorconsultingservices.com>; Elvis Starboard Yacht Group PARTS DEPT <Elvis@starboardyacht.com>
**Subject:** SYG - SK35 Return

**CAUTION:** External Email

Hi Tom,

I wanted to follow up on our phone conversation from yesterday. Are there any updates on a home or sending back one of our SK35's with no restocking fee? Would we ship directly to the dealer/OEM?

Thanks again for your assistance.

--
***Travis Moore***
Director of Operations

Starboard YACHT GROUP

SEAKEEPER 2021 DEALER OF THE YEAR AMERICAS STARBOARD YACHT GROUP

**Starboard Yacht Group, LLC**
**850 NE 3rd Street, Suite 208**
**Dania Beach, Florida 33004**
**Cell: (954) 716-0775**
**Office: (954) 376-5400**

Travis@starboardyacht.com
www.StarboardYacht.com

***Leaders in Marine Stabilization! Naval architecture, engineering, construction & vessel performance optimization for the ultimate boat experience!***

**Rey Saenz**

---

**From:** Alexander Pisko <apisko@seakeeper.com>
**Sent:** Tuesday, January 09, 2024 1:11 PM
**To:** Chad Hoey; Karisa Asbury-House; E.A. Smith
**Cc:** Tom Cole; Brad Mead
**Subject:** RE: Seakeeper 35 | Starboard Yacht Group

All,

Tim from Tri Sea will have his guys pickup the unit tomorrow morning. I will reach out to Travis Moore from Starboard now.

Thanks!

Alexander Pisko
Product Support Manager – Americas

**SEAKEEPER**
Direct: 410.326.1590
Mobile: 240.561.2817
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.
Please consider the environment before printing this email.

**From:** Chad Hoey <choey@seakeeper.com>
**Sent:** Tuesday, January 9, 2024 12:47 PM
**To:** Karisa Asbury-House <kasbury@seakeeper.com>; E.A. Smith <easmith@seakeeper.com>
**Cc:** Tom Cole <tcole@seakeeper.com>; Brad Mead <bmead@seakeeper.com>; Alexander Pisko <apisko@seakeeper.com>
**Subject:** FW: Seakeeper 35 | Starboard Yacht Group
**Importance:** High

Karisa and EA,
Some unique logistics to complete. We have a 35 out of box failure on a Westport. Case # 45437. Tri Sea is the dealer and the failed serial # is 35-212-0402.
Starboard Yacht Group has a new 35 in inventory. Serial # 35-212-0432 that we will be using for this case.

Next steps:
1. I'd like to create a credit memo to Starboards account (not a return to their bank account) for this unit in the amount of $192,068.
2. Please use me as the sales team member on the credit memo.
3. Unit will go back into our inventory (electronically, not physically)
4. Then we will invoice this unit to Tri Sea at $0 for warranty for case 45437.
5. RA failed unit back to Seakeeper (we pay freight)

Tri Sea will pickup the unit at Starboard Yacht Group as soon as we relay the info.

Please let me know if this all makes sense or if you have any questions. I am happy to discuss on a call if needed. Thanks!

Starboard Original Invoice –
Invoice 52119 – Total $576,084; Credit for $192,028;

| RNAL ID | SERIAL/LOT NUMBER |
|---|---|
| 7587113 | 35-212-0428 |
| 7587114 | 35-212-0432 |
| 7587115 | 35-212-0433 |

Chad Hoey
Director of Americas Sales & Service

**SEAKEEPER**
Direct: 240.794.9436
Mobile: 609.457.5469
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Brad Mead <bmead@seakeeper.com>
**Sent:** Friday, January 5, 2024 3:18 PM
**To:** jake@starboardyacht.com; Travis Moore <travis@starboardyacht.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Tom Cole <tcole@seakeeper.com>
**Subject:** RE: Seakeeper 35 | Starboard Yacht Group
**Importance:** High

Team,

I wanted to clarify the shipping and handling piece here. Seakeeper will coordinate a pick-up for the SK35 on hand. Please let us know if you have any questions. Have a great weekend!

