**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

SEAKEEPER, INC., Plaintiff,

v.

STARBOARD YACHT GROUP, LLC, Defendant,

and

CHARLES JACOB STRATMANN, Intervenor / Counterclaim-Plaintiff.

Case No. 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

# EXHIBIT R

## Leatherwood native message — July 6, 2023

This PDF is the cover sheet. The exhibit is the native .msg file:

EXRLEATHERWOODCANCELLATIONANALYSIS.msg

SHA-256: d4df1e2f003617c81b712cd66fba2096d3fdc87e90181b80a11ccbe0ea7fa252

Locked header facts (W2730 / W2753):

- Date: 2023-07-06 09:48:11-04:00
- From: Aaron Leatherwood <yachtserviceintl@gmail.com>
- To: Caycie Flitman; Michael T. Moore; Olafur Hand; Steven Ivankovich
- Subject: SeaKeeper cancellation analysis
- SPF / DKIM / DMARC: pass (as previously locked)

This is non-party conduct. It is not offered as Seakeeper's authorship or direction. The statement that a sender expected SK to be supportive is that author's expectation only.

FRE 902(11) is not executed. Attach the native .msg with this cover.

W2758 print · cover only · do not treat this PDF as the native.