**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SEAKEEPER, INC.,** | * | |
| **Plaintiff,** | * | **Civ. No.: MJM-26-1332** |
| **v.** | * | |
| **STARBOARD YACHT GROUP, LLC,** | * | |
| **Defendant.** | * | |

* * * * * * * * * *

**ORDER**

On or about September 4, 2026, Charles Jacob Stratmann filed a verified status report regarding the status of compliance with the preliminary injunction entered in this case. ECF No. 90. The report notes incomplete and ongoing efforts to comply with the preliminary injunction with respect to particular online uses of the plaintiff's marks. Several weeks have passed since the filing of the status report, and an update is in order.

Accordingly, it is by the United States District Court for the District of Maryland hereby ORDERED that Charles Jacob Stratmann SHALL FILE another verified status report regarding the status of compliance with the preliminary injunction no later than October 6, 2026.

The Clerk SHALL SEND a copy of this Order to Mr. Stratmann by first-class mail and by email.

It is so ORDERED this 29th day of September, 2026.

_____/S/__________________
Matthew J. Maddox
United States District Judge