**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **SEAKEEPER, INC.,** | * | |
| **Plaintiff,** | * | |
| | * | **Civ. No.: MJM-26-1332** |
| **v.** | * | |
| **STARBOARD YACHT GROUP, LLC,** | * | |
| **Defendant.** | * | |

* * * * * * * * * *

**ORDER TO SHOW CAUSE**

On September 29, 2026, the Court entered an Order directing Charles Jacob Stratmann to file a second verified status report regarding the status of compliance with the preliminary injunction no later than October 6, 2026. ECF No. 91. According to the docket, the Order was mailed and emailed to Mr. Stratmann on September 29th. Mr. Stratmann did not file the required status report by the deadline and did not file any motion for extension of time.

Accordingly, it is by the United States District Court for the District of Maryland hereby ORDERED that Charles Jacob Stratmann SHALL SHOW CAUSE no later than **October 22, 2026**, why he and Starboard Yacht Group, LLC should not be found in contempt of court for failure to comply the Court's Order of September 29, 2026, and failure to comply with the preliminary injunction issued in this matter.

The Clerk SHALL SEND a copy of this Order to Mr. Stratmann by first-class mail and by email.

It is so ORDERED this 8th day of September, 2026.

/S/
Matthew J. Maddox
United States District Judge