Charles Jacob Stratmann
Charles Jacob Stratmann, Pro Se (Individually)
545 NE 17th Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 873-8546
Email: jake@starboardyacht.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Case No.: 1:26-cv-01332-MJM

Hon. Matthew J. Maddox

SEAKEEPER, INC.,

Plaintiff,

v.

STARBOARD YACHT GROUP, LLC,

Defendant,

and

CHARLES JACOB STRATMANN,

Intervenor, Pro Se.

# SUPPLEMENTAL REMEDIATION EVIDENCE TABLE IN SUPPORT OF SECOND VERIFIED STATUS REPORT (ECF NO. 91) (INDIVIDUAL CAPACITY ONLY)

## I. PURPOSE AND VERIFICATION METHOD

1. **Purpose:** This Supplemental Remediation Evidence Table records the fourteen (14) remediated media assets prepared for the figures identified in ECF Nos. 77 and 78 in support of Intervenor Charles Jacob Stratmann's Second Verified Status Report (ECF No. 91). Each row below sets forth a measured before-and-after pair: the SHA-256 digest (first 16 hexadecimal characters) of the original source media as captured from the

platform surface, and the SHA-256 digest of the obscured/blurred replacement asset prepared for owner-session replacement.

2. **Method:** Source media was archived on August 24, 2026 (`40` posts from account `starboardyacht`), processed with full-frame or targeted Gaussian/box obscuring blur (`sigma = 25`) across all wordmarks, dealer signage, and award logos between August 24, 2026 and October 7, 2026, and re-verified by SHA-256 hash comparison on October 8, 2026.

## II. MEDIA REMEDIATION ASSET HASH TABLE (ECF Nos. 77 & 78 FIGURES)

| Fig. | Surface / Media Item | Source SHA-256 (16-hex) | Remediated SHA-256 (16-hex) | Remediation Method Applied |
|---|---|---|---|---|
| **C** | Linktree Explore grid — marks obscured | `093f201bb3433de7` | `634dec389520b6ba` | Cover + edge blur (grid) |
| **C** | Linktree Explore — wordmark redaction | `093f201bb3433de7` | `431f3163b599a803` | Cover + obscuring blur |
| **C** | Linktree thumbnail — full replacement | `27b3dca355e919d0` | `d497ded2c760db8e` | Thumbnail deactivated / replaced (zero marks) |
| **D** | Instagram video (`figD_ig_2`) | `b3d1bcbf26d9442d` | `af0472b849ba2473` | Full-frame obscuring blur |
| **F** | Instagram video (`figF_ig_1`) | `1e28e4036b672274` | `421670712a7a7875` | Full-frame obscuring blur |
| **F** | Instagram thumbnail (`figF_ig_1`, signage & award logos) | `1e28e4036b672274` | `29b5f462137b99fd` | Full-frame obscuring blur (`sigma = 25`) |
| **F** | Instagram video (`figF_ig_2`) | `63c5f1503aaca083` | `f2ebc6937f183d12` | Full-frame obscuring blur |
| **G** | Instagram image (`figG_ig_1`, *"Slow Your Roll"*) | `f5d5cfa73c9913db` | `55dfdc04387c7463` | Full-frame obscuring blur |
| **H** | Instagram video | `79e84f04d7a5d0ae` | `d0b9f48d2a1022a0` | Full-frame |

| | | | | |
|---|---|---|---|---|
| | (figH_ig_1) | | | obscuring blur |
| **H** | Instagram video (figH_ig_2) | 9d2dd9f118b15b45 | fc1684b1e1de0dc7 | Full-frame obscuring blur |
| **HX** | Instagram image (figHX_ig_1) | be87c4a92d6f6f70 | 5fa80f9b0b0720b9 | Full-frame obscuring blur |
| **HX** | Instagram thumbnail (figHX_ig_1, shirt wordmark) | be87c4a92d6f6f70 | ea180fdd056c412f | Full-frame obscuring blur (sigma = 25) |
| **HX** | Instagram video (figHX_ig_1) | 5b36009ae0a7e34f | 2105e5883603bf72 | Full-frame obscuring blur |
| **HX** | Instagram video (figHX_ig_2) | 909ed89c02d25e3f | 0967d6ec53e136df | Full-frame obscuring blur |

## III. PLATFORM APPLICATION STATUS MATRIX

| **Fig.** | **Platform** | **Remediated Asset Status** | **Platform Application Posture** |
|---|---|---|---|
| **A–B** | Facebook (438196442893344) | Blurred replacement assets prepared | Historical page admin access lost July 13, 2026; seven blurred figures published to accessible destination pages on September 1, 2026 |
| **C** | Linktree (linktr.ee/starboardyacht) | **CLOSED (`10/08/2026`)** | Flagged Linktree thumbnails deactivated / replaced (0 mark occurrences verified) |
| **D, F, G, H, HX** | Instagram (@starboardyacht) | **READY (`14` SHA-256 pairs above)** | Staged for owner-session replacement (Meta API does not permit in-place media replacement on existing posts) |
| **E** | Instagram (Third-Party Account) | N/A | Third-party account not owned, administered, or controlled by |

| | | | |
|---|---|---|---|
| | | | Intervenor or Defendant |
| **I** | LinkedIn Banner | **Banner blurred (`09/03/2026`)** | Specialties text field edit scheduled for owner-session completion |
| **J–L** | LinkedIn Profile | Text edits prepared | Platform account-gated owner-session text edits |
| **Y1–Y4** | Yelp Listing | Removal requests submitted | Third-party platform support requests submitted July 14, 2026 and September 2, 2026 (`HTTP 403` to unauthenticated fetches) |

## VERIFICATION PURSUANT TO 28 U.S.C. § 1746

I, Charles Jacob Stratmann, declare under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746 that the foregoing Supplemental Remediation Evidence Table is true and correct to the best of my knowledge, information, and belief.

Executed on October 22, 2026 in Fort Lauderdale, Florida.

______________________________________

CHARLES JACOB STRATMANN, Pro Se (Individually)

545 NE 17th Avenue

Fort Lauderdale, FL 33301

Telephone: (954) 873-8546

Email: jake@starboardyacht.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October ____, 2026, the foregoing Remediation Evidence Supplement was submitted for filing via the Court's Electronic Document Submission System ("EDSS") / Clerk's intake, which generates electronic service via CM/ECF upon all registered counsel of record, and that a courtesy copy was also transmitted by electronic mail to Plaintiff's counsel of record:

Emilee P. Schipske (local counsel), Faegre Drinker Biddle & Reath LLP

Elizabeth A. Wurm (lead counsel, admitted pro hac vice), Faegre Drinker Biddle & Reath LLP

Traci T. McKee (admitted pro hac vice), Faegre Drinker Biddle & Reath LLP

Anthony F. Jankoski having been terminated as counsel of record by Order dated August 12, 2026 (ECF 84), no service is made upon him.

______________________________________

CHARLES JACOB STRATMANN, Pro Se (Individually)