Regards,

Brad Mead
Dealer Sales Representative

**SEAKEEPER**
Direct: 240.794.9425
Mobile: 954.493.2431
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** Brad Mead
**Sent:** Friday, January 5, 2024 3:07 PM
**To:** jake@starboardyacht.com; Travis Moore <travis@starboardyacht.com>
**Cc:** Chad Hoey <choey@seakeeper.com>; Tom Cole <TCole@seakeeper.com>
**Subject:** Seakeeper 35 | Starboard Yacht Group
**Importance:** High

Starboard Team,

Thank you for confirming you still have a Seakeeper 35 available! Seakeeper would like to take that off your hands, as we have a customer that needs a 35. At your earliest convenience, can you please provide the SN of the 35 you're willing to send, with detailed pictures of the unit and crate? Seakeeper will issue you an account credit pending condition of the unit. We will not issue an ACH as we did on the prior 35 return. Seakeeper will pay freight one way. Please let us know if you have any questions.

Regards,

Brad Mead
Dealer Sales Representative

**SEAKEEPER**
Direct: 240.794.9425
Mobile: 954.493.2431
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

SEAKEEPER

# Return Authorization Customs Invoice

**Rtn. Auth. #** 8473

**Date** 11/28/2023

**Sales Order** Sales Order #49067

**Case Number**  

**Special Instructions** 35-212-0433

**Package Dimensions**

**Custom Location based ...**

**Allow Cross-Subsidiary ...** No

| Ship From: | Ship To: |
|---|---|
| Starboard Yacht Group<br>850 NE 3rd St<br>Suite 106<br>Dania Beach FL 33004 | Seakeeper, Inc. - Leesport<br>Attn: Aftermarket (Dock # 4)<br>5460 Pottsville Pike<br>Leesport, PA 19533<br>410-326-1590<br>USA |

| Item# | Qty | Description | Inventory Detail | Customs Value - USD | Dimension (Description) |
|---|---|---|---|---|---|
| 90233-FRSP | 1 | Seakeeper 35 Complete Gyro - Field Return<br>One Wooden Box<br>61” x 58.5” x 53” inches<br>Gross Weight 4015# pounds | 35-212-0433R | 170,004.20 | |

**Please attach Return Authorization, Packing List and Label to outside packaging for proper return. Keep a copy of Return Authorization for your record.**

**If any questions, please email: revenue@seakeeper.com**

**US goods returning under warranty not for resale.**

**HTS: 8479896500**

SEAKEEPER

# Quote

**Date** 6/2/2022

| | |
|---|---|
| **Quote#:** | Q-16352 |
| **Expires:** | 7/2/2022 |
| **Quote Note** | Vessel: 143' Heesen "OCTOPUSSY"<br><br>Units: (3) Seakeeper 35s<br><br>Discount Provided: $16,068 (same discount provided to APB) |
| **Ship From Address** | Seakeeper Inc. |

| **Bill To** | **Ship To** |
|---|---|
| Starboard Yacht Group<br>Starboard Yacht Group<br>850 NE 3rd St<br>Suite 106<br>Dania Beach FL 33004 | Starboard Yacht Group<br>Starboard Yacht Group<br>850 NE 3rd St<br>Suite 106<br>Dania Beach FL 33004 |

| **Terms:** |
|---|
| Net 30 |

| Item# | Item | Qty | Description | Retail | Rate | Amount | Dimension (... |
|---|---|---|---|---|---|---|---|
| 90233 | Seakeeper 35 Gyro Hardware Scope of Supply | 3 | Seakeeper 35 Gyro Hardware Scope of Supply<br><br>One Wooden Box<br><br>58" x 61" x 53" inches<br><br>Net Weight 4040# pounds<br><br>Crate Weight 410# pounds<br><br>Gross Weight 4450# pounds | 267,800.00 | 190,138.00 | 570,414.00 | |
| 90086-4 | M21 / M21A / M26 / S35 Bolt In Kit | 3 | M21 / M21A / M26 / S35 Bolt In Kit<br><br>One Wooden Box<br><br>10" X 8" X 7.25"<br><br>22# | 0.00 | 0.00 | 0.00 | |
| Truck F... | Truck Freight FL Seakeeper 35 & Insurance | 1 | Truck Freight FL Seakeeper 35 & Insurance | | 5,670.00 | 5,670.00 | |

| Total | **$576,084.00** |
|---|---|

Payment Options:
Check - Seakeeper Inc PO BOX 746926 ATLANTA GA 30374-6926
Overnight Mail - Seakeeper Inc. LOCKBOX NUMBER 746926 PHOENIX BUSINESS PARK 1669 PHOENIX PKWY STE 210 College Park, GA 30349
Wire Transfer - [Account Name: Seakeeper Inc] [Account Number: 2841754] [Bank Name: CIBC Bank USA} [Bank Address: 120 South LaSalle Chicago, IL 60603] [Bank ABA: 071006486] [SWIFT Code: PVTBUS44]
ACH - [Account Name: Seakeeper Inc] [Account Number: 2841754] [Bank Name: CIBC Bank USA] [Bank Address: 120 South LaSalle Chicago, IL 60603] [Bank ABA: 071006486]

SEAKEEPER

# Quote

| | |
|---|---|
| **Date** | 4/21/2022 |

| | |
|---|---|
| **Quote#:** | Q-16023 |
| **Expires:** | 4/29/2022 |
| **Quote Note** | Units: (3) Seakeeper 35s<br>Vessel: 43M Heesen<br>“OCTOPUSSY” |
| **Ship From Address** | Seakeeper Inc. |

| **Bill To** | **Ship To** |
|---|---|
| All Points Boats, Inc.<br>900 SW 21st Terrace<br>Fort Lauderdale, FL. 33312 | All Points Boats, Inc.<br>900 SW 21st Terrace<br>Fort Lauderdale, FL. 33312 |

| **Terms:** |
|---|
| Full Payment Prior to Shipping |

| Item# | Item | Qty | Description | Retail | Rate | Amount | Dimension (... |
|---|---|---|---|---|---|---|---|
| 90233 | Seakeeper 35 Gyro Hardware Scope of Supply | 3 | Seakeeper 35 Gyro Hardware Scope of Supply<br><br>One Wooden Box<br><br>58” x 61” x 53” inches<br><br>Net Weight 4040# pounds<br><br>Crate Weight 410# pounds<br><br>Gross Weight 4450# pounds | 267,800.00 | 200,850.00 | 602,550.00 | |
| 90086-4 | M21 / M21A / M26 / S35 Bolt In Kit | 3 | M21 / M21A / M26 / S35 Bolt In Kit<br><br>One Wooden Box<br><br>10“ X 8” X 7.25“<br><br>22# | 0.00 | 0.00 | 0.00 | |
| Truck F... | Truck Freight FL Seakeeper 35 & Insurance | 1 | Truck Freight FL Seakeeper 35 & Insurance | | 5,670.00 | 5,670.00 | |

| | |
|---|---|
| Total | **$608,220.00** |

Payment Options:
Check - Seakeeper Inc PO BOX 746926 ATLANTA GA 30374-6926
Overnight Mail - Seakeeper Inc. LOCKBOX NUMBER 746926 PHOENIX BUSINESS PARK 1669 PHOENIX PKWY STE 210 College Park, GA 30349
Wire Transfer - [Account Name: Seakeeper Inc] [Account Number: 2841754] [Bank Name: CIBC Bank USA} [Bank Address: 120 South LaSalle Chicago, IL 60603] [Bank ABA: 071006486] [SWIFT Code: PVTBUS44]
ACH - [Account Name: Seakeeper Inc] [Account Number: 2841754] [Bank Name: CIBC Bank USA] [Bank Address: 120 South LaSalle Chicago, IL 60603] [Bank ABA: 071006486]

All Points Boats

900 SW 21st Terrace
Fort Lauderdale, FL 33312

# APB Purchase Order

| Date | P.O. No. |
|---|---|
| 4/27/22 | 11245 |

| Vendor | Ship To |
|---|---|
| Seakeeper, Inc.<br>45310 Abell House Lane<br>Suite 350<br>Califonia, MD. 20619 | All Points Boats<br>900 SW 21st Terrace<br>Fort Lauderdale, FL 33312 |

| ETA | Ship Via | Entry By | PM | Requestor | Approval |
|---|---|---|---|---|---|
| 4/27/22 | Delivery | EB | JC | JC | JC |

| Item | Description | Qty | U/M | Rate | Customer | Amount |
|---|---|---|---|---|---|---|
| 99X Custom ... | Seakeeper 35 Gyro Hardware Scope of Supply<br>One Wooden Box<br>58” x 61” x 53” inches<br>Net Weight 4040# pounds<br>Crate Weight 410# pounds<br>Gross Weight 4450# pounds | 3 | ea | 195,494.00 | 1.0 - Provide ... | 586,482.00 |
| 99X Custom ... | M21 / M21A / M26 / S35 Bolt In Kit<br>One Wooden Box<br>10“ X 8” X 7.25“ | 3 | ea | 0.00 | 1.0 - Provide ... | 0.00 |
| SHIPPING | Shipping Charges, Truck Freight FL<br>Seakeeper 35 &<br>Insurance | 1 | | 5,670.00 | 1.0 - Provide ... | 5,670.00 |

**Total** $592,152.00

**Additional Terms and Conditions:**

1. Complete agreement: The terms and conditions of this purchase order and referenced contract, if any, constitute the entire agreement by the parties hereto.
2. No recourse against buyer: Seller shall have no right, claim, interest, action, or other recourse against Buyer for any damages, injuries, or other liabilities incurred by Seller, or to which Seller may be subjected as a result of negligent acts, conduct, omissions of any person or entity other than Buyer, its employees, agents, or servants.
3. Inspection: Buyer reserves the right to reject any articles which do not comply with the specifications of this purchase order, or which contain defective materials or workmanship. Rejected articles shall be removed at the expense of the Seller, including transportation both ways promptly after notification of rejection, and Seller shall bear risk of rejected articles.
4. Warranties: Seller shall and does warrant that the goods described hereof are of merchantable quality, free of defect, and are fit for the particular purposes which are intended to be utilized.
5. Remedy for breach of warranty: Upon breach by Seller of any of the forgoing warranties, Seller agrees to fully repair or replace all goods at no charge to Buyer, and further agrees to hold harmless and forever indemnify Buyer for any damages which Buyer may suffer as a result of any such breach of warranty.
6. Indemnification: Seller agrees that it shall hold harmless and forever indemnify Buyer for and against any and all liabilities, penalties, losses, damages, expenses, suits, judgements, or claims, including and all attorney's fees and other costs or expenses arising from damage to property, or injury or death to person, of any nature, occasioned in whole or in part by the negligent acts, conduct, or omissions of Seller its employees, servants, or agents, or of any other person or party.
7. Consequential damage: Seller shall be responsible for and shall fully reimburse the Buyer for any consequential damages resulting from any cause whatsoever.
8. Risk of loss: Any and all risk of loss shall remain with and upon Seller, until delivery of fully conforming goods to Buyer has been completed.
9. Routing: Buyer reserves the right to designate the freight carrier and routing of the Buyer's choice.

SEAKEEPER

# Return Authorization Customs Invoice

**Rtn. Auth. #** 8589

**Date** 1/9/2024

**Sales Order** Sales Order #49067

**Case Number**  
**Special Instructions**
**Package Dimensions**
**Custom Location based ...**

**Allow Cross-Subsidiary ...** No

| Ship From: | Ship To: |
|---|---|
| Starboard Yacht Group<br>850 NE 3rd St Ste 106<br>Dania Beach FL 33004 | Seakeeper, Inc. - Leesport<br>Attn: Aftermarket (Dock # 4)<br>5460 Pottsville Pike<br>Leesport, PA 19533<br>410-326-1590<br>USA |

| Item# | Qty | Description | Inventory Detail | Customs Value - USD | Dimension (Description) |
|---|---|---|---|---|---|
| 90233 | 1 | Seakeeper 35 Gyro Hardware Scope of Supply<br>One Wooden Box<br>58” x 61” x 53” inches<br>Net Weight 4040# pounds<br>Crate Weight 410# pounds<br>Gross Weight 4450# pounds | 35-212-0432 | 192,068.00 | |

**Please attach Return Authorization, Packing List and Label to outside packaging for proper return. Keep a copy of Return Authorization for your record.**

**If any questions, please email: revenue@seakeeper.com**

**US goods returning under warranty not for resale.**

**HTS: 8479896500**